UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendants.
_____/



**DEFENDANT COLUMBIA HOSPITAL CORPORATION
OF SOUTH FLORIDA'S ANSWER TO COMPLAINT**

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH FLORIDA, by and through its undersigned attorneys, hereby answers the respective paragraphs of Plaintiff's Complaint as follows:

**Count I - 1981 Based Upon Disparate Treatment**

    1.    Defendant admits that Plaintiff invoked the jurisdiction of the state court through the allegations in this paragraph, and that said allegations are jurisdictional allegations, but Defendant denies that Plaintiff is entitled to any such relief.

    2.    Defendant admits that Plaintiff seeks to recover the relief sought in this paragraph, but denies that Plaintiff is entitled to any such relief.

3. Defendant admits that Plaintiff seeks to bring this action under the statutes cited, and admits that venue is proper within this judicial district, but denies all remaining allegations in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies same.

5. With respect to this Defendant, Defendant denies the allegations in this paragraph.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6, and therefore denies same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies same.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies same.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore denies same.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore denies same.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore denies same.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and therefore denies same.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies same.

14. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies same.

15. With respect to Paragraph 15, to the extent it applies to this Defendant, then the allegations in this paragraph are denied.

16. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 16, and therefore denies same.

17. Paragraph 17 does not represent an allegation of fact but rather a conclusion of law. To the extent a response is required to these allegations, Defendant denies the allegations in this paragraph.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant denies the allegations in Paragraph 19.

### Count II – 1981 Based Upon Retaliation

20. Defendant reaffirms its responses to the previous paragraphs referred to herein.

21. Defendant denies the allegations in Paragraph 21.

22. Defendant denies the allegations in Paragraph 22.

23. Defendant is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 23, and therefore denies same.

24. Paragraph 24 does not represent an allegation of fact but rather a conclusion of law. To the extent a response is required to these allegations, Defendant denies the allegations in this paragraph.

25. Defendant denies the allegations in Paragraph 25.

26. Defendant denies the allegations in Paragraph 26.

27. Any remaining allegations in the Complaint not specifically addressed above are hereby denied.

### FIRST DEFENSE

This Defendant does now own, operate or manage WESTSIDE REGIONAL MEDICAL CENTER and, therefore, is not a proper party to this litigation.

### SECOND DEFENSE

This Defendant was not the employer of the Plaintiff within the meaning of the statute cited herein.

### THIRD DEFENSE

This Defendant would incorporate by reference the defenses raised by COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, as stated in its Answer.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27 day of January, 2000, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

                                          LEVY, KNEEN, MARIANI, CURTIN,
                                          KORNFELD & DEL RUSSO, P.A.

                                          By: _____
                                              Alexander D. del Russo
                                          1400 Centrepark Boulevard
                                          Suite 1000
                                          West Palm Beach, Florida 33401
                                          (561) 478-4700
                                          (561) 478-4744
                                          Fax (561) 478-5811
                                          Florida Bar No. 350273
                                          Attorneys for Defendants

F:\Data\LIT4\4871.039\answer.col.hosp.southflorida.doc