UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendants.
_____/



## DEFENDANTS' REMOVAL STATUS REPORT

The Defendants, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD and COLUMBIA HOSPITAL CORPORATION OF SOUTH FLORIDA, pursuant to this Court's Notice of Court Practice in Removal Cases dated January 25, 2000, hereby submit the following information in connection with its timely removal of this action on January 21, 2000.

### I. Nature of Claim

This is an action in which the Plaintiff, CAREEN DIAZ, seeks to recover both damages and equitable relief for alleged race discrimination in violation of 42 U.S.C. § 1981 *et seq.* Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD d/b/a WESTSIDE REGIONAL MEDICAL CENTER, was, and currently is, Plaintiff's employer. Although the Complaint in state court seeks damages in excess of $15,000, that reference is for purposes of state court jurisdiction and the amount of damages otherwise sought is unclear.



## II. Grounds for Removal

Defendants removed this action under 28 U.S.C. § 1331 (federal question jurisdiction), since the action alleges facts that would constitute a violation of the laws of the United States, specifically 42 U.S.C. § 1981.

## III. Joinder/Consent of All Defendants

Both Defendants have joined in the removal of this action. There are no additional defendants that have not joined or consented to the Notice of Removal.

## IV. Timeliness of Removal

Defendants have removed this action within 30 days after receipt through service. Defendants were each served with process on January 11, 2000, and thereafter removed this action eleven (11) days later on January 21, 2000.

The information provided in this Removal Status Report is a summary of information contained in the Notice of Removal by Defendants (D.E. # 1), and Defendants would direct this Court to that notice for a full recitation of the information requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of January, 2000, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: _____
     Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida  33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273
Attorneys for Defendants

F:\Data\LIT4\4871.039\removalstatusreport.doc