UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____

00 MAR 21 PM 12:40

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CAREEN DIAZ,

        Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

        Defendant.
_____/

CASE NO.: 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

**NOTICE OF VOLUNTARY DISMISSAL
OF COLUMBIA HOSPITAL CORPORATION
SOUTH FLORIDA ONLY**

      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN, that the above captioned action is dismissed against defendant COLUMBIA HOSPITAL CORPORATION OF SOUTH FLORIDA only, pursuant to the Federal Rule of Civil Procedure 41 (a).

Dated: Fort Lauderdale, Florida
       March 6, 2000

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

_____
ALEXANDER D. DEL RUSSO
Attorneys for Defendants
1400 Centrepark Blvd.
Suite 1000
West Palm Beach, Florida 33401
(561) 478-4700/4744
Fax (561) 478-5811
Florida Bar No. 350273

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Florida Bar No. 961159

