UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

       Plaintiff,

v.                                                                  **JOINT STATUS REPORT**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

       Defendant.

_____/

### Specific Discovery Schedule

1.    The discovery deadline - November 15, 2000.

At this time there is no need to conduct discovery in phases or limited to particular issues. After mutual exchange of identities of witnesses and documents, the parties may propound interrogatories, requests for admissions and requests for production as necessary. Also the parties intend to take depositions of all witnesses identified, as well as any experts.

2.    Deadline for plaintiff to disclose experts August 1, 2000, deadline for defendant to disclose experts September 1, 2000.

3.    Deadline to file dispositive motions - December 15, 2000.

4.    Ten days before calender call for filing joint pretrial stipulation.

**A.**    **Likelihood of Settlement**

The parties will explore the possibility of settlement at the conclusion of discovery.

**B.   Likelihood of Additional Parties**

The parties do not anticipate any additional parties.

**C.   Proposed Limits on the time**

Proposed deadlines for joinder of other parties and to amend pleadings–June 1, 2000.

Deadline to file dispositive motions–December 15, 2000.

Deadline to complete discovery–November 15, 2000.

**D.   Simplification of Issues**

The parties will attempt to simplify the claims and defenses.

**E.   Amendment to Pleadings**

None at this time.

**F.   Admission of Fact and authentication of Documents**

The parties will cooperate concerning stipulating to facts and authentication of documents and obtain advance rulings on admissibility of evidence.

**G.   Avoidance of Unnecessary and Cumulative Evidence**

The parties will attempt to avoid unnecessary and cumulative evidence.

**H.   Need for a Reference to Magistrate or Special Master**

None. The parties do no consent to a trial before a magistrate judge.

**I.   Projected Time for Trial.**

The parties believe that three days will be necessary for trial in this action. Plaintiff has requested trial by jury in this case.

**J.   Proposed Approximate Dates for Final Pretrial Conferences and Trial.**

(a)   Final pre-trial conference - - Within ten days of calendar call.

(b)   Trial -- After February 1, 2001.

2

K.   **Other Information That May Be Helpful To The Court.**

The parties are aware of no other matters which would aid the Court in the fair and expeditious administration and disposition of this action. The parties agree to cooperate to bring such matters to the Court's attention as soon as possible.

P.  **The Need For a Variance of Discovery Limitations Imposed by the Local Rules.**
      None.

Dated: Fort Lauderdale, Florida
       March 1, 2000

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

_____
ALEXANDER D. DEL RUSSO
Attorneys for Defendants
1400 Centrepark Blvd.
Suite 1000
West Palm Beach, Florida 33401
(561) 478-4700/4744
Fax (561) 478-5811
Florida Bar No. 350273

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 Southeast Eighth Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Florida Bar No. 961159