UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
MAR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

Case No.: 00cv.6099         Date: 3/22/00
Style: Careen Droz v. Columbia Hospital
Counsel for Plaintiff: Korlin
Counsel for Defendant: Del Russo
Reporter: G. Medina         Courtroom Deputy: C. Foster
Law Clerk: Cynji Lee

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

Motion: _____ Granted: _____ Denied: _____

Calendar Call: 1/11/01        Trial Set/Reset for: 1/16/01
Pretrial Conference: 12/13/00   Bench/(Jury Trial:)

Issues Referred to Mag:Trial/Costs/Fees/Sanctions/Dismiss/Summary Judgment/Discovery/Other:
All Pretrial Motions    Mag: Turnoff    Mediation: Yes:__ No:__

MISCELLANEOUS NOTES: _____