UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

    Plaintiff(s),

vs.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, et al.,

    Defendant(s).
_____/



### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs            Yes  X    No ___
2. Motions for Attorneys' Fees  Yes  X    No ___
3. Motions for Sanctions        Yes  X    No ___
4. Motions to Dismiss           Yes  X    No ___
5. Motions for Summary Judgment Yes  X    No ___
6. Discovery Motions            Yes  X    No ___
7. [Other] _____

3-23-00
(Date)                          (Signature)

3-23-00
(Date)                          (Signature)

_____                      _____
(Date)                          (Signature)

_____                      _____
(Date)                          (Signature)

10