UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

    Plaintiff,

vs.

COLUMBIA HOSPITAL CORPORATION OF
SOUTH BROWARD, and COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendants.
_____/



FILED by \_\_\_\_\_ D.C.
APR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## FINAL ORDER OF DISMISSAL AS TO DEFENDANT COLUMBIA HOSPITAL CORPORATION OF SOUTH FLORIDA

**THIS CAUSE** came before the Court upon the parties' Stipulation of Dismissal of the claims against Defendant Columbia Hospital Corporation of South Florida.

**THE COURT** has considered the Stipulation, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the claims against Defendant Columbia Hospital Corporation of South Florida are hereby DISMISSED pursuant to the terms of the Stipulation. The Court retains jurisdiction over these claims for a period of 60 days to enforce the settlement if necessary.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2000.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DONALD L. GRAHAM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Alexander Del Russo, Esquire
　　 Stewart Lee Karlin, Esquire