UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-DLG
MAGISTRATE JUDGE TURNOFF

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## ORDER

This Cause comes before the Court on Defendant's Motion to Compel Discovery (D.E. 11). After a careful review of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Defendant's Motion to Compel Discovery is GRANTED BY DEFAULT. See Local Rule 7.1(C). Plaintiff shall produce all non-privileged documents responsive to Defendant's request within ten (10) days from the date of this Order.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of _____, 2000.

                                                  William C. Turnoff
                                                United States Magistrate Judge

c:    Hon. Donald L. Graham
      Stewart Lee Karlin, Esq.
      Alexander D. del Russo, Esq.

