UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR PRETRIAL CONFERENCE

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, d/b/a Westside Regional Medical Center, pursuant to Rule 16(A) of the Federal Rules of Civil Procedure as well as Local Rule 16.1(c) of the Rules of this Court, request that this Court schedule a pretrial conference. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law.

### Memorandum of Law

This is an action for race discrimination and retaliation brought under 42 U.S.C. § 1981. Defendant scheduled the deposition of Plaintiff on May 16, 2000. During the course of that deposition, Defendant learned that Plaintiff had, on April 13, 2000, filed a Voluntary Chapter 13 Petition with the United States Bankruptcy Court for the Southern District of Florida. As a result of the bankruptcy automatic stay, Defendant was precluded from continuing Plaintiff's deposition, and since then has been precluded from conducting any pretrial discovery. Thereafter, on

May 25, 2000, the undersigned counsel filed a Suggestion of Bankruptcy with this Court attaching to it a copy of Plaintiff's Chapter 13 Petition (D.E. #17). Since the date of that filing, there has been no activity in this file.

Through its Scheduling Order dated March 28, 2000 (D.E. #14), this Court imposed certain pretrial deadlines, including a deadline for discovery set on October 30, 2000, and a deadline for all pretrial motions set on November 6, 2000. Inasmuch as these deadlines are approaching, Defendant would request that this Court schedule a pretrial conference in order to discuss the status of this case along with an abatement of all existing pretrial deadlines.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 6 day of September, 2000, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316; Robin Weiner, Esq., U.S. Bankruptcy Trustee, P.O. Box 559007, Ft. Lauderdale, Florida 33355; and to U.S. Magistrate Judge William C. Turnoff, 300 N.E. First Avenue, Room 130, Miami, Florida 33132.

LEVY, KNEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.

By: _____
Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811
Florida Bar No. 350273

\\LAW_SERVER\SYS\Data\LIT4\4871.039\mot.pretrial.conf..doc