UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

    Plaintiff,

vs.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/



### ORDER

**THIS CAUSE** came before the Court upon the Defendant's Motion for Pretrial Conference.

Plaintiff filed this action on January 21, 2000. She sues Defendant for race discrimination and retaliation under 42 U.S.C. §1981. On April 13, 2000, Plaintiff filed a Voluntary Chapter 13 Petition with the United States Bankruptcy Court for the Southern District of Florida. The Bankruptcy Court entered an automatic stay of any action against Plaintiff. Defendant claims that this automatic stay precludes Defendant from conducting discovery in Plaintiff's race discrimination and retaliation case. Accordingly, Defendant seeks an abatement of all pretrial deadlines in this case. After considering Defendant's request and the pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is hereby DENIED. The Bankruptcy Court's entry of an automatic stay abates

any action against the Plaintiff, who is the debtor in the bankruptcy action. Therefore, because the Defendant in this case is not the debtor in the bankruptcy action, the automatic stay does not abate this case against Defendant. *See, e.g.,* In re Hillsborough Holdings Corp., 130 B.R. 603 (M.D. Fla. 1991) (explaining that automatic stay should not be extended to protect non-debtors); Matter of GEC Industries Inc., 116 B.R. 932 (D. Del. 1990) (explaining that automatic stay provisions do not inure to benefit of non-debtors).

In addition, in its Motion, Defendant fails to demonstrate that it has encountered discovery problems due to the automatic stay. If Defendant is unable to conduct discovery due to the automatic stay provision, Defendant must request relief from the appropriate authority -- the Bankruptcy Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Stewart Karlin, Esquire
    Alexander DeRusso, Esquire