UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.

_____/

## ELECTION TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE FOR TRIAL

The parties, by and through their undersigned counsel, and in accordance with 28 U.S.C. § 636(c) hereby voluntarily elect to have United States Magistrate Judge **William C. Turnoff** conduct any and all further proceedings in this case, including trial, and entry of final judgment with respect thereto.

Dated this 10th day of October, 2000.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By:_____
Alexander D. del Russo
1400 Centrepark Boulevard-#1000
West Palm Beach, Florida 33401
(561) 478-4700
Fax (561) 478-5811
Florida Bar No. 350273
Attorneys for Defendant

Stewart Lee Karlin
400 S.E. 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fax (954) 462-3151
Florida Bar No. 0961159
Attorney for Plaintiff

\\LAW_SERVER\SYS\Data\LIT4\4871.039\election.jurisd.maj.trial.doc