UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

　　　　Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

　　　　Defendants.
_____/



FILED by _____ D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER OF REFERENCE**

　　　　This matter has come before the Court upon the Election of Jurisdiction filed by the parties. Accordingly, it is hereby

　　　　Ordered that the above-captioned matter is referred to the United States Magistrate Judge William C. Turnoff for all further proceedings in this case, including trial, and entry of final judgment with respect thereto.

　　　　This Order of Reference is in accordance with 28 U.S.C. § 636 and the election of the parties.

　　　　Done and Ordered in Chambers, at Miami, Dade County, Florida, this ____ day of _____, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Alexander D. del Russo, Esq., Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A., 1400 Centrepark Boulevard, Suite 1000, West Palm Beach, Florida 33401

Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316

Magistrate Judge William C. Turnoff

F:\Data\LIT4\4871.039\order.reference.doc

Rec'd in MIA Dkt 10-23-00