UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-~~6562~~ 6099-CIV-GRAHAM

CAREEN DIAZ,

        Plaintiff,

vs.

COLUMBIA HOSPITAL
CORPORATION OF
SOUTH BROWARD,

        Defendant.
_____/

**NOTICE**

FILED
2000 NOV -3 AM 11:48
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 12/7/2... at 2pm |

Status conference.

_____11/2/..._____           _____
Date          William C. Turnoff
         United States Magistrate Judge

cc:   Honorable Donald L. Graham
      Alexander D. del Russo, Esquire
      Stewart Lee Karlin, Esquire