UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CARFEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/



## UNOPPOSED MOTION FOR LEAVE TO ATTEND STATUS CONFERENCE VIA TELEPHONE

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby requests that this Court permit the parties to attend by telephone the Status Conference presently set for **December 7, 2000, at 2:00 p.m.** The grounds for this Motion are fully set forth in the accompanying Memorandum below.

### Memorandum of Law

Following stipulation of the parties, the Court entered an Order of Reference dated October 17, 2000, by which this cause has been referred to the United States Magistrate Judge William C. Turnoff for all further proceedings including trial. Thereafter, on November 2, 2000, Magistrate Judge Turnoff noticed a Status Conference hearing on this cause to take place in his Chambers on December 7, 2000, at 2:00 p.m.

The parties would request leave from this Court to attend this Status Conference by telephone. Plaintiff's counsel is located in Ft. Lauderdale and defense counsel is located in West

Palm Beach. The parties believe, and would submit to the court, that their attendance by telephone will not affect the objectives for and results of the Status Conference and is based on the notions of costs, convenience and efficiency to the parties.

The undersigned has contacted the offices of Plaintiff's counsel, Stewart Karlin, Esq., who agrees with the relief sought in this Motion. Accordingly, Defendant requests that this Court allow the parties leave to attend the Status Conference by telephone.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile to U.S. Magistrate Judge William C. Turnoff; 300 N.E. First Avenue, Room 130, Miami, Florida 33132l and a copy furnished via facsimile and U.S. mail this 7th day of December, 2000, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

LEVY, KNEEN, MARIANI, CURTIN,
KORNFELD & DEL RUSSO, P.A.

By: _____
Alexander D. del Russo
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401
(561) 478-4700
(561) 478-4744
Fax (561) 478-5811

F:\Data\LIT4\4871.039\rule45.fmc.ft.laud.health.doc