UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-GRAHAM

CAREEN DIAZ,

    Plaintiff,

vs.                                     ORDER

COLUMBIA HOSPITAL CORPORATION,

    Defendant.
_____/

    This Cause came before the undersigned on <u>Defendant Columbia Hospital Corporation Of South Broward's Unopposed Motion For Leave To Attend Status Conference Via Telephone</u>. The Court being fully advised, it is hereby ORDERED AND ADJUDGED that the within Motion is GRANTED.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this 9 day of DEC., 2000.

                                   WILLIAM C. TURNOFF
                                   United States Magistrate Judge

cc:    Honorable Donald L. Graham
       Alexander D. del Russo, Esquire
       Stewart Lee Karlin, Esquire

1