UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6099-CIV-GRAHAM

CAREEN DIAZ,

    Plaintiff,

vs.                                                            ORDER ON STATUS CONFERENCE

COLUMBIA HOSPITAL CORPORATION,

    Defendant.
_____/

This Cause came before the undersigned for a telephonic status conference on December 7, 2000. At this time, the parties agreed on the following schedule:

1. Discovery cut-off - March 15, 2001;

2. Dispositive motion cut-off - April 1, 2001;

3. Pretrial conference - June 7, 2001 at 2:00 p.m.;

4. 2-3 day jury trial commencing June 12, 2001 at 9:30 a.m. U.S. Courthouse, 300 N.E. First Avenue, Courtroom X, Miami, Florida.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 9 day of Dec., 2000.

WILLIAM C. TURNOFF
United States Magistrate Judge

cc:    Honorable Donald L. Graham
       Alexander D. del Russo, Esquire
       Stewart Lee Karlin, Esquire