UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the Stipulation for Substitution of Counsel. Upon consideration and review of the file, it is hereby

ORDERED and ADJUDGED as follows:

1.    That **Carlton Fields** is hereby substituted as counsel of record for Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD d/b/a WESTSIDE REGIONAL MEDICAL CENTER, in place of **Levy, Kneen, Mariani, Curtin, Kornfeld & del Russo, P.A.**

DONE and ORDERED in Chambers, in Miami, Florida, this ___ day of _JA_____, 2001.

WILLIAM C. TURNOFF

Copies furnished to:

John F. Mariani, Esq.
Levy, Kneen, Mariani, Curtin,
Kornfeld & del Russo, P.A.
1400 Centrepark Boulevard
Suite 1000
West Palm Beach, Florida 33401

Alexander D. del Russo, Esq.
Carlton Fields
Esperante Building – Suite 1400
222 Lakeview Avenue
West Palm Beach, Florida 33402-0150

Stewart Lee Karlin, Esq.
400 S.E. 8th Street
Fort Lauderdale, Florida 33316.

H:\4871.039\ord.subst.counsel.diaz.doc