UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

FILED
MAR 15 2001

CAREEN DIAZ,

        Plaintiff,

v.

**THIS IS A CONSENT CASE**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

        Defendant.
_____/

### PLAINTIFF'S MOTION
### FOR AN EXTENSION OF DISCOVERY

Plaintiff, CAREEN DIAZ, by and through the undersigned attorney, and respectfully moves the Court for a continuance and for an extension of discovery and other pretrial deadlines. and in support thereof would state as follows:

1. Discovery has ensued to wit both sides have exchanged interrogatories and document production. Plaintiff's attorney has had a very busy schedule such as numerous deadlines, depositions, hearings, summary judgments. Plaintiff's counsel has to prepare for a trial that will commence March 26, 2001 entitled <u>Borino v. Publix Supermarkets</u> Case No.: 99-20120/14.

2. Plaintiff's deposition was taken several months ago.

3. Plaintiff is respectfully requesting that the discovery deadline be continued from March 15, 2001 until April 15, 2001 and the dispositive motion deadline be extended to April 21, 2001.

**SCANNED**

able to reach him for this instant motion to extend discovery but expect that he would not oppose this request. It should be noted that the trial is not scheduled until June, 2001, and thus this extension will not delay the trial in this matter.

5. Accordingly, and for all the foregoing reasons, plaintiff respectfully requests that plaintiff's motion be granted.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

### MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.

Dated:  Fort Lauderdale, Florida
        March 12, 2001

_____
STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No. 961159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class Mail to: Alexander D. Del Russo, Esq., CARLTON, FIELDS, WARD, EMMANUEL, SMITH & CULTER, P.A., P.O. BOX 150, West Palm Beach, Florida 33402-0150, on this 15th day of March, 2001.

STEWART LEE KARLIN, ESQ.
400 S.E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201