

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

      Plaintiff,

                                                              **CONSENT CASE**

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

      Defendant.

_____/

## DEFENDANT'S CONSENT TO PLAINTIFF'S
## MOTION FOR EXTENSION OF DISCOVERY

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD,

INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, through undersigned counsel,

hereby would advise the Court that it consents to Plaintiff's Motion for an extension of

discovery. Should this Court grant the Motion extending discovery until April 15, 2001,

Defendant would request that the deadline for filing dispositive motions be extended until

April 30, 2001, instead of the date proposed by Plaintiff of April 21, 2001.

In all other aspects, Defendant consents to the relief sought by Plaintiff in this

Motion.

WPB#535789.01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 19th of March, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316; and to Magistrate Judge William C. Turnoff, 300 N.E. First Avenue, Room 130, Miami, Florida 33132.

CARLTON, FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:      (561) 659-7070
Facsimile:      (561) 659-7368
Attorneys for Defendant

By_____
    Alexander D. del Russo
    Florida Bar Number 350273

2

WPB#535789.01