UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendant.
_____/

**THIS IS A CONSENT CASE**

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The parties shall have up to and including April 15, 2001, to complete discovery and April 21, 2001 to file dispositive motions.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this 21, March, 2001.

                U.S. Magistrate Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Alexander Del Russo, Esq.

