UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-GRAHAM

CAREEN DIAZ,

    Plaintiff,

vs.      ORDER

COLUMBIA HOSPITAL CORPORATION,

    Defendant.
_____/

This Cause came before the undersigned on <u>Plaintiff's Motion For An Extension Of Discovery</u> (D.E. 30). The Court being fully advised, it is hereby

ORDERED AND ADJUDGED that the within Motion is GRANTED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1 day of April, 2001.

WILLIAM C. TURNOFF
United States Magistrate Judge

cc:    Honorable Donald L. Graham
       Alexander D. del Russo, Esquire
       Stewart Lee Karlin, Esquire

