UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, by and through its undersigned attorneys, and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, hereby moves that this Court enter summary judgment against Plaintiff. The grounds for this Motion are fully set forth in the accompanying Memorandum of Law, which is filed simultaneous herewith, along with Defendant's Statement of Undisputed Material Facts.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of April, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
Attorneys for Defendant

By: _____
Christopher C. Copeland
Florida Bar Number 938076