

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM

Magistrate Judge: Turnoff

CAREEN DIAZ,

     Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

     Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING AFFIDAVITS
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD,

d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby gives notice of the filing of the

following Affidavits in support of its Motion for Summary Judgment:

1.     Affidavit of Wanda Fogarty.

2.     Affidavit of Kimberley Jutras.

3.     Affidavit of Lynn Mathis.

4.     Affidavit of Marybeth Thompson.

SCANNED

WPB#537024.01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of April, 2001, to **Stewart** Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:(561) 659-7070
Facsimile: (561) 659-7368
Attorneys for Defendant

By:_____
    Christopher C. Copeland
    Florida Bar Number 938076

WPB#537024.01                    2