UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## AFFIDAVIT OF WANDA FOGARTY

STATE OF FLORIDA    )
COUNTY OF BROWARD  )

    BEFORE ME, the undersigned authority, personally appeared **Wanda Fogarty**, who upon being duly sworn, deposes and states as follows:

    1.    My name is Wanda Fogarty. I am a Radiology Technologist by profession, and I make this Affidavit based upon my personal knowledge.

    2.    At all times material hereto, I have been and continue to be employed at Westside Regional Medical Center as the Director of Radiology. In that role I am responsible for all aspects of the Department of Radiology. I have also served as a patient representative under a program initiated at Westside Regional Medical Center for purposes of insuring that the needs and desires of patients are being met on a daily basis.

    3.    On or about January 25, 2000, while acting as the patient representative, and while visiting the patient in room 418 on the fourth floor, I was advised by the patient that she



needed assistance in using the restroom. The patient at issue had green markers on her door, which indicated there were restrictions placed upon her. Accordingly, I utilized the call button in the patient room to page her nurse. I next proceeded to the nurse's station where I noted that Careen Diaz was the nurse who was assigned to the patient. I located Ms. Diaz and asked that she assist the patient to the restroom. Ms. Diaz indicated that I should locate the PCA to assist the patient. I then had the nurse at the nurse's station located the PCA but was advised that the PCA was busy. The nurse at the nurse's desk then intercomed to Ms. Diaz that she needed to attend to the patient because the PCA was busy. I was standing outside of the patient's room when Ms. Diaz walked into the room and in a very loud and belligerent voice began verbalizing in the presence of the patient "What is the point of these patient reps if they are not going to do anything." Ms. Diaz made this statement several times to another RN who walked in and said the statements in a loud and derogatory manner.

4. The Statements made by Ms. Diaz, in presence of the patient, undermined the mission of the hospital to promote patient satisfaction. These statements further interfered with the operations and discredited the hospital and were offensive both to the patient and fellow employees including myself.

5. I immediately reported the matter to Ms. Diaz' supervisor who then, I understand, issued a written counseling and corrective discipline report in regard to the same.

6. At the time that I witnessed the matters, and all times subsequent thereto, I had no knowledge that Ms. Diaz had filed or submitted any claim or complaint against the hospital.

FURTHER AFFIANT SAYETH NOT.

_____
**Wanda Fogarty**

SWORN TO AND SUBSCRIBED BEFORE ME this 18 day of April, 2001, by Wanda Fogarty. She is <u>personally known</u> to me, or has produced her _____ driver's license, or her _____ as identification.

```
OFFICIAL NOTARY SEAL
JACQUELINE K FRIES
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC977201
MY COMMISSION EXP. OCT. 23,2004
```

(AFFIX NOTARIAL SEAL)

_____
(Signature)

Jacqueline K. Fries
(Printed Name)

NOTARY PUBLIC, STATE OF FLORIDA

Oct. 23, 2004
(Commission Expiration Date)

Commission # CC977201
(Serial Number, If Any)