

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

### AFFIDAVIT OF KIMBERLEY JUTRAS

STATE OF FLORIDA    )
COUNTY OF BROWARD  )

Before me, the undersigned authority, personally appeared **Kimberley Jutras**, who upon being duly sworn, deposes and states as follows:

1.    My name is **Kimberley Jutras**. I am a Registered Nurse by profession, and I make this Affidavit based upon my personal knowledge.

2.    Between January 1998 and February 2000, I was employed at Westside Regional Medical Center as the Chief Nursing Officer. In that role I was responsible for all aspects of nursing care at the Hospital, and I reported directly to the Chief Executive Officer.

3.    Upon my arrival, the Hospital was already participating in the Preceptor Program through the Broward Community College School of Nursing for the training of new nursing graduates. Under this program, recent nursing graduates attended a multi-week preceptor/orientation program which involved working closely with an existing staff nurse.

**SCANNED**

WPB#536376.01

These nursing grads were not paid for the time they spent participating in this program. The program was attractive to Westside since it provided an expense—free way for the Hospital to evaluate whether the precepting nurse met the basic performance standards of the Hospital. At the same time, the program assisted new graduates in finding a potential job; the new graduates were not required to sign any commitment with the Hospital as a condition for participating in this program. At that time, there was not the critical nursing shortage that exists today.

4. Sometime in 1998 the Hospital began experiencing the effects of a severe shortage of nurses. As a result, Westside elected to begin offering paid orientation programs to nursing graduates. This was a different program than the one administered through Broward Community College, and nursing grads participating in this program were paid for their orientation time.

5. In the summer of 1999, I met with Careen Diaz to discuss her complaints regarding the preceptor program. She raised the issue that she had not been paid for the time spent in the preceptor program while other nursing graduates had. I explained to her that the Hospital began offering paid preceptorships to recent graduates due to the difficulty in finding nurses.

6. In furtherance of our efforts to address Ms. Diaz' concerns, I scheduled a meeting with Ms. Diaz, myself and the H.R. Director, Lynn Mathis, to discuss Ms. Diaz' continued concerns in early July, 1999. Prior to the meeting I learned that Ms. Diaz, intended on bringing an unidentified individual to the meeting. I asked Lynn Mathis to contact Ms. Diaz and request that she advise us as to who she intended on bringing and the reason for the same. Ms. Diaz refused to acknowledge or respond to Ms. Mathis's requests for information. Lynn Mathis then attempted to call her on the floor a number of times to ask the same questions. Ms. Diaz refused

to name the individual she intended on bringing, hung up on Ms. Mathis on one occasion and attempted to have fellow employees lie, on her behalf, by advising Ms. Mathis that Ms. Diaz had clocked out for the day and was thus not available to speak with Ms. Mathis. Ms. Mathis eventually later verified that Ms. Diaz was clocked in and on the floor. Accordingly, Ms. Diaz was written up by Ms. Mathis for her insubordinate and unprofessional behavior.

FURTHER AFFIANT SAYETH NOT.

**Kimberley Jutras**

Sworn to and subscribed before me this 19th day of April, 2001, by **Kimberley Jutras**. She is personally known to me, or has produced her _____ driver's license, or her _____ as identification.



(Signature)

Maritza Torres
(Printed Name)
NOTARY PUBLIC, STATE OF FLORIDA

5/9/03
(Commission Expiration Date)

_____
(Serial Number, If Any)

WPB#536376.01

3