

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## AFFIDAVIT OF MARYBETH THOMPSON

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

    Before me, the undersigned authority, personally appeared **Marybeth Thompson**, who upon being duly sworn, deposes and states as follows:

    1.    My name is **Marybeth Thompson**. I am an Advanced Registered Nurse Practitioner by profession, and I make this Affidavit based upon my personal knowledge.

    2.    I was employed at Westside Regional Medical Center between January 1995 and December 1998, where I worked as the Hospital's Director of Education. In that capacity I was responsible for nurse recruitment and training.

    3.    Sometime between 1995 and 1996, we were approached by Kathy Jackson, the Director of the Broward Community College School of Nursing's Preceptor Program. Ms. Jackson




asked if Westside was interested in participating in its preceptor program since the school was having a hard time placing new graduates in jobs.

4. Upon considering this, the Hospital agreed, and I acted as the Hospital's liaison for the program. Under the program, nursing school graduates would precept at the Hospital for a seven to eight week program under the tutelage of an existing staff nurse. The program benefited the Hospital by giving us a free opportunity to look at a nursing graduate before hiring that person, and it benefited the graduate by giving them experience they otherwise lacked.

5. No nursing school graduate was paid for time spent at the Hospital under the BCC preceptor program.

6. Approximately 15 nursing school grads went through the program at the Hospital under the BCC three years before I left the Hospital, one of which was Coreen Diaz. I personally met with each graduate prior to the commencement of the preceptorship, and I explained the program in terms of how it worked, and in terms of it not being paid. I specifically recall meeting with Coreen Diaz and discussing these issues. I had known her before, and since she had been working at the Hospital as a "PCA."

7. I left employment at Westside in December of 1998. At that time, the Preceptor Program was still in effect. I am not aware of what recruitment or training programs were utilized by the Hospital after my departure.

Further affiant sayeth not.

*Marybeth Thompson ARNP*
_____
**Marybeth Thompson, ARNP**

Sworn to and subscribed before me this ____ day of April, 2001, by **Marybeth Thompson**. She is personally known to me, or has produced her _____ driver's license, or her _____ as identification.

_____
(Signature)

(AFFIX NOTARIAL SEAL)

_____
(Printed Name)
NOTARY PUBLIC, STATE OF FLORIDA

_____
(Commission Expiration Date)

_____
(Serial Number, If Any)

WPB#536372.01                     3