UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/



### DEFENDANT'S NOTICE OF FILING DEPOSITIONS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby gives notice of the filing of the following deposition transcripts in support of its Motion for Summary Judgment:

1. April 10, 2001, Deposition of Eileen Ciotti.
2. April 10, 2001, Deposition of Marlene McKay.
3. April 10, 2001, Deposition of Lee Chaykin.
4. May 16, 2000, and October 27, 2000, Deposition of Careen Diaz.

Included with the deposition transcripts are all Exhibits, which were part of said depositions.

SCANNED

WPB#537025.01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 23rd day of April, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

> CARLTON FIELDS, P.A.
> P.O. Box 150
> West Palm Beach, FL 33402-0150
> Telephone:(561) 659-7070
> Facsimile: (561) 659-7368
> Attorneys for Defendant
>
> By: _/s/ Christopher C. Copeland_
> Christopher C. Copeland
> Florida Bar Number 938076