1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                CASE NO.  00-6099-CIV-GRAHAM/TURNOFF
3

4

   COREEN DIAZ,
5
                      Plaintiff,                    COPY
6
   vs.
7
   COLUMBIA HOSPITAL CORPORATION
8  OF SOUTH BROWARD, AND COLUMBIA
   HOSPITAL CORPORATION OF SOUTH
9  FLORIDA,

10                    Defendant.

11 -------------------------------/

12
                              Westside Regional Center
13                            8201 West Regional Center
                              Plantation, Florida
14                            April 10, 2001
                              2:40 p.m. -  3:05 p.m.
15

16
   APPEARANCES:
17
   STEWART LEE KARLIN, ESQ.
18 Attorney for the Plaintiff

19 CARLTON FIELDS
   BY:  CHRISTOPHER C. COPELAND, ESQ.
20 Attorneys for the Defendant

21

22
                         DEPOSITION
23                          OF
                         EILEEN CIOTTI
24

25

2

1                              I N D E X

2    WITNESS:  EILEEN CIOTTI
                                              <u>PAGE</u>
3    DIRECT EXAMINATION
     BY MR. KARLIN                              3
4
     CROSS EXAMINATION
5    BY MR. COPELAND                            10

6    REDIRECT EXAMINATION
     BY MR. KARLIN                              18
7
     RECROSS EXAMINATION
8    BY MR. COPELAND                            19

9                             <u>EXHIBITS</u>

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1          Deposition of EILEEN CIOTTI, a witness of

2     lawful age, taken by the Plaintiff for the purpose of

3     discovery and for use as evidence in the above-entitled

4     cause, wherein COREEN DIAZ is the Plaintiff, and

5     COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD is the

6     Defendant, pending in the United States District Court

7     of the Southern District of Florida, pursuant to notice

8     heretofore filed, before NANCY D. SMITH, Registered

9     Professional Reporter and Notary Public in and for the

10    State of Florida at Large, at the offices of Westside

11    Regional Center, 8201 West Broward Blvd., Plantation,

12    Broward County, Florida on the 10th day of April

13    commencing at 2:40 p.m.

14                    ------------

15    Thereupon:

16                    EILEEN CIOTTI

17    a witness named in the notice heretofore filed being of

18    lawful age and being first duly sworn in the above

19    cause, testified on her oath as follows:

20                    DIRECT EXAMINATION

21    BY MR. KARLIN:

22        Q.    Could you state your name for the record

23    please.

24        A.    Eileen Ciotti, C-I-O-T-T-I.

25        Q.    My name is Stewart Karlin.  I'm an attorney

4

1    and I represent Ms. Diaz.  She's filed a case against

2    the hospital pertaining to her employment.  The reason

3    why you're here today is that you may have some

4    information concerning her case.

5             Your testimony is under oath, so it is

6    important for you to understand the questions I'm asking

7    you today.  If for any reason you don't understand a

8    question I'm asking, let me know and I'll do my best to

9    rephrase it so you understand it, okay?

10        A.    Okay.

11        Q.    You do need to verbalize all your responses.

12   You can't nod your head or go uh-huh, in case we order

13   the transcript.

14             Lastly, wait my question is complete before

15   you answer.  If you talk while I'm talking the court

16   reporter will have difficulty taking both people down at

17   the same time.

18        A.    I understand.

19        Q.    Are you employed?

20        A.    Yes.

21        Q.    Before I ask that, what's your residence

22   address please?

23        A.    2750 Northwest 108th Avenue in Sunrise,

24   Florida 33322.

25        Q.    Are you employed?

5

1        A.    Yes, I am.

2        Q.    And what's your current position at the

3    hospital?

4        A.    Currently, I am the director of the surgical

5    orthopedical unit and I am covering the medical oncology

6    unit.

7        Q.    And how long have you held that position for?

8        A.    I have been a director for about four years.

9        Q.    Were you involved at all in supervising

10   Ms. Diaz?

11       A.    Yes.

12       Q.    Did she report directly to you?

13       A.    For a period of time.

14       Q.    For what period of time?

15       A.    In the beginning part.  I relieved another

16   manager for several months and then there was a period

17   of time in between someone else taking over from me that

18   I was the manager of that unit where she was employed.

19       Q.    So how long of a period of time would you say

20   it was?

21       A.    I don't know the exact dates.

22       Q.    Less than six months or more than six months?

23       A.    Combination, probably more than six months.

24       Q.    Do you recall what year you supervised her?

25       A.    Whatever year she began I was covering that

6

1    unit for part of that time and then the next year for

2    part of that time.

3            MR. COPELAND:  Just for clarification, began

4        as a PCA or RN?

5            THE WITNESS:  Coreen started as a PCA.

6    BY MR. KARLIN:

7        Q.   Did you supervise her when she became an RN

8    or a PCA?

9        A.   In the beginning of her employment I

10    supervised her as a PCA.

11        Q.   Did you ever supervise her as an RN?

12        A.   During part of the transition, yes.

13        Q.   You didn't prepare any performance appraisals

14    on her; would that be fair?

15        A.   I do believe I had input.

16        Q.   But you didn't actually write them up?

17        A.   That I don't recall.  I would have reviewed

18    them but --

19        Q.   Right.  Do you have an opinion as to what kind

20    of a nurse she was when you were supervising her?

21        A.   Good clinical nurse.

22        Q.   Did you have any problems with her?

23        A.   As far as being clinical?

24        Q.   Right.

25        A.   Clinically, no.  She did her job.  She took

7

1   good care of her patients.  The issues that I had with

2   her or things --

3          Q.   The issues that you had with her, let's deal

4   with that first.  Did you have any problems with her?

5          A.   More communication issues.

6          Q.   Such as?

7          A.   Such as just how she communicated with other

8   people, patients, families.

9          Q.   This was her first job in the work place?

10         A.   That I don't know.

11         Q.   First job as a nurse?

12         A.   Yes.

13         Q.   Is that common among the nurses, connection

14   with developing communication skills?

15         A.   I would say it's one of the tools that people

16   learn but common, no, I wouldn't say that.

17         Q.   Was it a major problem, the communication

18   skills or something that just needed to be upgraded?  If

19   you were going to evaluate her from a one to a five on

20   the performance evaluation, what would you have given

21   her?

22         A.   I would have agreed with what they gave her.

23         Q.   Any other problems that you had with Ms. Diaz

24   personally?

25         A.   No.

8

1      Q.    How about any issues, did you ever observe any

2   problems with her in terms of acting

3   inappropriately?  Were there any incidents that you

4   recall?

5      A.    My remembering of whatever situations with

6   Coreen had to do with the way of communication, whether

7   or not she was told something and she either acted,

8   didn't take the information correctly and got upset

9   about it, or most of the things I recall were the

10  morning when we would do staffing, just questioning

11  assignments.

12     Q.    Do you recall anything that involved any

13  discipline that you were involved in?

14     A.    That I was involved in?

15     Q.    Yes.  You were asked to provide a statement or

16  anything of that nature?

17     A.    No.

18     Q.    Nothing at all?

19     A.    Not that I recall, no.

20     Q.    Did it ever come to your attention she was

21  complaining about not getting paid when she was in the

22  preceptor program?

23     A.    It came to my attention at some point, but I

24  don't know that I was the manager at the time.

25     Q.    Do you know who told you about that?

9

1     A.   No, I don't.

2     Q.   Do you know if it came from a manager or if

3   Coreen told you?

4     A.   I don't know.

5     Q.   Did you ever see her act rude to anybody?

6     A.   Ever?

7     Q.   Do you recall her ever being rude?

8     A.   Yes.

9     Q.   When?

10     A.   Specific incidents I wouldn't be able to give

11   you names and dates, but there were situations where,

12   like I said, there was communication either she didn't

13   listen to the whole communication, staffing issues, if

14   the assignment was made out, sometimes she had an issue

15   with that.

16     Q.   I'm going to show you what's been marked and

17   I'm going to have the same exhibit marked, it makes it

18   easier that way.  This has been previously marked and

19   just make a copy of this for this deposition.  This has

20   been previously marked as Plaintiff's Exhibit Number

21   Ten.  Were you involved in this incident?

22     A.   Involved in it?

23     Q.   Did you witness it?

24     A.   No.

25     Q.   I'm going to show you what's been previously

10

1    marked as Plaintiff's Exhibit Number One.  Were you

2    involved in this particular incident?

3        A.    No.

4        Q.    Did it ever come to your attention that

5    Ms. Diaz was claiming that she was either discriminated

6    against or retaliated by the hospital?

7        A.    Has it come to my attention?

8        Q.    Before her termination I'm talking about?

9        A.    Well, she wasn't terminated.  I believe she

10   resigned on her own.

11       Q.    You're right.  Do you recall before she left

12   the hospital her making that claim?

13       A.    No.  I don't recall her making that claim, no.

14       Q.    Did anyone ever tell you that she was claiming

15   she was either discriminated or being retaliated for

16   being discriminated against?

17       A.    No.

18            MR. KARLIN:  I don't have anything else.

19            MR. COPELAND:  I have a few.

20                      CROSS EXAMINATION

21   BY MR. COPELAND:

22       Q.    You stated I guess your first involvement with

23   Coreen was when she was hired as a PCA at the hospital?

24       A.    Correct.

25       Q.    And, at that time, do understand if she was

11

1    going to Broward Community College?

2        A.    Correct.

3        Q.    At some point in time she obtained her nursing

4    license?

5        A.    Yes.

6        Q.    Did she then participate in the preceptor

7    program?

8        A.    Yes.

9        Q.    Was that program through Broward Community

10   College?

11       A.    Correct.

12       Q.    Were there other individuals at the hospital

13   that participated in that program at or about that time?

14       A.    Yes, there was.  And there was another PCA

15   that worked on the floor with her who chose not to

16   participate in it because of the conditions of the

17   preceptorship.

18       Q.    Now, nor was it required for a graduate at

19   that time to go through the program if they wanted to

20   get hired as an RN?

21       A.    Correct.  Yes.

22       Q.    Do you know if any of the individuals who went

23   through that program, if they were paid for the time

24   they precepted?

25       A.    To my knowledge no one has been paid for the

12

1    time that they precepted.

2        Q.    That's from Broward Community College?

3        A.    Correct.

4        Q.    Do you know if that changed at sometime in the

5    future?  Do you know if the hospital at sometime

6    developed its own preceptorship program?

7        A.    Yes.  In the last couple of years we changed

8    the way that we do preceptors.  We have a precepting

9    class here and in order to get nurses in the market it

10   is completely different.  We now run our own preceptor

11   classes and preceptors are brought in as new grads.

12   They are paid from the time they are brought in and they

13   go through their training that way.

14       Q.    What prompted the hospital to offer

15   compensation to individuals, if you know, that were

16   precepting now as opposed to when the program was with

17   BCC?

18       A.    Supply and demand.  At that time there wasn't

19   a nursing shortage, you could get nurses in.  We did not

20   have a preceptor program where we brought new grads in

21   and gave them what they needed.  They needed a lot more

22   than just giving them the couple of weeks that new grads

23   were getting.  We saw the need, BCC offered the program,

24   that was the way they chose to go.  Change of

25   administration, different way of doing things.

13

1      Q.    Now, I think you stated that you had some

2   familiarity at some point in time Coreen was complaining

3   about not being paid for precepting; is that a fair

4   statement?

5      A.    Yes.  I had knowledge about that because she

6   had asked me.  I don't remember specifics, but I did

7   know that she wanted to know about precepting and what

8   was the procedure because I was the one that originally

9   when she came to do the RN, I was the one that spoke to

10  her about it and the way that we were going to do the

11  program.

12     Q.    When you originally spoke to her, was this

13  before she precepted?

14     A.    Yes.  Because they had to agree to go to the

15  class and be registered in the class before they came

16  aboard.

17     Q.    They registered with Broward Community

18  College?

19     A.    Yes.

20     Q.    Did they have to pay tuition?

21     A.    Yes.

22     Q.    Do you have any understanding whether the

23  hospital reimbursed them for that tuition?

24     A.    I have no idea.

25     Q.    Did you tell Ms. Diaz whether or not that was

14

1   going to be reimbursed?

2       A.   No, I don't believe.

3       Q.   Did you have any discussion with her about

4   whether or not precepting was a paid position?

5       A.   I don't recall the exact conversations,

6   however I'm sure that I did because they had to agree to

7   go to class for the six weeks, pay their course, and

8   come and work with someone here without being paid.  So

9   that was the explanation of the program.

10      Q.   And we're terming this as a preceptorship.  Is

11  it a fair statement that it's equivalent to the

12  internship?

13      A.   Yes.  The way we did it, at that time, is they

14  were set with one person and they followed that person's

15  scheduled for the six weeks of precepting.  They were

16  signed off on competencies and at the end of that we had

17  the option to either hire them on as a nurse, us having

18  done the training, or say that they weren't going to cut

19  it and let them go somewhere else.

20      Q.   What benefit did it serve the hospital to have

21  a preceptor program?

22      A.   The one at BCC?

23      Q.   At BCC, what benefit was it for the hospital?

24      A.   A, we didn't have a preceptor program here so

25  we didn't have a whole routine of six weeks.  We didn't

1   have the luxury of giving someone six weeks of training

2   and paying them for it, six or eight weeks as a new

3   grad.  They then needed eight weeks of training.  We

4   didn't have that luxury.  So the benefit was we got the

5   opportunity to see a new grad, worked them through the

6   program, see whether or not they were going to be what

7   we want in a nurse, help them get to that point and then

8   we had a nurse at the end of it.

9        Q.   And did the program benefit the nurse as well

10   that was going through it with the graduate?

11       A.   I would say from my point as a nurse

12   absolutely, because it gave them that set of experience

13   and then even if they chose not to work here they have

14   been precepted already.  The downside to that is that

15   there was a tuition involved and they actually came and

16   worked as a student.  So it was like another six weeks

17   of school, they were paying for an additional class.

18       Q.   Was there any obligation for the nurse to work

19   here after they precepted or were they free to go

20   somewhere else if they so choose?

21       A.   They were free to go if it didn't seem it was

22   going to be mutually beneficial to them.  At that point

23   if we thought that the person would do well and the

24   nurse had succeeded, then we would offer them a

25   position.

16

1    Q.    Do you know when in relation to the time frame

2    that Ms. Diaz went through the preceptor program was the

3    first time that she raised a concern about being paid

4    for it?

5    A.    I have no idea.

6    Q.    Now, as her supervisor, did you ever receive

7    any complaints from other staff members or from other

8    departments about Ms. Diaz?

9    A.    As I said before, the complaints came.  The

10   complaints with Coreen had to do with communication and

11   the way that she communicated with the other staff

12   members.  Assignments, in the way that assignments were

13   broken up, and just the way that she would approach them

14   with it.  That was one of the things that I know on the

15   appraisals that we put on there that she needed to learn

16   how to communicate in a more effective manner.

17   Sometimes her attitude would be more rough or gruff then

18   some of the nurses would think necessary.

19   Q.    Now, who is the person who would primarily do

20   the evaluations, would that be the charge nurse?

21   A.    The charge nurses would do the evaluation.

22   The manager would then review it, also put on to the

23   back of it goals and the accomplishments on the back.

24   It would be reviewed and either given by the manager,

25   the charge nurses did not give the evaluation.  But

17

1    because they worked on them more one or one they were

2    responsible for the numbers.

3        Q.   The charge nurse would circle the numbers off

4    the evaluation then give it to you?

5        A.   Correct.

6        Q.   And you would review it with the employee?

7        A.   We would add additional comments as we felt

8    necessary.

9        Q.   Who was the charge nurse for Ms. Diaz on the

10   4th floor?

11       A.   Marlene McKay is the charge nurse.

12       Q.   Do you know if she was, at all times, the

13   charge nurse?

14       A.   There is other people that are in charge, but

15   she is the designated charge person so she would have

16   been the one doing her review.

17       Q.   Marlene McKay, is she African American?

18       A.   Yes.

19            MR. COPELAND:  That's all I have.

20            MR. KARLIN:  I'm not going to have this

21       marked.

22            MR. COPELAND:  You never had it marked before.

23            MR. KARLIN:  I want to be consistent here.

24       This is the '97, '98 evaluation.

25                      REDIRECT EXAMINATION

18

1   BY MR. KARLIN:

2        Q.    Could you point in the evaluation where she

3   was having problems with her communication skills in

4   '97, '98 if there was a place?

5        A    Remain professional at all times, this

6   includes staff members and other departments.  Unable to

7   control situations.  Call for assistance.

8        Q.    Is there a rating in there for communication

9   skills?

10       A.    I don't know.  I don't believe it's broken out

11  as --

12       Q.    Interpersonal?

13       A.    I don't know if that's all specific to

14  communication.

15       Q.    Is there anything below two?

16       A.    There is interpersonal.

17       Q.    She's rated above satisfactory in her

18  interpersonal skills; would that be a fair comment?

19       A.    Three, yes, satisfactory.

20       Q.    Above satisfactory actually, isn't three above

21  satisfactory?

22       A.    Uh-huh.

23       Q.    Is that a yes?

24       A.    Yes.  I'm sorry.

25       Q.    Consistently demonstrates a positive attitude,

19

1    that's above satisfactory; is that correct?

2        A.    Correct.

3        Q.    Forces team work by offering assistance to

4    others, that's above satisfactory; is that correct?

5        A.    Correct.

6        Q.    Provides positive welcome to all clients and

7    family members, again, above satisfactory?

8        A.    Correct.

9        Q.    Acknowledges and responds tactfully to all

10   requests, that's above average?

11       A.    Correct.

12       Q.    Shows consideration in interaction with

13   patient's family and other health care team members by

14   demonstrating therapeutic listening skills and above

15   average?

16       A.    Correct.

17           MR. KARLIN:  I don't have anything further.

18           MR. COPELAND:  Can I just follow-up on this

19       one for a minute.

20           MR. KARLIN:  Sure.

21                    RECROSS EXAMINATION

22   BY MR. COPELAND:

23       Q.    Are these your comments on the last page of

24   the evaluation?

25       A.    Yes.

20

1    Q.   At this point in time you were the supervisor

2    when this evaluation was done?

3    A.   Correct.

4    Q.   In this comment, did you indicate what were

5    her problems with communication skills?

6    A.   Remain professional at all times.  This

7    includes staff members and other departments, if unable

8    to control a situation call for assistance.  Maintain a

9    positive attitude.  Keep in mind maybe that you're a

10   role model through your team and others look to you for

11   leadership.

12       MR. COPELAND:  Nothing further.

13   BY MR. KARLIN:

14   Q.   Number C here on summary you say, overall,

15   works well with all team members, has shown -- what is

16   that?

17   A.   Maturity.

18   Q.   In dealing with difficult staff and patients.

19   Would that be fair, that's one of her summary of her

20   strengths?

21   A.   That does list as part of her strengths.

22       MR. KARLIN:  Thank you.

23       MR. COPELAND:  That's it.  Nothing further.

24   She'll read.

25   (Thereupon, the deposition concluded at 3:05 p.m.)

21

## CERTIFICATE OF OATH

STATE OF FLORIDA      )

COUNTY OF BROWARD      )

I, the undersigned authority, certify that EILEEN CIOTTI personally appeared before me and was duly sworn.

WITNESS, my hand and official seal this 17th day of April, 2001.

NANCY D. SMITH, RPR,

Notary Public - State of Florida

My Commission Expires: 7-07-2002

22

1                    REPORTER'S DEPOSITION CERTIFICATE

2

3        STATE OF FLORIDA    )

4        COUNTY OF BROWARD    )

5

6            I, NANCY D. SMITH, Registered Professional

7        Reporter, certify that I was authorized to and did

8        stenographically report the deposition of EILEEN CIOTTI,

9        that a review of the transcript was requested, and that

10       the transcript is a true and complete record of my

11       stenographic notes.

12

13           I further certify that I am not a relative,

14       employee, attorney, or counsel of any of the parties,

15       nor am I a relative or employee of any of the parties'

16       attorney or counsel connected with the action, nor am I

17       financially interested in the action.

18

19           DATED this 17th day of April, 2001.

20

21

22

23                          _____

24                          Nancy D. Smith, RPR

25

23

1                       DOWNTOWN REPORTING
                     337 East Las Olas Boulevard
2                    Fort Lauderdale, FL    33301
                          954-522-3376
3

4                                   April 17, 2001

5    EILEEN CIOTTI
     C/o CHRISTOPHER COPELAND, ESQ.
6    CARLTON FIELDS
     222 Lakeview Avenue
7    Suite 1400
     West Palm Beach, FL    33401-6149
8
     Re:  DIAZ vs. COLUMBIA HOSPITAL CORPORATION
9
     Dear Ms. Ciotti:
10
     At the conclusion of your deposition given in the
11   above-styled cause you indicated you wished to read and
     sign the transcript.
12
     This letter is to advise you that the transcript of your
13   deposition is now ready.  You may call (954) 522-3376 to
     schedule an appointment to read and sign your deposition
14   transcript; however, if you are a party in this action
     and your attorney has ordered a copy of this transcript,
15   you may wish to read his copy and forward to us a
     photostatic copy of your signed correction sheet.
16
     If you would like to waive your signature at this time,
17   please so advise.  If not, please be advised that your
     transcript will be available for your signature for two
18   weeks from the date of this letter.

19   Thank you.

20
                                 Sincerely,
21

22                               Nancy D. Smith

23
     cc:  Christopher Copeland, Esq.
24

25

24

1                              AFFIDAVIT

2    STATE OF FLORIDA      )
     COUNTY OF BROWARD      )
3
             I, EILEEN CIOTTI, being first duly sworn, do
4    hereby acknowledge that I did read a true and certified
     copy of my deposition which was taken in the case of
5    DIAZ vs. COLUMBIA HOSPITAL CORPORATION taken on April
     10, 2001, and the corrections I desire to make are as
6    indicated on the attached Errata Sheet.

7             Done and signed this _____day of
     _____, 2001.
8

9                         _____

10                             CERTIFICATE

11   STATE OF FLORIDA      )
     COUNTY OF BROWARD      )
12
             Before me personally appeared_____,
13   to me well known and known to me to be the person
     described in and who executed the foregoing instrument
14   and acknowledged to and before me that he executed the
     said instrument in the capacity and for the purpose
15   therein expressed.

16           Witness my hand and official seal, this __day
     of_____, 2001.
17

18                         _____
                           NOTARY PUBLIC
19
     Commission Expires:
20

21

22

23

24

25

25

1            <u>TO BE EXECUTED BY THE NOTARY</u>
             <u>IF THE DEPONENT DOES NOT SIGN</u>:
2

3

4

     I hereby certify that a letter with reference to reading
5    and signing deposition was mailed to the witness on
     April 17, 2001, and that:
6

7    ( )  Witness refused to sign, giving the following
     reason:
8

9

10

11   ( )  Neither the witness nor her attorney has responded
     to request to read and sign.
12

13

14

15

16

17

18   _____          _____
     Date                         Notary Public
19                                State of Florida

20

21

22

23

24

25

26

1

2                    E R R A T A    S H E E T

3

4   STATE OF FLORIDA)

5   COUNTY OF BROWARD)

6

7        I, Eileen Ciotti, the undersigned deponent, have

8   this date read the foregoing pages of my deposition

9   numbered 1 through 20, and with the suggestions noted

10  below, if any, these constitute a true and accurate

11  transcription of my deposition given on the 10th day of

12  April, 2001 at the time and place stated therein:

13

14  PAGE NUMBER              LINE NUMBER        SUGGESTION/REASON

15

16

17

18

19

20

21

22                                   _____

23                                        EILEEN CIOTTI

24

25

# ◈ COLUMBIA Westside Regional Medical Center

**Position Description and Performance Evaluation**

| Department Name | Department Number | Position Title | Position Number |
|---|---|---|---|
| Nursing - Med/Surg | 614/616 | Registered Nurse | 301 |
| **Supervisor Title** | **Position Grade** | **Approval Signature** | **Approval Date** |
| Nurse Manager | 17 | *Original Signed by:* L. Hardwick, Nurse Mgr. | |

| Indicators of Performance Level: | Age Legend: |
|---|---|
| 5 = Outstanding<br>4 = Excellent<br>3 = Satisfactory Plus<br>2 = Satisfactory<br>1 = Satisfactory Minus | Birth - 12 mos. = Neonate/Infant<br>1 - 11 yrs. = Child/Pediatric<br>12 - 17 yrs. = Adolescent<br>18 - 64 yrs. = Adult<br>65 and over = Geriatric |

| Name of Employee Reviewed: | Name of Reviewer: | Date of Review: |
|---|---|---|
| BROWN-DIAZ, COREEN | Marlene McKay RN | 9/99 |
| **Type of Performance Evaluation:**<br>☐ Three-month  ☑ Annual | **Period Covered by Performance Evaluation:**<br>9/98 - 9/99 | |

**POSITION GOAL:**

To provide safe and effective nursing care to all patients utilizing the nursing process. The Registered Nurse also is responsible for the direction and supervision of assigned personnel delivering said patient care.

1.   **POSITION REQUIREMENTS**

    A.   **Education**

       Graduate from an accredited school of nursing.

    B.   **Experience**

       Minimum of 2 years of clinical experience preferred.

    C.   **Other Qualifications**

       1.   Current Florida Nursing License.


PLAINTIFF'S
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 4-10-01   RPTR: ___

Filename:          Date:  June 21, 1996                                                    Page 1

### C.    Other Qualifications

1.    Current Florida Nursing License.
2.    Current Basic Life Support Certification or agreement to obtain by completion of the ninety day probationary period.
3.    ACLS certification preferred.
4.    Completion of Basic Arrhythmia course with a minimum of 16 hours of didactic instruction preferred.

## 2.    CAREER PATH

1.    Charge Nurse/Assistant Nurse Manager
2.    Nurse Manager.

## 3.    AMERICANS WITH DISABILITIES ACT

### I.    Essential Duties

The registered nurse is responsible for the direct and indirect total nursing care of his/her assigned patients.  He/She is also responsible for the supervision of assigned personnel. The position requires intimate knowledge of both department and hospital policies and procedures relevant to the delivery of nursing care. Interpretive skills, frequent interactive and consultative associations, along with management and supervisory skills are inherent in the position.  The ability to retrieve, communicate, or otherwise present information in a written, auditory or visual fashion is essential.  The primary method to express or exchange ideas is through the spoken word.  Written, telephone and manual dexterity skills are required for the position.

### II.    Physical Requirements

The position requires a considerable amount of physical work not to exceed 50 pounds.  Any work load exceeding 50 pounds will require assistance.  The individual will be required to pull-up or reposition patients in bed, lift supplies, place equipment on supports, push beds throughout the hospital, and perform external cardiac compressions.  The individual must be able to bend over to perform certain duties such as: check chest tube drainage; check urine output, etc.  The individual must also be able to maneuver throughout halls, stairways, and patient rooms in response to hospital emergencies.  Interpretation of environmental input requires visual and auditory skills.  In the event  there is a need to evacuate the building, heavy lifting will be required to carry patients to safety.  Safety belt will be provided when requested.

### III.    Working Conditions

The Registered Nurse spends approximately 100% of his/her time in an air-conditioned environment with varying exposures to excessive humidity or noise.

The position does have heavy exposure to malodorous, infectious, body fluids from patients and some minimal exposure to noxious smells from cleaning agents.

## IV.    General Educational Development

This position requires reasoning, mathematical and English language skills at the levels listed below:

LEVEL
6        Professional school, college masters, or more
5        College level, 4-5 years
4        High school, plus some college or technical training
3        High school education
2        Eighth to tenth grade education
1        Below an eighth grade education

**Reasoning:**        5
**Mathematics:**        5
**Language:**        5

## V.    Personal Protective Equipment

This position has occupational exposure to blood- and air-borne pathogens and requires the use of personal protective equipment to include gloves, masks, gowns, goggles and ventilation devices.   Chemotherapy protective equipment will be available for all administration of chemotherapy.  All protective equipment will be specific to the task or procedures to be performed.  Standard precaution packs will be provided in every patient's room.

## VI.    Standard Vocational Preparation

This is a professional, licensed position requiring two (2) or more years to acquire the requisite knowledge.  This knowledge can be obtained through graduation from an accredited nursing school and successfully passing the NCLEX nursing exam.

## VII.    Aptitudes:

                HIGH    1    2    3    4    5    LOW

**Intelligence:**  General learning ability.                                    1
**Verbal:**  Receive and present information or ideas clearly.                  1
**Numerical:**  Performs arithmetic operations quickly and accurately.          2
**Spatial:**  Understands the relationship of forms in space.                   3
**Form Perception:**  Is able to perceive discriminations between
and among objects.                                                              1
**Clerical Perception:**  Perceives details in verbal or tabular material.       1

000033

**Motor Coordination:** Hand eye coordination making rapid
and/or accurately precise movements.                                        1
**Finger dexterity:** Works with fingers placing and turning motions.       1
**Manual dexterity:** Works with hands placing and turning motions.  1
**Eye-Hand-Foot Coordination:** Coordinated movements in
response to visual stimuli.                                                 2
**Color discrimination:** Ability to perceive and respond to similarities or
differences in colors, shapes, or other values of the same or different color.   3

000034

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

**POSITION RESPONSIBILITIES AND EVALUATION RATINGS**
(See Page 1 for definition of Performance Level Ratings)

RATING
(1=lowest
5=highest)

**CATEGORY OF RESPONSIBILITIES**
**(and weighting percentage):**

I.    **PATIENT CARE (20%)**

**Neonate/Infant**

[This population is not applicable for this unit.]

**Child/Pediatric**

[This population is not applicable for this unit.]

**Adolescent**

1.    Modifies the interview techniques to adequately assess the adolescent patient by identifying the physical, psychological, and educational needs common to this age group.    1  2  ③  4  5

2.    Recognizes patients' needs to assert independence and reluctance to express dependency needs and anxiety about hospitalization.    1  2  3  ④  5

3.    Provides for privacy.    1  2  3  ④  5

4.    Assesses nutritional needs, usually increased in this period of rapid growth.    1  2  ③  4  5

5.    Provides reassurance and support when there is anxiety regarding potential altered body images.    1  2  3  ④  5

6.    Recognizes need for peer support.    1  2  ③  4  5

7.    Modifies nursing interventions to reflect the response unique to adolescence.    1  2  3  ④  5

8.    Administers medications and therapies safely and accurately utilizing the Five Patient Rights 100% of the time.    1  2  ③  4  5

9.    Provides teaching specific to educational needs with routine reinforcement because of tendency toward denial and non-compliance.    1  ②  3  4  5

**Adult**

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

1. Modifies the interview technique to adequately assess the adult patient by identifying the physical, psychosocial and educational needs common to this age group.    1 2 3 ④ 5

2. Recognizes potential for increased stress related to dependency needs of others, i.e., children, elderly parents.    1 2 3 ④ 5

3. Assesses altered perceptions resulting from change from independence and productive status to dependence and curtailed productivity.    1 2 ③ 4 5

4. Recognizes anxiety regarding potential changes in life styles (i.e., physical, economic) resulting from illness.    1 2 3 ④ 5

5. Identifies fear related to potential altered body image.    1 2 ③ 4 5

**Geriatric**

6. Modifies the interview techniques to adequately assess the geriatric patient by identifying the physical, psychosocial and educational needs common to this age group.    1 2 3 ④ 5

7. Identifies increased physical/emotional dependence needs and availability of support networks.    1 2 3 ④ 5

8. Assesses potential for compromised skin integrity.    1 2 3 ④ 5

9. Initiates high risk skin assessment or admission to the unit and prior to transfer out.    1 2 ③ 4 5

10. initiates preventive measures for compromised skin integrity.    1 2 ③ 4 5

11. Determines increased risks for nutritional deficiencies.    1 2 ③ 4 5

12. Monitors protein and albumin intake.    1 2 ③ 4 5

13. Monitors intake of prescribed diet and other nutritional supplements each meal.    1 2 ③ 4 5

14. Notes changes in elimination patterns.    1 2 ③ 4 5

15. Identifies increased sensitivity to climate changes.    1 2 3 ④ 5

16. Determines presence of disability affecting mobility or sensory acuity.    1 2 3 ④ 5

17. Provides for safety measures.    1 2 3 ④ 5

18. Identifies patients who are at high risk of falls or injury to self.    1 2 3 ④ 5

19. Assesses potential for increased educational needs due to compromised abilities to comply with therapy and interventions.    1 2 ③ 4 5

20. Modifies provision of nursing interventions to reflect the response unique to the geriatric patient.    1 2 ③ 4 5

21. Administers medications with attention to characteristics of the geriatric patient: complex multi-drug regimens, increased potential for drug interactions and over-medication due to decreased renal and hepatic function and altered absorption.    1 2 ③ 4 5

22. Monitors patient's response to drug therapies and alerts physicians for any untoward reactions.    1 2 3 ④ 5

000036

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

23. Monitors renal and hepatic laboratory test results; notifies physicians on abnormal results.  1 2 ③ 4 5

24. Analyzes information from initial assessment to identify discharge planning needs and integrates into the plan of care.  1 2 ③ 4 5

**Age Non-Specific**

25. Ensures each patient's hygiene needs are met daily and more frequently as needed.  1 2 ③ 4 5

26. Performs pre-operative and post-operative care and instructions for each assigned patient.  1 2 ③ 4 5

27. Adheres to standard precaution guidelines at all times.  1 2 ③ 4 5

28. Performs hand washing before and after contact with each patient.  1 2 ③ 4 5

29. Assesses patient vital signs and ensures notification of the physician and charge nurse of any significant changes.  1 2 3 ④ 5

30. Performs wet and dry dressing changes using aseptic technique per physician order.  1 2 ③ 4 5

31. Provides post mortem care.  1 2 ③ 4 5

32. Collects and labels specimens for diagnostic lab per hospital policy and ensures delivery to appropriate department.  1 2 ③ 4 5

33. Performs venipuncture utilizing aseptic technique.  1 2 ③ 4 5

34. Performs bedside blood glucose monitoring per physician order.  1 2 ③ 4 5

35. Explains all procedures and treatments to patients and/or significant other at each occurrence.  1 ② 3 4 5

36. Administers prescribed medications within 30 minutes of scheduled time.  1 2 ③ 4 5

37. Observes effects of medications within 1 hour, and reports adverse reactions immediately.  1 2 3 ④ 5

38. Administers medication safely and accurately utilizing the Five Patient Rights (Right patient, medication, dose, time, route).  1 2 ③ 4 5

39. Administers medications and therapies in accordance with physician order 100% of the time.  1 2 ③ 4 5

40. Observes and/or recognizes untoward reactions to prescribed therapies or diagnostic procedures  1 2 ③ 4 5

41. Administers, observes and documents intravenous therapy.  1 2 ③ 4 5

42. Adheres to hospital policy and procedure regarding site care, tubing changes, and site rotation of IV's on all central access lines/devices and documents on appropriate form.  1 2 ③ 4 5

43. Follows hospital policy and procedure for administration of blood and blood products.  1 2 ③ 4 5

44. Administers enteral feedings via ng-tube, g-tube, j-tube, and/or enteral feeding tube and documents patient's response.  1 2 ③ 4 5

000037

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

45. Performs gastric lavage per physician order, where indicated.    N/A 1 2 3 4 5
46. Documents on appropriate form the amount and color of gastric output.    1 2 ③ 4 5
47. Performs ostomy care to include irrigation, appliance usage, and reinforcement of teaching.    1 2 ③ 4 5
48. Inserts intermittent or indwelling urinary catheter using aseptic technique.    1 2 ③ 4 5
49. Documents patient's response, color, odor and amount of urine.    1 2 ③ 4 5
50. Monitors urine output as ordered and records on appropriate form.    1 2 ③ 4 5
51. Notifies physician of inadequate urine output.    1 2 3 ④ 5
52. Administers oxygen therapy per physician order.    1 2 ③ 4 5
53. Identifies abnormal patient ABG values and reports to physician immediately.    1 2 ③ 4 5
54. Demonstrates ability to provide care to the ventilated patient by:
    a.  Positioning every 2 hours.    1 2 3 4 5
    b.  Intervening when alarm sounds    1 2 3 4 5
    c.  Performing broncho-tracheal suctioning using aseptic technique    1 2 3 4 5
    d.  Administering ordered sedation judiciously.    1 2 3 4 5
    e.  Intervening with the use of an ambu bag.    2 3 4 5
55. Monitors oxygen saturation continuously or as ordered.    1 2 3 ④ 5
56. Ausculates for breath sounds once every shift.    1 2 3 ④ 5
57. Observes and documents chest tube drainage; observes for air leak and subcutaneous emphysema.    1 2 3 ④ 5
58. Maintains surgical drains by securing and emptying drains every shift and records outputs/ drainage on nursing flow sheet.    1 ② 3 4 5
59. Initiates skin and wound care protocol within two hours of identification.    1 2 ③ 4 5
60. Ensures physician is notified of abnormal laboratory, radiology and ABG reports within one hour; panic values within 15 minutes.    1 2 ③ 4 5
61. Identifies need for spiritual counseling daily.    1 ② 3 4 5
62. Applies and monitors hypothermia/hyperthermia blanket when ordered.    1 2 ③ 4 5
63. Demonstrates ability, following hospital policy and procedure, to care for a patient with either a hard or soft splinting device.    1 ② 3 4 5
64. Demonstrates ability, following hospital policy and procedure, to care for a patient in traction.    1 ② 3 4 5
65. Demonstrates ability, following hospital policy and procedure, to apply splints and bandages.    1 2 ③ 4 5
66. Follows ACLS protocol in cardiopulmonary arrest/emergency situations.    1 2 ③ 4 5

    (A)    TOTAL of all Ratings circled above

000038

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

(B)    NUMBER of Ratings circled above



(C)    AVERAGE RATING for this category
[equals (A) divided by (B)]

3.2

(Carry forward to Evaluation Ratings Summary section.)

---

II.    DOCUMENTATION (15%)

1.    Applies the Nursing Process and Gordons Functional Health Patterns appropriately:    1 ②3 4 5

    a.    Completes the initial nursing assessment through interview and examination of patient within two hours of arrival.    1 ②3 4 5

    b.    Documents additional data collection and assessments of the patient in the nurse's notes.    1 ②3 4 5

    c.    Documents any change in the patient's condition in the nurse's notes by utilizing the A.P.I.E. format.    1 ②3 4 5

    d.    Based upon the assessment, determines priority nursing diagnoses and indicates each diagnosis' relation-ship to the individual patient within 8 hours of admission.    1 ②3 4 5

    e.    Institutes the plan of care within 8 hours of admission.    1 ②3 4 5

    f.    Documents nursing interventions in the plan of care and documents additional interventions in the nurse's notes utilizing the A.P.I.E. format.    1 2 3 ④5

    g.    Reviews and/or revises the nursing diagnosis and plan of care every 8 hours.    1 ②3 4 5

    h.    Evaluates the plan of care every 8 hours in the nurse's notes utilizing the A.P.I.E. format,    1 2 ③4 5

    I.    Appropriately delegates any aspect of the nursing process to staff members based on their scope of practice.    1 ②3 4 5

    j.    Utilizes nursing process documentation forms appropriately to minimize narrative charting.    1 2 3 ④5

    k.    Assists the patient, family and significant other in Health Maintenance through education, documenting interventions and verbalization of understanding.    1 ②3 4 5

2.    Documents pertinent patient observations and interventions at time of occurrence.    1 ②3 4 5

3.    Completes nursing flow sheet every shift and graphic neuro check, pre-operative and pre-procedure checklists where indicated.    1 2 3 ④5

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

4. Completes documentation on Transfers, within facility and to another facility, on designated forms when event occurs.     1 2 ③ 4 5

5. Completes documentation on each patient at the completion of each intervention.     1 ② 3 4 5

6. Documents all entries, signature and credentials legibly on all charting.     1 2 3 ④ 5

7. Clarifies physician's orders in absence of adequate, explicit prescribed physician orders.     1 2 3 ④ 5

8. Performs or ensures completion of 24 hour chart check in entirety, utilizing black ink.     1 ② 3 4 5

9. Accurately transcribes physician's orders:     1 2 3 ④ 5
   a. Transcribes medication orders to the MAL.
   b. Verifies orders are entered into the computer correctly.     1 2 3 ④ 5
   c. Updates patient's Kardex.     1 2 ③ 4 5

**(A)** **TOTAL of all Ratings circled above**     $\boxed{59}$

**(B)** **NUMBER of Ratings circled above**     $\boxed{21}$

**(C)** **AVERAGE RATING for this category [equals (A) divided by (B)]**     $\boxed{2.8}$

(Carry forward to Evaluation Ratings Summary section.)

---

**III. UTILIZATION (15%)**

1. Provides for patient safety at all times.     1 2 3 ④ 5

2. Adheres to policy for accurate and timely completion of all consents. Obtains and completes all consents within shift.     1 2 ③ 4 5

3. Participates in the hospital's risk management program by reporting all untoward events via the occurrence reporting system to his or her immediate supervisor.     1 ② 3 4 5

4. Assesses individual patient rooms and unit environment for safe/sanitary conditions.     1 2 ③ 4 5

      1 2 ③ 4 5

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

5.  Prevents deficiencies in environment that are within the scope of nursing practices:
    a.   Maintains locked medication door.
    b.   No items are stored within 18 inches of the ceiling.   1 2 ③ 4 5
    c.   No cardboard boxes are on the floor.   1 2 ③ 4 5
    d.   No items are stored under the sink.   1 2 ③ 4 5
    e.   No eating, drinking or personal items are found at the nurses' station or in the patient care area.   1 ② 3 4 5
    f.   Halls are unobstructed/No propped doors.   1 2 ③ 4 5
    g.   Linen is covered   1 2 ③ 4 5
6.  Reports hazardous/unsafe conditions to appropriate person/department.   1 2 3 ④ 5
7.  Identifies, sequesters and reports malfunctioning equipment to the appropriate person immediately.   1 2 3 ④ 5
8.  Reports inadequate supplies to the appropriate person.   1 2 3 ④ 5
9.  Utilizes supplies and equipment with efficiency and charges appropriately.   1 2 3 ④ 5
10.  Ensures narcotic discrepancies are resolved before ending shift or leaving facility.   ① 2 3 4 5
11.  Check crash cart and performs defibrillator check every shift, as assigned, and replaces outdated and missing items as needed.   1 ② 3 4 5
12.  Completes quality controls on accuchecks and checks refrigerator temperatures as per policy.   1 ② 3 4 5
13.  Disposes of and removes equipment, sharps and waste in designated container or area.   1 2 3 ④ 5
14.  Ensures the following tasks are completed on all patients in restraints:   1 ② 3 4 5
    a.   Completes flow sheet in entirety
    b.   Performs needs assessment   1 ② 3 4 5
    c.   Identifies type of restraint.   1 ② 3 4 5
    d.   Obtains and transcribes orders.   1 ② 3 4 5
    e.   Completes assessment and evaluation of responses at appropriate time intervals.   1 ② 3 4 5
15.  Reports all abnormal findings to physician immediately.   1 2 3 ④ 5
16.  Recognizes signs and symptoms of possible Child/Adult/Elderly abuse and immediately notifies supervisor to alert appropriate agency.   1 2 ③ 4 5
17.  Utilizes proper lifting techniques.   1 2 ③ 4 5
18.  Documents specific patient valuables on designated form when received and immediately secures.   1 ② 3 4 5

(A)    **TOTAL of all Ratings circled above**

> 79

000041

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

(B)    NUMBER of Ratings circled above



(C)    AVERAGE RATING for this category
[equals (A) divided by (B)]



(Carry forward to Eval-
uation Ratings Sum-
mary section.)

---

IV.    **GENERAL (15%)**

**Department Responsibilities**

1.    Greets and orients patient to room.                                    1 ②3 4 5
2.    Completes admission data base within 2 hours.                          1 ②3 4 5
3.    Assesses each newly-admitted patient within two hours of arrival.      1 ②3 4 5
4.    Completes the initial head-to-toe assessment, noting patient's          1 ②3 4 5
      condition/response within the first two hours of shift.
5.    Reviews head to toe assessment a minimum of once per shift and          1 2 ③4 5
      updates with any significant adverse change in patient's condition.
6.    Transfers patients per hospital policy and procedure; ensures transfer  1 ②3 4 5
      and integrity of patient's belongings.
7.    Assesses patient's needs for continued care within the Progressive care 1 2 ③4 5
      unit/hospital and the community.
8.    Communicates patient care needs to multi-disciplinary team members      1 2 ③4 5
      throughout the shift and as necessary and solicits feedback as to the
      patients responses within one hour.
9.    Reviews new medical orders promptly, implements STAT orders within      1 ②3 4 5
      30 minutes and routine orders within 4 hours.
10.   Reports pertinent changes in patient's status to physician promptly.    1 2 ③4 5
11.   Communicates with all staff members at least once per shift and as      1 ②3 4 5
      necessary.
12.   Immediately provides follow-up to physician for reports of clinically-  1 2 ③4 5
      pertinent patient data.
13.   Responds to cardiopulmonary arrest and other emergency situations       1 2 ③4 5
      where indicated.
14.   Initiates appropriate referrals.                                        1 2 ③4 5
15.   Provides (with patient education) individualized health education       1 ②3 4 5
      programs for patient/ family.
16.   Develops individualized discharge plan for patient in coordination with 1 2 ③4 5
      Utilization Management.

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

17. Report for scheduled shift on time, prepared to assume duties.    1 2 ③ 4 5

18. Badges in on arrival and out upon leaving and incorporates proper functions.    1 2 ③ 4 5

19. Follows policy for reporting in sick or absent 100% of the time; avoids excessive unscheduled absences.    1 2 ③ 4 5

20. Leaves for meal break on time and returns on time.    ①2 3 4 5

21. Varies work schedule or shift (working overtime, leaves early when requested, works shifts other than regularly scheduled as required) to meet department staffing needs.    ①2 3 4 5

22. Works overtime only with appropriate supervisor approval.    ①2 3 4 5

23. Schedules all holiday and vacation days with supervisory approval.    1 2 ③ 4 5

24. Attends all hospital mandatory inservices on a timely basis as scheduled.    1 ②3 4 5

25. Floats to other areas of the hospital as assigned.    1 ②3 4 5

**(A)**    **TOTAL of all Ratings circled above**    *59*

**(B)**    **NUMBER of Ratings circled above**    *25*

**(C)**    **AVERAGE RATING for this category [equals (A) divided by (B)]**    *2.36*

(Carry forward to Evaluation Ratings Summary section.)

---

## V.    PROFESSIONAL ( 15%)

1. Attends a minimum of nine staff meetings per year and is responsible for all information communicated at meetings.    ①2 3 4 5

2. Receives assignment from charge nurse at beginning of shift.    1 ②3 4 5

3. Receives patient status report from off-going nurse, incorporating walking rounds.    1 ②3 4 5

4. Gives accurate and concise patient care reports.    1 2 ③ 4 5

5. Cooperates in temporary assignments to other units when necessary.    1 2 ③ 4 5

6. Assesses and prioritizes patient care needs according to acuity.    1 ②3 4 5

7. Delegates patient care responsibilities to assigned care givers based upon patient needs and staff competencies.    1 ②3 4 5

8. Demonstrates a calm, professional manner during a crisis or emergency situation 100% of the time.    ①2 3 4 5

000043

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

9.  Correlates theoretical knowledge with clinical practice using Nursing Process.    1  2  ③  4  5

10. Prioritizes and organizes assigned responsibilities of patient care on a daily basis as evidenced by timely completion of duties on assigned shift.    1  ②  3  4  5

11. Determines specific nursing intervention to resolve patient problems.    1  2  ③  4  5

12. Revises nursing actions when predicted outcomes do not occur.    1  2  ③  4  5

13. Serves as a facilitator of an educational program at least once yearly and as assigned.    1  ②  3  4  5

14. Contributes to discussion and resolution of department needs and problems.    1  2  ③  4  5

15. Integrates new knowledge and skills into own nursing practice; makes an effort to share new ideas with others.    1  2  ③  4  5

16. Contributes to identification and resolution of patient care problems.    1  ②  3  4  5

17. Cooperates with other health team members in achieving common goal of quality health care.    1  2  ③  4  5

18. Collaborates with other health members to plan nursing intervention; delegates activities as appropriate.    1  ②  3  4  5

19. Assumes responsibilities for quality care of his/her shift.    1  ②  3  4  5

20. Performs nursing skills using appropriate techniques and equipment.    1  2  ③  4  5

21. Participates in unit management and assumes leadership responsibilities when assigned.    ①  ②  3  4  5

22. Participates as a member of at least one hospital and/or nursing committee as directed by the Manager.    ~~1~~  2  3  4  5

23. Participates in The Quality Improvement / Performance Improvement Program by data collection, observation and interview.    1  ②  3  4  5

24. Orients new nursing personnel to the unit as delegated by the Manager.    1  2  ③  4  5

25. Documents competency in clinical skills at least annually.    1  2  ③  4  5

26. Ensures education file is up to date; documents attendance at continuing education programs for maintenance of professional licensure per Florida State law.    1  2  ③  4  5

27. Adheres to legal responsibilities as written in the State of Florida Nurse Practice Act.    1  2  ③  4  5

28. Maintains documented competency in Basic Life Support and ACLS per American Heart Association.    1  2  ③  4  5

29. Maintains required certification on preferred specialized area.    1  ②  3  4  5

30. Attends annual mandatory inservices.    1  ②  3  4  5

31. Supports Nursing Services/institutional policies and procedures.    1  ②  3  4  5

32. Interprets Department of Nursing Philosophy and objectives to other health team members.    1  ②  3  4  5

33. Facilitates learning process for affiliated students.    1  2  ③  4  5

000044

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

34. Ensures confidentiality of information pertaining to patients, staff and hospital business.    1  2 ③ 4  5

**(A)   TOTAL of all Ratings circled above**



**(B)   NUMBER of Ratings circled above**



**(C)   AVERAGE RATING for this category [equals (A) divided by (B)]**



(Carry forward to Evaluation Ratings Summary section.)

## VI.   INTERPERSONAL (10%)

1. Consistently demonstrates as positive attitude.    ① 2  3  4  5
2. Fosters team work by offering assistance to others.    1 ② 3  4  5
3. Provides positive welcome to all clients and family members.    1 ② 3  4  5
4. Acknowledges and responds tactfully to all requests.    1 ② 3  4  5
5. Shows consideration in interaction with patient, family and other health care team members by demonstrating therapeutic listening skills and cooperation.    1 ② 3  4  5

**(A)   TOTAL of all Ratings circled above**



**(B)   NUMBER of Ratings circled above**



**(C)   AVERAGE RATING for this category [equals (A) divided by (B)]**



(Carry forward to Evaluation Ratings Summary section.)

Filename: I:\HR\JOB_DESC\614RN.WPD    Date:  June 21, 1996

Page 15

000045

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

VII.   **WESTSIDE WINNING WAYS (10%)**
       **(Will be rated as 1,2 or 3)**

1.   Adheres to the hospital mission and vision statements.            ① 2 3 4 5
2.   Says hello to everyone.                                          1 ② 3 4 5
3.   Wears name badge at eye level.                                   1 2 ③ 4 5
4.   Maintains positive attitude.                                     ① 2 3 4 5
5.   When entering a patient's room, greet them by name.              1 ② 3 4 5
6.   Responds to all inquiries promptly and courteously.              1 ② 3 4 5
7.   Anticipates the needs of others.                                 1 ② 3 4 5
8.   Communicates regularly with customers and explains delays.       1 ② 3 4 5
9.   Picks up trash.                                                  1 2 ③ 4 5
10.  If receives a complaint, owns the complaint.                     ① 2 3 4 5
11.  Identifies self and unit when answering phones.                  1 2 ③ 4 5
12.  Answers phone within 3 rings.                                    1 2 ③ 4 5
13.  Smiles, introduces self, and uses caring, thoughtful words either in person  1 ② 3 4 5
     or in the telephone.
14.  If unable to help someone, offers to find someone who can.  If transferring  ① 2 3 4 5
     a telephone call, announces the caller and briefly explains the situation.
15.  Smiles and makes eye contact when interacting with customers.    1 ② 3 4 5
16.  Knocks before entering a room.                                   1 2 ③ 4 5
17.  Works together in the spirit of teamwork.                        1 ② 3 4 5
18.  Introduces self and shakes hands when appropriate.               1 ② 3 4 5
19.  Doesn't interrupt people.                                        1 ② 3 4 5
20.  Respects social, economic and cultural differences.             1 ② 3 4 5
21.  Says "please" and "thank you".                                   1 ② 3 4 5
22.  Speaks in a clear voice using appropriate language.             1 ② 3 4 5
23.  Adheres to dress code at all times.                             ① 2 3 4 5

(A)   **TOTAL of all Ratings circled above**          | 46 |

(B)   **NUMBER of Ratings circled above**             | 23 |

(C)   **AVERAGE RATING for this category**            | 2 |
      **[equals (A) divided by (B)]**
                                                      (Carry forward to
                                                      Evaluation Ratings
                                                      Summary section.)

000046

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

## EVALUATION RATINGS SUMMARY
### (Nursing Positions)

| (1)<br>Category of Responsibility | (2)<br>(from prior pages)<br>Average Category Rating | (3)<br>Category Weighting | (4)=<br>(2)x(3)<br>Weighted Average Rating |
|---|---|---|---|
| Patient Care | 3.2 | 20% | .64 |
| Documentation | 2.8 | 15% | .42 |
| Utilization | 2.82 | 15% | .423 |
| General | 2.36 | 15% | .354 |
| Professional | 2.35 | 15% | .352 |
| Interpersonal | 1.8 | 10% | .18 |
| Westside Winning Ways | 2 | 10% | .2 |
| OVERALL TOTAL RATING | Add Col. 4 to arrive at Overall Total Rating | 100% | 2.58 |

Filename: sumnurs7.wpd

# DEVELOPMENT SUMMARY

| Employee Name: | Position Title/Number/Grade:<br>**Nursing - Med/Surg - 614/616**<br>**Registered Nurse/301/17** |
|---|---|

| | **SUMMARY OF STRENGTHS** | **SUMMARY OF DEVELOPMENT WEAKNESSES** |
|---|---|---|
| 1 | A. Is now certified (trained) administration of Basic Chemotherapy administration.<br><br>B. Serves as a preceptor for new employees, orientes and nursing students.<br><br>C. Good base knowledge of nursing | A. Needs to review policy for restraints and Documentation of Adults Restraints.<br><br>B. Needs to effectively handle situations without raising antagonism or hostility. Foster teamwork.<br><br>C. Chart in rooms, be a proactive pt. advocate, maintain a positive attitude. Become an effective team leader. |

| 2 | Indicate date and general nature of attached Improvement Plan, if applicable: |
|---|---|

| 3 | No. of In-Service Program Attended. | DID EMPLOYEE ATTEND | SAFETY PROGRAM ☑ YES ☐ NO | CPR ☑ YES ☐ NO | INFECTION CONTROL ☑ YES ☐ NO | No. of Cont. Ed. Progs. Attended | Contact Hrs. |
|---|---|---|---|---|---|---|---|

| 4 | The position description for this employee has been reviewed and is current.<br>☐ YES ☐ NO | A revised position description has been attached.<br>☐ YES ☐ NO |
|---|---|---|

| 5 | Reviewer Signature: *Marlene McKay, RN · Charge* | Date: 10/1/99 |
|---|---|---|

## EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?  ☑ YES ☐ NO

My primary focus is being a pt advocate, providing pt care + administering order therapies. Team leadership role needs improvement, however I perform that role in some instances better than nurses that have been here for an extended period of time. Looking up labs + calling doctors + assisting @ the desk, I feel I do an excellent job and have a great attitude for the amount of pt's + admissions that we have. Number of additional Comment Pages attached Over →

| Employee Signature: C. D✗<br>see back of this page for cont of comments | Date: 10/26/99 |
|---|---|

~~Sometimes time~~

my personal file. with all the
pt' accomadations should speak for
itself. Re: Fostering teamwork, when
you assist at the front desk without
being asked. that is team work.

When another nurse asks you to
start an IV, or pass a medication for
them thats team work.

Making sure all medications are given,
all labs are drawn, or called. Or anything
else that may arise, thats team work, +
making sure anyone on your team can come to you for
anything ~~also~~ being a good team leader.
that.

There's Contradiction in weakness to that of
professionalism—which states satisfactory. ???

How can you have poor attitude/or an attitude
that needs improvement, but have great
interpersonal skills + work great with Nursing
Students & peees?

10/26/99  C. Diy RN  1630pm