```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                   FT. LAUDERDALE DIVISION

 3                 CASE NO. 00-6099-CIV-GRAHAM
                      Magistrate Judge Turnoff
 4

 5     CAREEN DIAZ,

 6                        Plaintiff,

 7     vs.

 8     COLUMBIA HOSPITAL CORPORATION
       OF SOUTH BROWARD AND COLUMBIA
 9     HOSPITAL CORPORATION OF SOUTH
       FLORIDA,
10
                         Defendants.
11
       _____/
12

13

14          DEPOSITION OF CAREEN MARIE BROWN DIAZ

15          Taken before Richard Greenspan, Registered

16     Merit Reporter and Certified Realtime Reporter, Notary

17     Public in and for the State of Florida at Large,

18     pursuant to Notice of Taking Deposition filed by the

19     Defendants in the above cause.

20                         -   -   -

21

22

23
       Tuesday, May 16, 2000
24     10 Fairway Drive
       Deerfield, Florida
25     10:10 - 11:00 a.m.
```



```
 1    Appearances:

 2

 3        On Behalf of the Plaintiffs:

 4

 5            STEWART LEE KARLIN, ESQ.

 6            400 Southeast 8th Street

 7            Fort Lauderdale, Florida   33316

 8            (954) 462-1201

 9

10        On Behalf of the Defendants:

11

12            LEVY KNEEN MARIANI CURTIN

13            KORNFELD & DEL RUSSO, P.A.

14            1400 Centrepark Boulevard, Suite 1000

15            West Palm Beach, Florida   33401

16            (561) 478-4744

17            BY:   ALEXANDER DEL RUSSO, ESQ.

18

19                          -   -   -

20                         INDEX

21                          -   -   -

22

23    WITNESS:              DIRECT CROSS REDIRECT RECROSS

24    CAREEN MARIE BROWN DIAZ

25        By Alexander Del Russo 3
```

CAREEN DIAZ v.
Case 0:00-cv-06099-WCT    Document 47    Entered on FLSD Docket 04/24/2001    Page 3 of 37
COLUMBIA HOSPITAL CORPORATION OF S. BROWARD

CAREEN MARIE BROWN DIAZ
May 16, 2000

## $

$10,000 29:15
$14 8:15

## 1

100 13:6
102C 4:12
10:55 30:13
11:00 31:6
11:02 30:13
12 7:7, 14, 16; 10:14;
11:13
12th 10:8
16 17:4
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 6:2
16th 4:12
17 17:4
1971 5:25
1991 6:12

## 2

2000 30:3
24 11:3, 7
24th 11:2, 9
2650 4:14, 21

## 4

4 29:16
4041 4:11

## 5

5 5:25

## 6

60th 4:14, 15, 21; 5:11

## 8

88 16:12; 17:2

## 9

94 6:20; 17:16
95 6:20; 17:16; 18:5, 13
96 18:14
97 13:2; 17:12
98 13:6; 14:23
99 12:6

## A

a.m 30:13, 13; 31:6
accepted 18:13
accident 28:24
across 3:23; 20:14
acting 21:6
activated 12:23
activities 19:22
actual 19:9
actually 10:21; 14:20;
19:21
address 4:7, 9, 11, 18,
18, 19, 19; 5:8, 10, 13, 15,
20; 19:9
administration 12:21
admitted 20:25
again 4:3; 12:11; 15:12;
18:5; 24:17; 27:21
age 5:5
aged 12:24
agency 11:21, 23, 25;
12:2, 5, 8, 15; 23:2; 24:5,
8, 10
ago 7:15, 16; 28:11; 29:5;
30:4, 6
agree 30:16, 25
ahead 27:20; 28:1, 2, 18
Alex 3:11
American 27:9
Anderson 16:13
appropriate 30:22
approval 31:3
approximately 7:14
April 11:2, 3, 7
Around 8:23
assigned 21:3
assignments 12:7
Assistance 17:21; 26:23,
25
Assisted 19:21; 21:4
Assuming 24:2
attend 9:18, 20, 23; 10:6;
13:10, 11
attended 16:2
attending 10:2
attorney 6:24; 28:15;
30:7, 9
attorney's 7:2; 29:14
August 13:2; 18:13
automatic 30:24
avoid 3:21

## B

back 6:17; 18:2; 21:14,
18, 21, 25; 22:2, 7; 24:25;
30:14
background 16:10
bad 27:18, 19, 25
Bankruptcy 29:21; 30:2,

4, 9, 20, 22; 31:3
basic 12:20
basis 8:10
Bathed 19:22
BCC 15:8; 16:23, 25;
17:11, 25; 18:2, 8, 11, 20;
19:18; 21:14, 16, 18, 21;
22:1, 2, 7; 25:1, 17; 26:2,
7, 16
become 13:13; 17:24
beds 8:4
began 9:21; 10:5, 10, 14,
21; 11:3, 13; 13:13; 17:24;
22:18; 25:20, 21
begin 7:21; 12:4
behind 19:10
benefits 8:16; 9:1, 4
BETA 26:17, 18
big 8:2
billing 23:3
bills 29:11, 13, 13, 14
birth 5:24
bit 18:16
biweekly 8:10
Born 7:10
both 4:4, 10; 14:20;
29:12; 30:16
Boyd 16:13
break 30:15
Broward 6:22; 15:8
BROWN 3:4

## C

call 11:10
called 17:15; 19:7; 20:9,
10, 16; 23:1
Can 4:7; 12:3; 16:9, 18;
18:23; 19:10; 28:15;
30:11, 18, 23
car 28:24
Care 7:25; 9:24; 12:24,
24; 17:16, 18, 23; 18:4;
19:5; 23:12, 13; 25:18
CAREEN 3:4
case 29:3, 8; 30:24, 25
ceased 22:17
Center 7:20, 22, 24; 8:3,
6; 9:1, 11, 14, 17; 10:1, 7,
11, 14, 20; 11:6; 13:14
certain 13:6; 21:14
certificate 12:21, 22;
17:17; 23:12; 25:17
certificates 12:22
certification 13:4, 7, 16,
18, 19; 14:13, 22; 15:1, 9,
13, 19, 22; 17:23; 18:3
certifications 12:18;
15:25
chain-reaction 29:4
chemo 13:7
chemotherapy 12:21;
13:4, 16, 14:13, 22

child 5:4, 5; 6:13; 7:12
chose 14:17
Christmas 26:4, 9, 9
Christopher 5:7; 6:13
circumstances 31:2
Ciutti 14:25
claim 28:4
class 10:19
classes 9:19, 20, 23
clear 3:25
clerical 23:13, 15; 24:13
closed 20:18
College 15:8
commitments 25:2
Community 15:8
company 27:15
compensation 11:15
competency 12:25
complete 17:6
completed 10:22; 15:10
completing 16:22
concluded 31:7
condition 14:8, 10
connection 10:6; 13:15;
17:7; 18:20; 25; 28:6
contact 31:2
continuing 16:1
counsel 30:16
County 6:22
couple 16:5; 25:5; 26:3
course 9:24, 25; 10:3;
13:10, 13, 17; 14:14;
15:14, 16; 16:6; 17:3; 22:2
courses 10:6, 8, 22, 24;
11:1, 13; 16:1
court 3:15; 30:23; 31:3
covered 9:7
critical 9:24; 12:24
Cross 13:21; 14:14;
19:10
current 8:5
currently 4:21; 9:7
curriculum 17:7

## D

daily 19:22
date 5:24; 9:16; 10:9; 11:2
dates 11:21; 12:11
day 11:13; 16:7
days 11:10; 26:3
decide 25:7
defendant 3:12
degree 17:8, 9, 10
DEL 3:9, 11; 11:19; 30:14;
31:4
department 21:3
deposition 4:4; 30:17;
31:6
Describe 14:10
detail 16:19

DIAZ 3:4; 5:7; 6:8, 11, 14,
16, 18; 30:16, 19
diem 12:2
difference 4:17
differences 22:13
difficult 4:3
DIRECT 3:8
directly 22:24; 25:15
discrimination 28:5
discussion 28:17; 30:12
discussions 30:15
displaced 26:20
divorce 6:18, 21, 25;
28:11
doctor 29:16, 16
doctors 29:15
domestic 12:23
down 3:15, 23; 4:3; 16:14
duly 3:5
during 16:6; 18:19;
19:17; 26:1, 5, 19; 29:24

## E

earlier 3:11; 30:19
early 11:8
education 16:1, 16, 20,
21
educational 16:10
effect 17:21
Eileen 14:25
either 12:12, 13; 20:8;
21:24
elderly 12:24
eligible 8:25; 9:5
else 5:8; 24:16; 25:13;
26:21, 24; 29:20
emergency 23:3
employed 7:17, 19;
12:16
employee 8:8; 13:8;
14:13; 15:5, 20; 24:10, 11
employer 11:15, 18
employment 10:7, 13,
21; 14:8; 18:23; 19:1, 2;
22:19; 24:12; 25:20, 21
EMSA 23:1, 6, 8, 16, 19;
24:2
end 7:23; 8:19; 11:9
ends 8:22
enroll 17:3, 18, 22; 18:10;
21:13, 18, 21, 25; 22:2, 7
enrolled 16:23, 24;
17:15; 18:8; 19:18; 26:1, 6,
16
entered 16:18
even 3:22
everyone 3:16
ex-husband 28:12
exact 5:15
Exactly 19:25; 25:12
EXAMINATION 3:8

example 13:12
Exchange 24:20, 21; 25:8, 24, 25; 26:10; 27:6
excluding 27:23
excused 31:5

**F**

Fabis 9:12
fact 22:8
fair 10:13
familiar 23:10
February 5:25; 12:12, 13; 18:5
fed 19:23
federal 26:23, 25
federally-funded 26:19
fees 29:14
field 18:24; 19:1; 24:11
file 30:2, 4
filed 29:22; 30:19
find 14:16
finish 4:1
finished 18:1
fired 27:2, 10, 13, 16
first 3:5; 10:9; 15:4, 7; 18:10; 20:7
five 29:6, 7
flexible 25:6
floor 14:3
Florida 7:4, 6, 14; 16:14; 23:17
FMC 20:8, 9
follow 22:8
follows 3:6
form 15:17
formal 16:16, 19
former 6:7
formerly 20:8
forth 25:1
forward 31:1
full-time 8:8

**G**

gap 11:17; 22:16, 19
general 17:4, 7, 10; 20:23; 21:16; 22:3, 4; 24:11, 12, 12
gentleman 3:14
given 30:18
good 3:10
graduated 16:11, 12; 18:24
Greater 7:16; 29:6
grew 7:12
guess 13:14; 30:21

**H**

happy 3:18
hard 3:23
health 9:7
healthcare 18:24; 19:1; 24:11, 14
held 25:19; 28:17; 30:12
help 11:8; 26:19
helped 26:17
high 16:11, 13, 22; 18:24
HIV 12:23
Holly 13:21
Hollywood 7:20, 21, 24; 8:2, 5; 9:1, 10, 14, 17; 10:1, 7, 10, 14, 19; 11:5; 13:14
Holy 14:14; 19:10
home 19:4, 5, 6, 15, 20; 20:2, 6; 22:17
homemakers 26:20
Hospital 3:12; 8:2; 9:18; 11:4; 13:21; 14:15; 16:3; 19:10; 20:11, 12, 20, 22, 23; 21:2, 12; 22:6, 12, 18; 23:24
hour 8:15
hourly 8:7, 12, 14
husband 6:7

**I**

ICU 9:21; 11:4; 13:13
immediately 9:13
includes 12:23
inpatients 20:24
insurance 9:8
intended 3:24; 22:7
Intensive 7:25
intent 22:9
intention 30:21
into 16:18; 21:15
introduced 3:10

**J**

job 24:14, 24; 25:19; 27:2, 4, 18, 25
jobs 6:17; 27:4, 13, 22
June 6:12; 8:23, 25; 16:12

**K**

KARLIN 11:16; 27:19; 28:1; 30:11, 15, 25
keeping 12:22
Kim 9:12
known 20:8

**L**

Lakes 16:15
last 11:2; 12:10; 25:19; 30:10
Lauderdale 16:15; 20:12
lawsuit 3:12; 28:6, 10, 19
lawsuits 29:17
least 4:1
leave 20:1; 24:24; 27:15
leaving 11:17; 20:5; 25:4
led 17:8
left 3:14; 11:12; 21:11, 17; 22:6, 11; 23:18; 24:3; 25:2; 27:18, 22, 24
Less 30:5, 5
license 12:20, 22; 13:1
licenses 12:18
lieu 27:16
life 12:21; 15:1
little 5:2; 18:16
live 4:8, 9, 13, 14; 5:3, 8, 18, 20
lived 5:1
living 4:20; 5:10; 6:16; 19:22
located 19:8; 23:16
long 5:1, 18; 7:6; 11:1; 29:5; 30:4
longer 20:13, 17

**M**

Ma'am 3:10; 5:24; 7:4, 17; 8:24; 9:13; 10:5; 14:9, 16; 16:9; 22:5
mailing 4:9, 11, 17, 19
Mainly 23:9; 24:22
manager 14:6
many 8:4
March 7:23, 23; 10:8, 14; 11:12, 22; 12:12, 13
Margate 5:12, 14, 18
MARIE 3:4
Marital 22:13, 14
marriage 6:13
married 6:3, 5, 9; 29:25
marry 6:11
may 3:23; 11:9
Maybe 5:2; 12:6; 18:5; 19:4; 25:15; 29:16; 30:5
mean 3:22; 13:11; 14:10; 16:19; 26:25, 25
Meaning 8:7
Medicaid 26:23; 27:1
Medical 7:20, 22, 24; 8:3, 6; 9:1, 11, 14, 17; 10:1, 7, 10, 14, 19; 11:5; 13:14; 23:10; 24:22; 29:11, 13, 13, 14
mentioned 22:5

**N**

name 3:11; 5:5; 6:7; 7:2; 9:10; 11:25; 19:6, 11; 23:22, 25; 24:7, 19; 27:8; 30:9, 10
National 19:7, 15; 20:6; 22:17; 24:2
nature 29:3, 10
need 31:2
needed 11:8
neither 30:23
new 11:17
next 16:16, 19, 21; 20:5; 24:4
nor 30:18
Northwest 4:11, 14, 21; 5:10
Notary 3:5
November 12:6
number 6:1
nurse 7:25; 9:21; 11:4, 24; 12:20; 13:13; 14:6; 17:24
nursing 12:4; 13:1; 15:10; 17:13, 14, 15, 20; 18:8, 10, 12, 20; 19:4, 5, 6, 15, 18, 20; 20:1, 6; 21:15; 22:17; 24:3; 25:11; 26:1, 6, 16, 17

**O**

Oakland 17:20
object 27:19
obtain 13:1, 17, 19; 14:22; 15:2, 4, 7, 9
obtained 13:3; 14:12; 16:17, 22
October 13:5, 6
odd 6:17
off 11:10; 28:17; 30:12
offered 13:20
offhand 7:3
once 6:9; 25:9; 28:14, 21, 24
oncology 14:3
one 3:17; 15:11, 11; 20:7; 21:19; 22:6, 21; 23:11;

Michael 6:8, 18
might 3:22; 26:3, 8
minute 30:11
money 26:9
month 18:5; 30:5, 5, 19
more 6:9, 7, 7; 16:18; 18:16; 23:15; 28:14, 21; 29:6, 6
morning 3:10
mother's 4:19
moved 7:14
Municipal 20:15
myself 3:10

26:13; 27:5, 6, 8; 30:23
Only 11:20; 26:13
open 20:13
opened 20:17
order 13:17, 19; 14:3; 23:12
orders 30:22
orientation 11:5
originally 7:8
out 14:16; 15:12
outcome 29:8
outpatient 21:3
outside 28:8
over 4:2; 5:2
own 4:24, 25; 5:16

**P**

paid 8:10; 9:25; 10:24; 13:24, 25; 14:15; 15:24; 16:3
Park 17:20
part 22:1; 28:10
party 28:19, 25; 29:1, 2, 18
patient 17:16, 18, 23; 18:4; 19:5; 23:11, 13; 25:18
patients 19:21; 20:24; 21:4
pay 10:2; 11:15; 13:22; 15:23, 23; 19:2; 26:17
paying 29:15
payment 15:16
PCA 19:24; 21:6
Pennsylvania 7:9, 12
people 14:24
per 12:2
percent 13:6
period 8:19, 21; 11:14; 19:14; 21:8; 26:6
personally 29:22
physical 9:18
physically 10:18
Physician 24:20, 21; 25:24, 25
physicians 23:4; 25:8; 26:10; 27:6
Pittsburgh 7:9, 10
place 14:14
plan 9:8
Plantation 20:13, 14, 14; 23:17
please 3:21; 5:6; 10:5; 16:7; 27:21
point 12:9; 18:7
position 14:24; 22:21
practices 24:23
presently 4:8; 6:3; 7:17, 19
Prior 5:10; 9:13; 11:12; 17:23; 25:17

**probably** 21:13; 26:4
**probationary** 8:19, 21
**problems** 22:14
**procedures** 21:4
**proceed** 30:17, 18, 23
**PROCEEDINGS** 3:1
**process** 6:21
**professional** 12:18
**program** 13:17; 15:14, 16; 17:6, 11, 16, 19, 22; 18:4, 15, 17; 21:15; 25:9, 11; 26:2, 6, 19
**programs** 15:25
**Public** 3:5

# Q

**qualified** 26:23

# R

**ready** 21:5, 13
**really** 25:4; 30:18
**rear-ended** 29:4
**reason** 22:6; 23:18; 27:10, 11, 12
**reasons** 21:19; 22:7, 11
**recall** 5:15; 6:19; 11:20, 21; 13:3; 19:9; 20:7; 23:20; 26:13, 14; 28:9
**receive** 8:16; 9:1, 5; 10:10; 13:7; 17:9, 10, 22; 18:3; 30:22
**received** 17:12, 17; 19:2; 25:17
**receiving** 11:14
**Recess** 30:13
**record** 3:25; 28:17; 30:12
**Regional** 3:12; 9:15
**registered** 7:25; 11:24; 12:20
**Remedy** 24:9
**remember** 7:2; 9:16; 16:24; 19:11, 14, 16; 21:8, 22; 22:10; 23:5, 22, 25; 24:6, 7, 18; 25:14
**renew** 15:13, 19
**renewed** 15:3, 22
**rent** 4:24; 5:16, 17
**repeat** 3:18
**rephrase** 3:19
**reporter** 3:15
**represent** 3:11
**represented** 6:24; 30:7
**require** 15:16
**Required** 9:24; 10:18
**requirements** 23:11
**requisite** 14:6, 7
**reside** 4:21; 5:11; 7:8
**resided** 5:13
**resident** 7:4, 6
**residential** 4:18

**residents** 19:21; 20:4
**responded** 3:6
**revelation** 30:19
**right** 3:14; 10:23; 19:10; 22:15; 26:11
**role** 25:22, 23
**run** 15:12
**RUSSO** 3:9, 11; 11:19; 30:14; 31:4

# S

**salary** 8:5, 12, 14; 10:10
**same** 4:5; 17:1
**saw** 20:4
**schedule** 25:5
**school** 16:11, 13, 22; 17:20; 18:8, 11, 12, 20, 21, 25; 19:18; 25:1, 3; 26:16, 17, 22
**Security** 6:1
**sense** 4:5
**separate** 18:12
**separately** 18:8
**September** 6:20, 20
**service** 24:17, 19, 22; 25:16; 27:5
**settlement** 29:9, 10
**seven** 5:7
**several** 28:11
**signs** 21:5
**Social** 6:1
**somebody** 23:10
**sometimes** 25:5, 6
**son** 5:21; 25:15
**son's** 29:16
**sort** 13:17; 15:14; 17:11
**sought** 16:22
**South** 20:9, 9
**speaking** 4:5
**Staffing** 12:1, 8; 23:2; 24:5, 7
**started** 10:8; 11:8; 25:9
**starting** 9:16; 16:10
**state** 7:8
**stay** 30:24
**still** 12:7, 16
**stop** 25:7
**stopped** 18:1
**straight** 18:17
**Street** 4:12; 19:9, 11; 20:14
**studies** 15:10; 17:3, 6, 7, 11, 24; 22:3
**study** 17:4
**Sue** 14:24
**sued** 28:25
**suing** 29:1, 2
**suit** 30:18
**summary** 16:9
**summer** 18:1

**supervisor** 9:10; 14:21; 23:22, 25
**supervisors** 14:18
**support** 12:21; 15:1; 26:15, 21
**sure** 3:24; 12:11; 18:6, 14; 21:24, 25; 22:1
**sworn** 3:6

# T

**talk** 4:2
**talking** 27:23
**Tamarac** 20:12
**telling** 14:9, 12
**term** 27:19
**terminology** 23:10
**terms** 27:18, 20, 25
**Thereupon** 3:3
**third** 8:23, 25
**though** 3:22
**timeframe** 21:22; 23:5; 24:18
**times** 24:6; 28:23
**today** 10:15; 27:24; 31:4
**told** 13:12; 14:12, 19, 21
**took** 14:14; 16:17
**transcript** 4:4
**treatment** 20:3
**Tromberg** 30:10
**trustee** 31:2
**try** 3:18, 21; 4:2
**trying** 14:16
**tuition** 15:17, 23, 23
**two** 14:23; 15:3; 22:22, 23, 24; 25:16; 29:12
**two-year** 18:15; 26:5
**type** 9:23; 20:22

# U

**uh-hums** 3:21
**under** 31:1
**undersigned** 3:5
**unfortunately** 30:17
**Unit** 4:12; 8:1; 9:21
**Universal** 22:18
**University** 20:8, 11, 11, 12; 22:6, 12, 18; 23:24; 24:3, 4
**unless** 30:21
**up** 7:12
**ut-huhs** 3:21

# V

**variety** 23:9
**victim** 28:5
**violating** 30:24
**violence** 12:23
**vital** 21:5

**voluntarily** 14:17

# W

**wait** 8:18
**Wakat** 14:25
**way** 3:24; 4:14, 15, 22; 5:11; 21:24
**week** 8:23, 25
**weekly** 8:7
**weeks** 25:6
**Westside** 3:12; 9:15; 11:12, 17; 12:16; 13:8, 25; 14:14, 15; 15:5, 20, 23; 16:2; 25:20, 21; 27:23, 24
**What's** 4:17; 9:10; 11:25; 17:15; 20:16; 23:1; 26:18; 30:9
**without** 30:24
**WITNESS** 3:7; 31:5
**work** 9:13; 11:23; 12:2, 15; 18:19, 25; 19:17; 20:5; 23:12, 13, 14, 15; 24:4, 10, 16; 25:10; 26:5
**worked** 11:20, 21; 19:15; 21:9, 23; 23:5; 24:5; 25:13, 16
**working** 7:21; 9:14, 21; 11:3; 12:4; 13:14; 14:3; 20:1; 21:11; 22:12, 17, 18; 23:18; 24:3, 25; 25:7, 25
**workplace** 28:5, 8

# Y

**year** 5:2, 19; 7:23; 10:15; 12:12, 12, 13; 16:10, 24; 17:1; 30:2
**years** 7:7, 15, 16; 15:3; 16:5; 28:11; 29:6, 7

```
 1              P R O C E E D I N G S

 2                     - - -

 3   Thereupon,

 4              CAREEN MARIE BROWN DIAZ,

 5   being by the undersigned Notary Public first duly

 6   sworn, responded as follows:

 7              THE WITNESS:  I do.

 8              DIRECT EXAMINATION

 9   BY MR. DEL RUSSO:

10      Q    Ma'am, good morning.  I introduced myself

11   earlier.  My name is Alex Del Russo.  I represent the

12   defendant in this lawsuit, Westside Regional Hospital

13   and I am going to ask you some questions.

14              This gentleman to my right and to your left

15   is the court reporter.  He is going to take down

16   everything that everyone says.

17              If you don't understand one of my questions,

18   just let me know and I will be happy to try to repeat

19   it or rephrase it.

20              If you are answering my questions with a yes

21   or a no, please try to avoid the uh-hums and ut-huhs

22   because even though I might know what you mean, he has

23   a hard time taking that down.  It may not come across

24   the way you intended to answer.  I want to make sure

25   that our record is clear.
```

```
 1              Also let me at least finish my questions
 2    before you answer and I will try not to talk over you
 3    because, again, it is difficult for him to take down
 4    the transcript of our deposition if both of us are
 5    speaking at the same time.  Does that all make sense?
 6        A    Yes.
 7        Q    Can you tell me the address where you
 8    presently live?
 9        A    My mailing address or where I live?
10        Q    Tell me both.
11        A    Okay.  My mailing address is 4041 Northwest
12    16th Street, Unit 102C.
13        Q    Where do you live?
14        A    I now live at 2650 Northwest 60th Way.
15        Q    60th Way?
16        A    Yes.
17        Q    What's the difference between a mailing
18    address and a residential address?
19        A    A mailing address is my mother's address and
20    that's where I was living at.
21        Q    You currently reside at 2650 Northwest 60th
22    Way; is that correct?
23        A    Yes.
24        Q    Do you own or do you rent there?
25        A    Own.
```

```
 1      Q    How long have you lived there?

 2      A    Maybe a little over a year.

 3      Q    Do you live there by yourself?

 4      A    I have a child.

 5      Q    What is the name and age of your child,

 6 please?

 7      A    Christopher Diaz, seven.

 8      Q    Do you live at that address with anyone else?

 9      A    No, I do not.

10      Q    Prior to living at the address on Northwest

11 60th Way, where did you reside?

12      A    In Margate.

13      Q    What was the address where you resided in

14 Margate?

15      A    I don't recall the exact address.

16      Q    Did you own or did you rent?

17      A    Rent.

18      Q    How long did you live in Margate?

19      A    Give or take a year.

20      Q    Did you live at that address by yourself?

21      A    With my son.

22      Q    Anyone else?

23      A    No.

24      Q    What is your date of birth, ma'am?

25      A    February 5, 1971.
```

```
1     Q    And your Social Security number?

2     A    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.

3     Q    Are you presently married?

4     A    No.

5     Q    Were you ever married?

6     A    Yes.

7     Q    What was the name of your former husband?

8     A    Michael Diaz.

9     Q    Had you been married more than once?

10    A    No.

11    Q    When did you marry Mr. Diaz?

12    A    June 1991.

13    Q    Christopher is the child of your marriage to

14  Mr. Diaz?

15    A    Yes.

16    Q    What does or did Mr. Diaz do for a living?

17    A    He did odd jobs back then.

18    Q    When did you divorce Michael Diaz?

19    A    Let me think.  I don't recall if it was

20  September of '94 or September of '95.

21    Q    Did you go through the divorce process here

22  in Broward County?

23    A    Yes.

24    Q    Were you represented by an attorney in that

25  divorce?
```

```
1    A    Yes.

2    Q    Do you remember that attorney's name?

3    A    Not offhand, no.

4    Q    Are you a Florida resident, ma'am?

5    A    Yes.

6    Q    How long have you been a Florida resident?

7    A    More than 12 years.

8    Q    In what state did you originally reside in?

9    A    Pittsburgh, Pennsylvania.

10   Q    Born in Pittsburgh?

11   A    That's correct.

12   Q    You grew up as a child in Pennsylvania?

13   A    Yes.

14   Q    You moved to Florida approximately 12 or so

15 years ago?

16   A    Greater than 12 years ago.

17   Q    Are you presently employed, ma'am?

18   A    Yes.

19   Q    Where are you presently employed?

20   A    Hollywood Medical Center.

21   Q    When did you begin working at Hollywood

22 Medical Center?

23   A    March, the end of March of this year.

24   Q    What do you do at Hollywood Medical Center?

25   A    I am a registered nurse in the Intensive Care
```

1    Unit.

2        Q    Do you know how big a hospital Hollywood

3    Medical Center is?

4        A    No, I don't know how many beds they have.

5        Q    What is your current salary at Hollywood

6    Medical Center?

7        A    Meaning what, hourly, weekly?

8        Q    Are you a full-time employee?

9        A    Yes.

10       Q    Do you get paid on a biweekly basis?

11       A    Yes.

12       Q    Do you know what your hourly salary is?

13       A    Yes.

14       Q    What is your hourly salary?

15       A    $14 an hour.

16       Q    Do you receive any benefits?

17       A    Not at this time, no.

18       Q    Is that because you have to wait until the

19   end of a probationary period?

20       A    Yes.

21       Q    Do you know when that probationary period

22   ends?

23       A    Around the third week in June.

24       Q    Is it your understanding, ma'am, then, that

25   after the third week in June you will be eligible to

1    receive benefits through Hollywood Medical Center?

2        A    Yes.

3        Q    Do you know or do you have an understanding

4    as to what those benefits are that you will be

5    eligible to receive?

6        A    Not at this time.

7        Q    Are you currently covered with any health

8    insurance plan?

9        A    Not at this time.

10        Q    What's name of your supervisor at Hollywood

11    Medical Center?

12        A    Kim Fabis.

13        Q    Where, ma'am, did you work immediately prior

14    to working at Hollywood Medical Center?

15        A    Westside Regional.

16        Q    Do you remember what your starting date was

17    at Hollywood Medical Center?

18        A    At the physical hospital or I had to attend

19    classes?

20        Q    Well, did you have to attend classes before

21    you began working as a nurse in the ICU unit?

22        A    Yes.

23        Q    What type of classes did you have to attend?

24        A    Required critical care course.

25        Q    Who paid for that course?

1     A     Hollywood Medical Center.

2     Q     Did they pay you for your time in attending

3  that course?

4     A     Yes.

5     Q     Tell me, please, ma'am, when you began to

6  attend those courses in connection with your

7  employment at Hollywood Medical Center.

8     A     The courses started on the 12th of March.

9     Q     Would that then have been the first date that

10  you began to receive any salary from Hollywood Medical

11  Center?

12     A     Yes.

13     Q     So is it fair to say that your employment at

14  Hollywood Medical Center began on March 12 of this

15  year through today?

16     A     No.

17     Q     Why not?

18     A     Because I was required to physically go to

19  the class before I could go to Hollywood Medical

20  Center.

21     Q     So your employment actually began after you

22  completed those courses; is that correct?

23     A     Right.

24     Q     But you were paid for those courses?

25     A     Correct.

1    Q    How long did those courses take?

2    A    The last date was the 24th of April.

3    Q    Then you began after April 24 working as an

4    ICU nurse at the hospital?

5    A    I'm on orientation at Hollywood Medical

6    Center.

7    Q    After April 24?

8    A    No, I started early because they needed help.

9    In between the end of May to the 24th I was going

10   there on my days off when they would call me to come

11   in.

12   Q    After you left Westside and prior to March

13   12, the day that you began those courses, was there

14   any period of time in which you were not receiving

15   compensation or pay from an employer?

16       MR. KARLIN:  Are you asking her is there any

17       gap between leaving Westside and the new

18       employer?

19       MR. DEL RUSSO:  Okay.

20   A    I don't recall.  Only because I worked for an

21   agency and I don't recall what dates I worked for them

22   in March.

23   Q    Tell me about the work you do for an agency.

24   A    It's a registered nurse.

25   Q    What's the name of the agency?

```
 1      A     All About Staffing.

 2      Q     You do per diem agency work?

 3      A     Yes, when I can.

 4      Q     When did you begin working for this nursing

 5   agency?

 6      A     Oh, maybe November of '99.

 7      Q     Do you still take any assignments from this

 8   agency staffing?

 9      A     Not at this point in time.

10      Q     When was the last time that you did?

11      A     Again, I'm not sure on the dates.  It's

12   either March of this year or February of this year.

13      Q     Either February or March of this year?

14      A     That's correct.

15      Q     So you were doing some agency work while you

16   were still employed at Westside; is that correct?

17      A     Yes.

18      Q     What professional licenses or certifications

19   do you have?

20      A     My registered nurse license, basic

21   chemotherapy administration certificate, life support

22   certificate, certificates for keeping your license

23   activated, which includes like HIV, domestic violence,

24   care of the aged and elderly, critical care

25   competency.
```

1    Q    When did you obtain your nursing license?

2    A    August of '97, I believe.

3    Q    Do you recall when you obtained the

4    chemotherapy certification?

5    A    October of I believe -- I believe it was

6    October '98.  I'm not 100 percent certain.

7    Q    Did you receive that chemo certification when

8    you were an employee at Westside?

9    A    Yes.

10    Q    Was that a course you had to attend?

11    A    What do you mean by had to attend?

12    Q    For example, you told me that you had to take

13    a course to become an ICU nurse before you began

14    working at Hollywood Medical Center, so I guess my

15    question is in connection with getting the

16    chemotherapy certification, did you have to go to some

17    sort of program or course in order to obtain the

18    certification?

19    A    In order to obtain the certification, yes.

20    Q    Where was that offered?

21    A    Holly Cross Hospital.

22    Q    Did you pay for that?

23    A    No, I did not.

24    Q    Who paid for that?

25    A    That was paid for by Westside.

```
 1      Q    Was that something that you asked for?

 2      A    No, that was something that we all had to do

 3  in order to be working on the oncology floor.

 4      Q    You didn't want to do that?

 5      A    No, I didn't say I wanted to do that.  That

 6  was a requisite.  The nurse manager at the time was

 7  make that a requisite.

 8      Q    So that was a condition of your employment,

 9  is that what you are telling me, ma'am?

10      A    Describe what you mean by a condition.

11      Q    Well, I just want to understand what you are

12  telling me.  You told me that you obtained a

13  chemotherapy certification when you were an employee

14  of Westside; that the course took place at Holy Cross

15  and was paid for by the hospital, by Westside.

16           What I'm trying to find out, ma'am, is

17  whether that was something that you voluntarily chose

18  to do or whether that was something your supervisors

19  told you that you had to do.

20      A    Actually the answer is both.

21      Q    Who was the supervisor that told you that you

22  had to obtain the chemotherapy certification?

23      A    In '98, that would be -- I think it was two

24  people that were in that position at that time, Sue

25  Wakat and Eileen Ciutti.
```

1    Q    What about the life support certification,

2    when did you obtain that?

3    A    It's renewed every two years.

4    Q    Did you first obtain it while you were an

5    employee at Westside?

6    A    No.

7    Q    When did you first obtain it?

8    A    Through BCC, Broward Community College.

9    Q    Did you obtain that certification before or

10    after you completed your nursing studies?

11    A    Before.  One was before and then one was

12    after.  It was about to run out, so I got it again.

13    Q    When you had to renew that certification, do

14    you have to go to any sort of course or program?

15    A    Yes.

16    Q    Does that program or course require payment

17    or any form of tuition?

18    A    Yes.

19    Q    Did you have to renew that certification at

20    any time that you were an employee at Westside?

21    A    Yes.

22    Q    When you renewed that certification, did you

23    pay that tuition or did Westside pay the tuition?

24    A    No, I paid that.

25    Q    Any other certifications or programs or

1    continuing education courses or anything like that

2    that you attended while you were at Westside which

3    were paid for by the hospital?

4        A    I would have to think about that.  It's been

5    a couple of years.

6        Q    If you think of any during the course of the

7    day, please let me know.

8        A    Okay.

9        Q    Can you give me a summary, ma'am, of your

10   educational background, starting with the year that

11   you graduated from high school?

12       A    That would be June of '88 I graduated from

13   Boyd Anderson High School.

14       Q    Is that here down in Florida?

15       A    Yes.  It's in Lauderdale Lakes.

16       Q    What was the next formal education that you

17   took or that you obtained?

18       A    I entered -- okay, can you go into more

19   detail about what you mean about next formal

20   education?

21       Q    Tell me what was the next education that you

22   sought and obtained after completing high school.

23       A    I enrolled at BCC.

24       Q    Do you remember what year you enrolled at

25   BCC?

1      A      At that time it was the same year, it was

2      '88.

3      Q      What course of studies did you enroll in?

4      A      Just a general study.  I was 17 -- 16 at the

5      time.

6      Q      Did you complete any studies, any program or

7      curriculum in connection with your general studies

8      that would have led to a degree?

9      A      I did not receive a degree at that time, no.

10      Q      Did you ever receive a degree in general

11      studies or any sort from any program at BCC?

12      A      Now, yes.  In '97 I received my AS in

13      nursing.

14      Q      Other than the nursing?

15      A      Before nursing, I enrolled at what's called a

16      patient care program.  That would be in '94 or '95 and

17      received a certificate in that.

18      Q      Where did you enroll in this patient care

19      program?

20      A      That was at Oakland Park School of Nursing

21      Assistance, something to that effect.

22      Q      Did you enroll in that program and receive

23      your patient care certification prior to the time that

24      you began your studies to become a nurse?

25      A      No, I was in between.  I went to BCC in the

1    summer, stopped, then went there, finished there and

2    then went back to BCC.

3        Q    When did you receive the certification in the

4    patient care program?

5        A    Maybe February of '95.  Again, the month I am

6    not sure.

7        Q    I take it then that you at some point

8    enrolled separately with BCC in the nursing school?

9        A    Correct.

10       Q    When did you first enroll in the nursing

11   school at BCC?

12       A    Okay, the separate school of nursing -- I

13   can't think of the time I got accepted.  August of '95

14   or '96, I'm not sure.

15       Q    Is that a two-year program?

16       A    A little bit more, but yes.

17       Q    Did you go straight through that program?

18       A    Yes, I did.

19       Q    Did you work at all during the time that you

20   were in school at BCC in connection with the nursing

21   school?

22       A    Yes, I did.

23       Q    Can you tell me about your employment in the

24   healthcare field?  After you graduated from high

25   school, where did you go to work in connection with

1    employment in the healthcare field?

2        A    Employment where I received pay?

3        Q    Yes.

4        A    That would be a nursing home.  Maybe a

5    nursing home as a patient care.

6        Q    What was the name of the nursing home?

7        A    I think it's called National.

8        Q    Where is that or was that located?

9        A    The actual street address I don't recall.  I

10   can tell you it's right behind Holy Cross Hospital.

11       Q    Do you remember the name of the street it's

12   on?

13       A    No.

14       Q    Do you remember the time period that you

15   worked at National Nursing Home?

16       A    No, I don't remember.

17       Q    Did you work there at all during the time

18   that you were enrolled in the nursing school at BCC?

19       A    No.

20       Q    What did you do at the nursing home?

21       A    Assisted patients -- well, actually residents

22   with their activities of daily living.  Bathed them,

23   fed them.

24       Q    You were a PCA?

25       A    Exactly.

```
 1      Q    Why did you leave working at that nursing

 2   home?

 3      A    I didn't like some of the treatment that I

 4   saw there of the residents.

 5      Q    Where did you go to work next after leaving

 6   National Nursing Home?

 7      A    I don't recall which one was first.  It was

 8   either University -- what was formerly known as FMC

 9   South, but at the time it wasn't called FMC South.

10      Q    What was it called then?

11      A    It was University or -- University Hospital.

12      Q    University Hospital in Tamarac or Lauderdale?

13      A    It's in Plantation.  It's no longer open.  It

14   was in Plantation across the street from Plantation

15   Municipal.

16      Q    What's it now called?

17      A    It's no longer opened.

18      Q    So it's closed?

19      A    Yes.

20      Q    What was it, a hospital?

21      A    Yes.

22      Q    What type of hospital?

23      A    A general hospital.

24      Q    They had patients, inpatients that were

25   admitted?
```

1      A    Yes.

2      Q    And what did you do at this hospital?

3      A    I was assigned to the outpatient department.

4   I assisted patients before their procedures in getting

5   ready, taking their vital signs.

6      Q    Were you acting as a PCA?

7      A    Yes.

8      Q    And do you remember the time period that you

9   worked there?

10     A    No.

11     Q    Tell me why you left working at this

12  hospital.

13     A    I'm getting ready, probably wanting to enroll

14  back to BCC, but I'm not certain.

15     Q    That would be into the nursing program?

16     A    No, that would be BCC in general.

17     Q    You believe you left because you were going

18  to enroll back in BCC?

19     A    That would be one of the reasons I believe,

20  yes.

21     Q    Did you enroll back in BCC?

22     A    I don't remember what timeframe that was when

23  I worked there.

24     Q    You are not sure either way?

25     A    I'm sure that I was going to enroll back at

1    BCC when I was there, yes.  That part I'm sure of.

2       Q    Did you enroll back at BCC in any course of

3    general studies?

4       A    At that time or just in general?

5       Q    Well, you had mentioned to me, ma'am, that

6    the reason you left University Hospital or one of the

7    reasons was you intended to enroll back at BCC, so my

8    question is did you in fact follow through with that

9    intent?

10      A    I don't remember at that time.

11      Q    What were the other reasons that you left

12   working at University Hospital?

13      A    Marital differences.

14      Q    You had marital problems at that time?

15      A    Right.

16      Q    Was there any gap of time from the time you

17   ceased working at National Nursing Home and the time

18   you began working at Universal or University Hospital?

19      A    Any gap in employment?

20      Q    Yes.

21      A    Yes, there was one other position.

22      Q    Between the two?

23      A    Yes.  I don't know if it was between the two

24   or directly after.  I think it was between the two.

25      Q    What was that?

1       A     What's it called?   EMSA.

2       Q     Is that a staffing agency?

3       A     No, that's a billing for emergency

4    physicians.

5       Q     Do you remember the timeframe that you worked

6    for EMSA?

7       A     No.

8       Q     What did you do for EMSA?

9       A     A variety of things.  Mainly they wanted

10   somebody that was familiar with medical terminology,

11   so one of the requirements was that I have a patient

12   care certificate in order to work there.

13      Q     Did you do clerical work or patient care

14   work?

15      A     More of the clerical work.

16      Q     Where is or was EMSA located?

17      A     Plantation, Florida.

18      Q     What was the reason that you left working at

19   EMSA?

20            You don't recall?

21      A     No.

22      Q     Do you remember the name of your supervisor?

23      A     No.

24      Q     What about at University Hospital, do you

25   remember the name of your supervisor?

1      A      No.

2      Q      Assuming that EMSA was between National

3   Nursing and University, after you left working at

4   University, where did you next go to work?

5      A      I worked for a staffing agency, but I don't

6   remember the times.

7      Q      Do you remember the name of the staffing

8   agency?

9      A      Remedy.

10     Q      Did you work as an agency employee in the

11  healthcare field or was it just a general employee?

12     A      Just general employment.  Just general

13  clerical.

14     Q      That would not be a healthcare job?

15     A      Correct.

16     Q      Where else did you then work?

17     A      Let's see.  An answering service, but again,

18  I don't remember the timeframe.

19     Q      What was the name of the answering service?

20     A      Physician Exchange.

21     Q      What did you do at Physician Exchange?

22     A      Answering service for mainly medical

23  practices.

24     Q      Why did you leave that job?

25     A      At that time I believe I was working back and

1    forth in between school, BCC.

2        Q    So you left because of your time commitments

3    at school?

4        A    It wasn't really a leaving.  He would know my

5    schedule and sometimes I would come in a couple of

6    weeks, sometimes I won't.  It was flexible.

7        Q    Why did you decide to stop working for

8    Physicians Exchange?

9        A    Once the program started, you do not have

10    time to work.

11        Q    In the nursing program?

12        A    Exactly.  And do well.

13        Q    Tell me where else you worked.

14        A    In between the time of -- I don't remember

15    directly after.  I know it was -- my son was maybe

16    two.  I worked at another answering service that was

17    prior to BCC, but after I received my certificate as a

18    patient care.

19        Q    What was the last job you held before you

20    began your employment at Westside?

21        A    Began my employment at Westside as what, in

22    what role?

23        Q    In any role.

24        A    It would be Physician Exchange, I believe.

25        Q    So were you working at the Physician Exchange

1    during the time that you had enrolled in the nursing

2    program at BCC?

3        A    I might have gone in a couple of days

4    probably before Christmas.  That would be it.

5        Q    Did you work at all during the two-year

6    period that you enrolled in the nursing program at

7    BCC?

8        A    Like I said, I might have gone in before

9    Christmas for Christmas money.

10       Q    For Physicians Exchange is this?

11       A    Right.

12       Q    Other than that?

13       A    I don't recall.  That's the only one I

14   recall.

15       Q    How did you support yourself at the time that

16   you enrolled in the nursing school at BCC?

17       A    BETA helped me pay for nursing school.

18       Q    What's BETA?

19       A    It's a federally-funded program to help

20   displaced homemakers.

21       Q    How else did you support yourself during the

22   time that you were in school?

23       A    I qualified for federal assistance, Medicaid.

24       Q    Anything else?

25       A    Well, I mean federal assistance, I mean

```
 1    Medicaid and all that comes with it.

 2        Q     Have you ever been fired from a job?

 3        A     Yes.

 4        Q     Which job or jobs?

 5        A     It was one that was at the answering service.

 6        Q     Which one, Physicians Exchange?

 7        A     No.

 8        Q     What was the name of the other one?

 9        A     American Answering.

10        Q     What was the reason that they fired you?

11        A     They didn't give a reason, so I -- they

12    didn't give a reason.

13        Q     Have you been fired from any other jobs?

14        A     No.

15        Q     Have you ever been asked to leave a company

16    in lieu of being fired?

17        A     No.

18        Q     Have you ever left any job on bad terms?

19              MR. KARLIN:  I will object to the term "bad

20        terms," but go ahead and answer.

21        A     Say that again, please.

22        Q     Have you ever left any of the jobs that you

23    had, excluding Westside, which we will be talking

24    about today, other than Westside, have you ever left

25    any job in bad terms?
```

```
 1              MR. KARLIN:  Go ahead, answer.

 2       Q    Go ahead.

 3       A    No.

 4       Q    Have you ever made a claim that you the

 5   victim of discrimination in the workplace other than

 6   in connection with this lawsuit?

 7       A    No.

 8       Q    What about outside of the workplace?

 9       A    No.  Not that I recall.

10       Q    Have you ever been a part to a lawsuit, other

11   than the divorce that you had had several years ago

12   from your ex-husband?

13       A    Yes.

14       Q    More than once?

15       A    Can I ask my attorney something?

16       Q    Yes, if you want.

17            (A discussion was held off the record.)

18       Q    Go ahead, my question was have you ever been

19   a party to a lawsuit?

20       A    Yes.

21       Q    More than once?

22       A    Yes.

23       Q    Tell me about those times.

24       A    Once was a car accident.

25       Q    Were you the party that was sued or were you
```

1    the party that was suing?

2         A    The party that was suing.

3         Q    What was the nature of the case?

4         A    I was rear-ended in a chain-reaction.

5         Q    How long ago was that?

6         A    More than five years.  More than -- greater

7    than five years.

8         Q    What was the outcome of that case?

9         A    A settlement.

10        Q    What was the nature of the settlement?

11        A    After medical bills and --

12        Q    Tell me both if there are two answers to it,

13   before medical bills and then after medical bills.

14        A    Before medical bills and attorney's fees, it

15   was $10,000, but after that, paying doctors, my

16   doctor, my son's doctor, maybe 4.

17        Q    Any other lawsuits in which you have been a

18   party?

19        A    Yes.

20        Q    What else?

21        A    Bankruptcy.

22        Q    You personally filed?

23        A    Yes.

24        Q    Did you do this before, during or after you

25   were married?

```
 1       A    After.

 2       Q    What year did you file bankruptcy?

 3       A    2000.

 4       Q    How long ago did you file bankruptcy?

 5       A    Less than a month.  Maybe less than a month

 6   ago.

 7       Q    Are you being represented by an attorney?

 8       A    Yes.

 9       Q    What's the name of your bankruptcy attorney?

10       A    Tromberg is his last name.

11            MR. KARLIN:  Can I have a minute with her?

12            (A discussion was held off the record.)

13            (Recess at 10:55 a.m. until 11:02 a.m.)

14            MR. DEL RUSSO:  We have just come back from

15       a break and in my discussions with Mr. Karlin,

16       who is Ms. Diaz' counsel, and both agree that we

17       unfortunately cannot proceed with this deposition

18       nor can the suit really proceed given the

19       revelation that Ms. Diaz earlier this month filed

20       for bankruptcy.

21            I guess it's our intention that unless we

22       receive appropriate orders from the bankruptcy

23       court, that neither one of us can proceed with

24       the case without violating the automatic stay.

25            MR. KARLIN:  I would agree the case can't go
```

1      forward at this time, not under any

2      circumstances, but I need to contact the trustee

3      and get the approval of the bankruptcy court.

4          MR. DEL RUSSO:  Okay, that's it for today.

5          (The witness was excused.)

6          (At 11:00 a.m. the deposition was

7      concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    STATE OF FLORIDA

2    COUNTY OF PALM BEACH

3

4        I, RICHARD GREENSPAN, the undersigned Notary

5    Public, in and for the State of Florida, hereby

6    certifies that CAREEN MARIE BROWN DIAZ personally

7    appeared before me and was duly sworn.

8

9

10        WITNESS my hand and official seal

11    this _____ day of _____, 1999.

12

13

14

15

16

17    _____

18            RICHARD GREENSPAN

19        NOTARY PUBLIC - STATE OF FLORIDA

20          My Commission # CC723999

21          Expires:  March 12, 2002

22      Bonded Thru Notary Public Underwriters

23

24

25

```
1                    C E R T I F I C A T E

2    STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4

5        I, RICHARD GREENSPAN, Registered Merit Reporter
     and Certified Realtime Reporter, do hereby certify
6    that I was authorized to and did stenographically
     report the foregoing deposition; and that the
7    transcript is a true and correct transcription of the
     testimony given by the witness.
8
         I further certify that I am not a relative,
9    employee, attorney or counsel of any of the parties,
     nor am I a relative or employee of any of the parties'
10   attorney or counsel connected with the action, nor am
     I financially interested in the action.
11

12

13   Dated this _____ day of _____, 1999.

14

15

16

17   _____
         RICHARD GREENSPAN, Registered Merit Reporter
18            Certified Realtime Reporter

19

20

21

22

23   The foregoing certification of this transcript does
     not apply to any reproduction of the same by any means
24   unless under the direct control and/or direction of
     the certifying reporter.
25
```

LAWYER'S NOTES

| Page | Line | |
|------|------|---|
| | | |