UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF



CAREEN DIAZ,

       Plaintiff,

v.                                                                    **THIS IS A CONSENT CASE**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

       Defendant.
_____/

**PLAINTIFF'S MOTION ON CONSENT FOR AN EXTENSION OF
TIME TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, CAREEN DIAZ, and through the undersigned attorney, and respectfully moves the Court for a continuance to file a response to defendant's motion for summary judgment and in support thereof would state as follows:

      1.    The motion for summary judgment is due on May 15, 2001. Plaintiff is seeking a short extension until May 18, 2001. This is a case dispositive motion which requires a substantial amount of preparation.

      2.    It should be noted that plaintiff's attorney is a sole practitioner and due to a confluence of scheduling conflicts in the last couple weeks, it is very difficult to file a timely and proper response to the summary judgment motion. For example, plaintiff had been in numerous depositions, mediation, hearings and deadline occurred in the last several weeks and in the next several weeks.

      3.    In addition, the undersigned has to prepare a reply brief on <u>Dr. Majid M. Naini v. State of Florida</u>, Case No.: 00-4294 pending in the Fourth District Court of Appeals due on May 16,

2001, preparing a response to a summary judgment in Ellis v. City of Hollywood, Case No.:00-6735-CIV-DIMITOURELAS/ JOHNSON, due on May15, 2001, a response to a motion to dismiss in, a summary judgment motion on Kazanecki v. Qwest Communications, Case No.: 00-7145CIV-DIMITROUELAS/JOHNSON and filing complaints because of the statute of limitations.

4.   In addition, plaintiff was ill which made impeded the undersigned's ability to prepare a response to the summary judgment motion.

5.   Plaintiff's attorney has contacted defense counsel on this motion an he consents to this very short continuance.

6.   Accordingly, and for all the foregoing reasons, plaintiff respectfully requests that plaintiff's motion be granted.

WHEREFORE, for all the foregoing reasons, the plaintiff requests that the Motion be granted.

## MEMORANDUM OF LAW

In support of the foregoing motion, plaintiff relies upon local Rule 7.1 (A)(3), of the United States District Court for the Southern District of Florida.

Dated: Fort Lauderdale, Florida
May 15, 2001

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No. 961159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class Mail to: Alexander D. Del Russo, Esq., CARLTON, FIELDS, WARD, EMMANUEL, SMITH & CULTER, P.A., P.O. BOX 150, West Palm Beach, Florida 33402-0150, on this 15th day of May, 2001.

STEWART LEE KARLIN, ESQ.
400 S.E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201