UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendant.
_____/

**THIS IS A CONSENT CASE**



### NOTICE OF FILING PLAINTIFF'S DECLARATION

Plaintiff, hereby serves notice to all parties concerned that she is filing the attached declaration in opposition to Defendant's Summary Judgment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class Mail to: Alexander D. Del Russo, Esq., CARLTON, FIELDS, WARD, EMMANUEL, SMITH & CULTER, P.A., P.O. BOX 150, West Palm Beach, Florida 33402-0150, on this 18th day of May 2001.

STEWART LEE KARLIN, ESQ.
400 S.E. 8 Street
Fort Lauderdale, Florida 33316
(954) 462-1201

