UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

       Plaintiff,

       **THIS IS A CONSENT CASE**

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

       Defendant.

_____/

## DECLARATION OF COREEN DIAZ

BEFORE ME, the undersigned authority duly qualified to administer oaths and take acknowledgments, personally appeared COREEN DIAZ, who being by me first duly sworn upon her oath, deposes and states as follows:

1.    While completing my studies as a Register Nurse at Broward Community College (BCC), I began employment at West Side Regional Medical Center in January 1997. I started working there as a Patient Care Assistant (PCA) on a per diem basis (will call). In May of 1997, I graduated from BCC and received my associates degree in nursing.

2.    A few weeks after graduation I notified Eileen Ciotti, the Nurse Manager of the 4th floor where I was assigned to work. Mrs. Ciotti informed me that after I obtained my license as a Registered Nurse that I could start employment at West Regional Medical Center as a full time RN. Then approximately one month later, Mrs. Ciotti notified me that the hospital does not grandfather in new nursing students anymore. (Grandfathering in means a senior nurse is assigned to preceptor a brand new nurse for a specified period

of time and that new nurse would develop her skills to perform daily functions as a Registered Nurse and would receive pay for that period of time.

3.    Instead it was stated to me that even though I was an employee of the facility, I was told that I had to participate in a new program that the hospital was initiating with BCC if I wanted to be employed there as a full time staff RN. This program involves that I would have to pay for tuition costs as well as not receive any pay for the duration of the preceptor-internship. I would be assigned to a senior staff nurse and have him or her preceptor me for a period of 8-10 weeks at the facility to develop the basic skills needed to function as a Registered Nurse.  Since that was my only option I completed the preceptor-internship without incidence in October of 1997 and started full-time employment as a RN at West Side Regional Medical Center.

4.    In the spring of 1999, I was currently preceptoring a new RN, Michelle Puckett, (Caucasian) who stated to me that she was getting paid for her internship. Around the same time it was brought to my attention that two other new nurses were paid while preceptoring. In addition, these two nurses (Donna Bocella and Jennifer Stefan-Caucasian) started there employment at West Side Regional Medical Center as PCA's (towards the end of 1997). After receiving their RN Licenses they were hired as full-time employees (RN's) and they were each preceptored by a staff nurse however they were paid for their preceptorship.

5.    First I approach the current Nurse Manager of the 4th Floor Sue Wakat, and asked her "why was I treated differently?"  She basically did not give a reply and that is when I wrote a letter to the Director of Human Resources, Lyn Mathis and to the Chief Nursing Officer, Kim Jutras, addressing my concerns and asking them what is the policy

of the hospital regarding internship-preceptorship. (Exhibit "**A**") I wanted to know was what was the policy of the hospital and why was I treated differently.

6.    Towards the end of May, I had a meeting with the director of Human Resources, Lyn Mathis. I voiced my concerns about the difference in treatment between myself had the two Caucasian nursed involved. She clearly understood that I was concerned that I may have discriminated against because of my race, African-American. I asked her what was the policy regarding preceptorship-internship. At that point, Mrs. Mathis stated that I was comparing oranges to apples and that she would look into it.

On June 2, 1999, I received an e-mail from Mrs. Mathis informing me that D. Bocella and J. Stefan did not go through a formal program but an extended orientation program. (Exhibit "3") I responded to Mrs. Mathis by e-mail by again asking her for the paper work regarding the policy of the hospital. (Exhibit "4") The next e-mail I received from Mrs. Mathis stated that the decision to use an extended orientation and BCC program is made on a "CASE BY CASE BASIS". (Exhibit "5") I followed up on Mrs. Mathis' e-mail by repeatedly asking her well what criteria is used to determine who gets paid for the internship-preceptorship and I would like to see the policy. With no avail from Mr. Mathis, I asked for a meeting with the Chief Nursing Officer Kim Jutras.

7.    On June 29. 1999 I was notified by Mrs. Jutras secretary that the meeting is set for July 1, 1999 and they needed a time that I would be available. In mid afternoon, I got a call at the nurses station form the CNO, and she asked me the same question was I bringing an attorney to the meeting? I told Mrs. Justras no I was not, but I asked her if I need one. She proceeded to tell me no that she hopes that this have not reached that level.

8.      Towards the ending of the same day when things were most chaotic, I was trying to finish work and preparing for the next shift to come in. Mrs. Mathis called me one more time at the nurse's station. This particular time I could not talk with Mrs. Mathis as I was in a patient's room initiating a blood transfusion. Pursuant to hospital policy when a patient is receiving a product, if they are going to have a adverse reaction or an allergic reaction to the blood it usually occurs within the first 15 minutes of the transfusion, therefore I could not leave the patient.

9.      Later on that day, the next shift is waiting for me to report off. This means for me to give them the pertinent information about my patients so they can provide care to them such as why the patient was admitted, lab abnormalities, surgery, heart problems etc.) Sometimes giving a report can take as long as forty-five minutes to an hour depending on how many patients are on the wing. I was starting to give my report, and I was interrupted again by Mrs. Mathis. This time she was hostile, she went on to say that" she needed a response on whether I was going to bring an attorney to the meeting. She needed to know by noon on June 30, 1999, or there was not going to be a meeting. I previously told Ms. Mathis that I was not bringing an attorney and had not even retained one yet. It appeared rather obvious that Ms. Mathis was retaliating against me at this point due to her extraordinary hostile attitude. She had called about five times.    I had been interrupted from doing my work to respond to this issue. I told Mrs. Mathis that I will talk with her in the morning, I am trying to give a report and finish up some things and go home to pick up my child.   I thanked her for her efforts. This particular conversation occurred in front of the 2 nurses,  Coloquan R.N. and P. Foreman R.N.   I was never rude to Ms. Mathis and I did not hang up on her. After finishing the report I documented on a few

charts and then left the hospital.

10.    On the very next day, June 30, 1999, I was escorted downstairs by my Nurse Manager, Wakat to the Director of Human Resources office.   Mrs.Mathis handed me a discipline report.  Exhibit "6 ".    Mrs Mathis stated  she called me on the  floor at least four times and then overhead paged me three times.  I did not hang up on Mrs. Mathis. and I did not hear any overhead pages, nor did the two nurses that I was giving a report to hear it.(L. Coloquan, and P. Foreman.)  The discipline report was solely done in retaliation due to the fact that I was not satisfied with the meeting I had with Mrs. Mathis and went to the next person in the chain of command which was the CNO K. Jutras raising the spector that may I was discriminated against due to the unequal treatment concerning the preceptor program.  This hostility is documented by the number of times Mrs. Mathis called the nurses station on the one day in an attempt to somehow force an answer out of me.  When I was handed that discipline report  not only was it embarrassing but it was as if it were questioning my dedication to my profession. It was also tarnishing an otherwise perfect personnel file.

11.    I filed a grievance form in July or August, 1999, a meeting was held between myself and Mr. L. Chaykin (COO) of West Side Regional Center to discuss my grievance. (Exhibit "7") Prior to going into this meeting I felt that it was going to be fair and not one-sided and he would let me present my side of events, and maybe even talk with some of my witnesses.    Unfortunately it was as if the rug was pulled out from under me. Mr.Chaykin proceeded to hand me a pre-typed letter and read it to me Exhibit "8 ".  He did not answer my primary question about the policy governing preceptor ship at West Side Regional.  He stated that his findings corroborate the disciplinary action.  Regarding the

harassment, Mr. Chaykin stated that there was no evidence to harass or threaten or intimidate me.   Mr. Chaykin asked me if I had any questions.  After the shock and the numbness wore off, my first question was" Did you at least question any of my witnesses regarding the two nurses that I gave report to and the unit secretary that The Human Resource department wanted her to prepare a false statement (e-mail) from E. Wimbley. Mr. Chaykin stated no.  He eventually stated that **I need to be team player (referencing my complaints of discrimination) and what was going to be my next move?**  Well I asked him once more what was the policy of the hospital regarding preceptorships. He finally responded that "there is no hospital policy regarding preceptor ships I left that meeting with disbelief, disappointment and fear of losing my job.  As a single parent I felt as if my career and the sanctity of my family was in jeopardy I've exhausted all internal means in several attempts to resolve this matter with West Side Regional Medical Center.

12.    In the months to come, I noticed that my work was monitored more closely and  that  there were more frequent visits to my floor from administration.  I've even received some questions from fellow co-workers such as Sue Gorrel, LPN, asking me what is going on with you and them? (Meaning administration)  On one particular day there was a hurricane alert and employees have to come in at there designated time and other beach side hospitals move their patients and staff further west. Well my assigned duty prior to my complaining was to assist the  relief charge nurse.  When I came in for duty everyone else assignment was the same but mine.   In fact, my evaluation was lowered from the previous year, Upon close examination, this evaluation is contradictory and retaliatory. (Exhibit "9")

13.    Another event was K. Jutras and S. Wakat were at the nurses station looking at the assignment board, which tells you what nurse is assigned to what room.  Now I was

in a room in back of the nurses station and I could hear them saying well pick one of her rooms. Not more than a few minutes later a call light went off in a room at the end of the corridor that I just discharged a patient from. As I approached the room I heard them asking where is the patient and that's is when I entered the room and the both of them were standing there seeing how long it would take me to answer the light. I responded that I just discharged this patient home. Nothing else was said, so I watched them to see if they were going to perform that test on any of my fellow employee and they did not. The both of them proceeded to go into the elevator. This was an example of how closely I was being monitored while other nurses who did not complain about discrimination were not monitored. It should be noted that my attorney had written a letter in the fall and suit had been commenced. (Exhibit "10").

14.    There is an area of the nurses station where we can chart on patients and I happen to be in that area, when the Nurse Manager approached me and told me that I can no longer chart there. Not more than 5 minutes later, a fellow colleague of mine started charting there and nothing was said to her. Further evidence of retaliatory conduct was that I would continue to notice that my charts would be audited much more frequently than other nurses. But I continued to do my work to the best of my ability and would continue to receive letters of accommodation from patients , their families, either written or verbally to administration.

15.    On or about January 25, 2000 I was doing my daily functions I happen to be in a room with a doctors mother, attempting to discontinue an IV and restart a new one if possible. Just as I was about to take out the old IV, the Director of Radiology came in and with no regard for that patients privacy says to me in a rude and abrupt manner "that

patient over there needs to go the bathroom" I told Mrs. Fogarty that I'm in the middle of

doing this you need to call the PCA(patient care assistant) on the floor. Mrs. Fogarty left

the room. I was preparing to perform a venipuncture on this patient when Mrs. Fogarty

again comes in and said Helen the PCA was not available and that I needed to go help the

patient now. Mrs. Fogarty obviously saw me with a needle in my hand preparing to

perform a venipuncture on this patient but yet she continued to be rude and

unprofessional. I made no comment, stopped what I was doing (was more important at

that time ) and assisted the patient to the bathroom . At that time, the charge nurse (M.

Mckay) came into the room and helped me bring the patient out of the bathroom. I went

to the Nurse Managers office to complain about Mrs. Fogarty's behavior and attitude and

how unprofessional she was to me in front of a patient. I stated to her in her office what

purpose does it serve as a patient representative if she is going to act like that. I was not

berating the patient representative program because I have worked with almost all of them

without any incidence and they help the patient which is the main goal . However Mrs.

Fogarty was just plain rude and I told that to the Nurse Manager S. Wakat in her office,

which I thought was private and confidential.    It should be noted that it was common

knowledge among my supervisors that I had a lawsuit pending for discrimination and

Fogarty must have known since she was very good friends with Lynn Mathis and Nurse

Manager Wakat.

      16.    A few days later , I received a call at home by Mrs. Mathis. stating that I

needed to come in and talk with her regarding a matter. I asked what was it about and she

stated that she could not tell me, then I asked her" when do I have to come in?" she replied

" the sooner the better" Its about 4pm and as I approach Mrs. Mathis meeting nurse

manager S. Wakat is in attendance, and Mrs. Mathis further hands me a disciplinary form regarding what occurred on January 25 with Mrs. Fogarty (Exhibit "11") I'm reading this form and my nurse manager looks at me and says "Coreen you are a great nurse " I thought that was kind of odd until I read further and alll the things that were said to my nurse manager in confidence of her office were on the disciplinary report then I was told that I was going to be suspended for 3 days. I was floored, humiliated , shocked and embarrassed. This was a another retaliatory act. Further, other nurses have complained about work conditions and schedules, sometimes in the presence of patients such as Barbara Johnston (complained about work conditions in the presence of Wakat, nurse manager and a patient was present as well), Alicia Ferguson (complained about work schedule in the presence of Wakat and patients), Sue Gorrerl (complained about working conditions in the presence of Wakat and patients). However, none of these nurses were even orally counseled, let alone received any formal discipline.

17.    After my suspension was over I returned to work, embarrassed and not wanting to face anyone. I was getting gawked at by administration my first day back and starred at by my fellow co-workers on the floor. At first, everyone was avoiding me (not talking to me). I broke down in the bathroom and started to cry. From that day on I would continue to work and do my job to the best of my ability, but I would start to wonder if I do this wrong they can just fire me now and I would not have a job. I was depressed, sad, on edge (with my job you do not need any further tension) Finally I saw my doctor because I had headaches all the time and my stomach was hurting me all the time.(Dr. Saez) who noticed that I wasn't my usual self (happy go lucky type of person) and asked me if I was depressed. I told him yes and gave him a little insight of what was going on at my job and

he offered to treat me medically for depression. At that time I opted for him to fix my migraine headaches and my stomach for which he told me that I have IBS(Irritable Bowel Syndrome) and that it is stress related and of course the migraine headaches which are also stress related. As the days elapsed I would further dread going to work at West Side Regional. Emotionally and mentally I could barely take it anymore.    I would wake up everyday at 3or 4 in the morning to prepare myself for a work. I felt in my mind that something was going to happen to my position there no matter how good an employee I was.

18.    In February, 2000 , I filed a grievance to the suspension and stated that it was done solely in retaliation for the lawsuit that I have filed against West Side Regional for discrimination. I asked that the suspension be removed from my record and that I receive the 3 days back pay that I am entitled to. Furthermore, there own disciplinary process wasn't even followed, first it is a verbal reprimand, which I never received, next, written reprimand which was unfounded and then, suspension. My grievance was brought to the attention of Mr Chaykin again, I listened to him read his statement. This time I was prepared and I knew In the bottom of my heart that he was not going to even consider my grievance. This is exactly what happened and then he further proceeded to tell me that my personnel folder is excellent and that he is surprised that I would behave in this manner. (Exhibit "12").

19.    In March I resigned because I felt that my health was deteriorating and that I simply could no longer work for West Side Regional. (Exhibit "13")

**I AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT THIS 18TH DAY OF MAY, 2001**

**COREEN DIAZ**

**E X H I B I T "1"**

Dear Sirs;

Some events that have transpired recently in this facility need to brought to your attention and addressed.

In 1997 I started working here as a Patient Care Assistant, while completing my degree as a Registered Nurse. When I received my licensure I was told that I had to participate in an 8 week precetor-ship program at West Side Regional. Even though I was an employee of this facility I was told by the hospital and by Broward Comunity College that I could not be paid for my internship. I had to pay West Side Regional and Browrd Community College to intern at this facilty. Recently it has come to me attention that 2 newly employed Registered Nurses were paid during there internship. At this present time I am currently a preceptor for a new Registered Nurse who is also being paid while she is in training.

Recently I applied to take a Telemetry course at West Side Regional. I was told that if my application was approved that I would have to sign a mandatory 18-24month contract to stay with this facility. It was made known to me that a collegue of mine also applied for the Telemetry course would not have to sign the 18-24month contract. Now is the contract mandatory for some and optional for others?

Also I'm concerned about the policy governing personnel placement, in addition to other discrepancies. Can you please enlighten me regarding these issues?

E X H I B I T " 2 "

**E X H I B I T " 3 "**

For: BROWN-DIAZ, COREEN M.                      From: LYNN MATHIS
        Wed Jun 2, 1999 4:55 pm          Taken by: LYNN MATHIS (476-3996)

In review:
The nurses mentioned in our meeting did NOT go through a formal preceptor program, but an
extended orientation program. I have no evidence of "commitment to stay" on you or any
of the nurses mentioned in our meeting.
It seems you entered into this preceptor program through BCC on your own,finding out about
the program through Westside.
The program through BCC called for individual payment from
the student with the commitment of 192 hours at a hosptial / unpaid, (an intership if you
will) as part of your clinical curriculum. There is no guarantee on either the part ofBCC
or the hospital where the student would be placed for employment at the end of the program
Westside felt it was in the best interest of the hospital to employee you after the
programs end.
I also understand that you have been offered a Tele preceptor program (paid) and turned it
down one week prior to starting; that you have been paid for chemo certification/
education as well. There are and have been opportunities provided to you for additional
education/training here at Westside.
If in the future Westside decides to use the preceptor program through BCC, the same
standards would apply, and they too would not be compensated, as that is the outline of th
BCC program.
Here, or at any other hospital in the tri-county area.
If you have any further questions or concerns , please feel free to contact me at x3588.

Lynn

--------------------------------------------------------------------------------
SENT TO: COREEN M. BROWN-DIAZ, KIM JUTRAS

RECD JUL 0 8 1999

E X H I B I T " 4 "

For: BROWN-DIAZ, COREEN M.                    From: LYNN MATHIS
     Thur Jun 3, 1999 4:27 pm          Taken by: LYNN MATHIS (476-9996)

I AM NOT SURE WHAT YOU ARE REQUESTING. WE (AS AN ORGANIZATION) HAVE AN OPPORTUNITY TO
STILL USE THE BCC PROGRAM, AS OTHER HOSPITALS DO IN THE AREA. THE DECISION IS MADE ON A
CASE BY CASE BASIS.

tttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttt
Thur Jun 3, 1999 3:07 pm                                    From: COREEN M. BROWN-DIAZ


RE OUR CONVERSATION OF 6/1/99. CAN YOU PLEASE FORWARD TO ME THE PAPER WORK THAT I SPOKE
OF RE THE INTERNSHIP AND THE CHANMGES THAT MAY OR MAYNOT HAVE OCCURED.
IF POSSIBLE I WOULD LIKE TO HAVE THEM BY THE END OF THE WEEK.


THANKS COREEN DIAZ.

tttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttttt

RECD JUL 0 8 1999

000101

E X H I B I T " 5 "

| For: BROWN-DIAZ, COREEN M. | From: LYNN MATHIS |
|---|---|
| Thur Jun 3, 1999 4:27 pm | Taken by: LYNN MATHIS (476-3996) |

I AM NOT SURE WHAT YOU ARE REQUESTING. WE (AS AN ORGANIZATION) HAVE AN OPPORTUNITY TO STILL USE THE BCC PROGRAM, AS OTHER HOSPITALS DO IN THE AREA. THE DECISION IS MADE ON A CASE BY CASE BASIS.

ℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜ
Thur Jun 3, 1999 3:07 pm                                  From: COREEN M. BROWN-DIAZ


RE OUR CONVERSATION OF 6/1/99. CAN YOU PLEASE FORWARD TO ME THE PAPER WORK THAT I SPOKE OF RE THE INTERNSHIP AND THE CHANMGES THAT MAY OR MAYNOT HAVE OCCURED.
IF POSSIBLE I WOULD LIKE TO HAVE THEM BY THE END OF THE WEEK.


THANKS COREEN DIAZ.

ℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜℜ

RECD JUL 0 8 1999

For: BROWN-DIAZ,COREEN M.                From: KIM JUTRAS
     Mon Jun 14, 1999 12:06 pm      Taken by: KIM JUTRAS (3915)

Coreen--I will have a meeting set up with you, Lynn and I.  Mary Maenza, my
administrative assistant, will set it up.

%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
Fri Jun 11, 1999 4:02 pm                        From: COREEN M. BROWN-DIAZ

 KIM,

 I WOULD LIKE TO HAVE A APPT WITH YOU REGARDING THE LETTER THAT I SENT TO YOU.

I HAVE TALKED TO LYNN MATHIS AND SHE HAS NOT GIVEN ME A SATISFACTORY RESPONSE AND HAS

NOT PROVIDED ME WITH THE PAPER WORK THAT I HAVE ASKED FOR.  IN ADDITION TO, I FEEL THAT

THIS SITUATION IS JUST BEING PUSHED TO THE SIDE AND NOT BEING ADDRESSED.
--------------------------------------------------------------------------------
SENT TO: KIM JUTRAS, LYNN MATHIS

%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%%
--------------------------------------------------------------------------------
SENT TO: COREEN M. BROWN-DIAZ, LYNN MATHIS, MARY E. MAENZA

E X H I B I T " 6 "

# Westside
# Regional Medical Center

**COUNSELING / CORRECTIVE**
**DISCIPLINE RECORD**

This form is to be used to record ALL details of a session during which an employee is instructed by a supervisor that a change in behavior is necessary

| Employee Name | Department | Job Title | Date of Occurrence |
|---|---|---|---|
| Coveen Brown-Diaz | Nursing-4th | RN | 6.29.99 |

**Detailed explanation of reason(s) for discussion.** *(Include what action was wrong and why it cannot continue.)*

At 7:00 Coveen hung up on the HR Director, between 7:10 pm and 7:50 pm Coveen refused to take the calls of the HR Director. Coveen was paged x7, refused to answer. At 7:40 the HR Dir finally spoke to the employee — when asked why she did not answer pages she stated she clocked out and was trying to go home to her son. Kronos confirmed Coveen clocked out at 7:56 pm. 2 Employees verbally confirmed Coveen refusing the calls. (29?)

**Instruction given to employee to correct action**

**Anticipated supervisory action if act continues**

Further infractions of hospital (personnel or department-mental) Policy will result in progressive disciplinary action.

| ACTION TAKEN | ☐ VERBAL REPRIMAND   ☒ WRITTEN REPRIMAND | Suspension - Beginning date ☐ YES | Return to work Time / Day | Report To |
|---|---|---|---|---|

Failure to change behavior as indicated, or involvement in other situations requiring formal discussion, may result in disciplinary actions, including suspension without pay or discharge, depending on the nature of the situation.

Supervisor's Signature _____ 6/30/99 _____ Date 6/

A copy of this document will be placed in my personnel file. If I improve on this act within the necessary period, this notice will not be used in further disciplinary sessions with me, unless the violations are related. I understand that I have the right to appeal through formal grievance procedure. My signature indicates I have received a copy of this form.

**Employee remarks**

000117

| Employee Signature | Date | Witness Signature (employee refused to sign) | Date 6/30/99 |
|---|---|---|---|

12051

**E X H I B I T " 7 "**

# EMPLOYEE GRIEVANCE REPORT
GA-435 8/93

| Employee Name | Department | Date Submitted |
|---|---|---|
| Coreen Brown-Diaz | Nursing 6H | 7/7/99 |

**Have previous steps of the grievance procedure been completed?**
☐ YES   ☑ NO

**If yes, give date.**
See below

| GRIEVANCE | State CLEARLY and ACCURATELY all details concerned with your grievance. Be sure to include ALL dates and names of all concerned. |
|---|---|

REC'D JUL 0 7 1999

| SOLUTION | Indicate below what steps you think the company should take in order to satisfy this grievance. |
|---|---|

See attached sheets res This situation.

000124

I understand that if a settlement to my satisfaction is not reached, I may proceed to the next step in the grievance procedure.

**Employee Signature**
X

*Employee: Retain yellow copy for your records.*

| This is to certify receipt of your grievance at this stop of the Grievance Procedure. | Grievance is at step No. | **Supervision Signature** X |
|---|---|---|

7/5/99

To: Mr. Chaykin.

From: Coreen Brown-Diaz (R.N.)

Re: Resolution of Solution.

REC'D JUL 0 7 1999

First of all I would like to state that I enjoy my position here at West Side Regional. Nursing provides me the opportunity in making a positive difference in people lives.

My personal folder reflects my dedication to the profession. And I am pleased to have the numerous accomadations in my file from patients,their families, as well as from staff members.

Originally I asked for clarification re: the internship of newly graduated Registered Nurses. I asked Human Resources for clarification of the policy and they told me that treatment was determined by a case by case basis, and they could not give me a definitive answer. Therefore, I went to the next level in the chain of command and I spoke with Mrs. Jutras. A meeting was set up between myself, Mrs. Jutras, and Mrs. Mathis for 7/1/99.

On 6/29/99 the day in question, Mrs. Mathis questioned me twice regarding the attendance of an attorney at the meeting. I also spoke with Mrs. Jutras' secretary earlier that day regarding the same matter.

Here is a chronological log of the events that occurred from 1510-1600 on 6/29/99

1500- 1514 I was in room 433-1 pt Whitney, Virgina initiating a blood transfusion.

Spoke to Mrs. Mathis briefly regarding our meeting on 7/1/99, ended the conversation and I told her thank you and good-bye.

1511-1514 returned to room 433-1 pt Whitney to asess her during the first 15mins of receiving a blood by product as per protocol states.

1514-1550 At this time I am reporting off to the oncoming shift. No overhead pages were heard by myself or the nurses that I reported off to. L. Coloquan(R.N) and M. Foreman (R.N) were all present during the time I was attempting to report off.

1540- Report was interrupted by Mrs.Mathis , I explained to Mrs. Mathis that I was attempting to finish my work clock out and go home, that we can talk about this in the morning. Mrs. Mathis stated "she needed a response on whether I was going to have legal counsel at the meeting . Mrs. Mathis also stated that she needs to have a repsones by noon of 6/30/99 or there will not be a meeting.

1540-1600 Finished charting on my patients and punchd out at 1556pm. Gathered my belongings re-opened a couple of charts to add a few things to them and then left.

During the time from 1510-1550 Mrs. Mathis in her own statement overhead paged me 3 times and called the nursing floor at least 5 times. In order to question me on whether or not I was going to have legal counsel present at a meeting with her. I had already discussed this matter

000125

with Mrs. Jutras' secretary, and Mrs. Mathis earlier that same day.    REC'D JUL 0 7 1999

Mid-Morning and change of shift are the most chaotic times of day for nurses. During this time Its not feasible to respond to phone calls while I'm on the floor attempting to perform my daily duties as a Registered Nurse and to fulfill my responsibilities as a team leader.

Furthermore, Mrs. Mathis proceeded to state that my actions were negligent and my conduct detrimental to customer service contrary to the hospitals best interest. This statement is contrived and could not be farther from the truth.

It would have been negligent for me not to have monitored the pt receiving the blood for the first fifteen minutes as hospital protocol requires. It would have been negligent if that pt had a transfusion reaction while I was on the phone with Mrs. Mathis.

Let me re-interate, all I wanted was to have one question answered regarding the hospitals policy on Internships. What criteria is used to decide who receives pay while interning and who does not? In conclusion, I am seeking the following:

1. Clarification of the policy re Internship and why I was differently than other interns whom I have observed.

2. The purging of Mrs. Mathis report from my permanent record , because it was not based on my professional performance. Instead it was a retaliatory measure taken because I questioned the Internship policy.

3. The elimination of any further harassment related to this issue.

Sincerely,

Coreen Brown-Diaz

000126

**E X H I B I T " 8 "**

# Westside Regional
# Medical Center

8201 West Broward Boulevard
Plantation, Florida 33324
Phone (954) 473-6600

| | |
|---|---|
| **To:** | Coreen M. Brown – Diaz, R.N. |
| **CC:** | Personnel File |
| **From:** | Lee Chaykin, COO |
| **Subject:** | Response to Grievance Request Dated July 7th, 1999 |
| **Date:** | August 6, 1999 |

On July 7th, 1999 I received your grievance memo in which you raised three specific concerns. You requested clarification regarding the internship policy regarding how reimbursement can be obtained. A request was made to purge the corrective discipline record from your permanent file that was given to you by the Director of Human Resources. And to discontinue any further perceived harassment regarding these issues.

Regarding the internship policy, employees that participate in the new graduate preceptor program are paid an additional stipend. Individuals that are part of a Community College program do not receive any additional remuneration.

The request to purge the corrective discipline record from your permanent file that was given to you by the Director of Human Resources is denied. My findings corroborate and substantiate that the corrective action was appropriate for the related offence.

As far as the question of perceived harassment in regards to the aforementioned issues I find no evidence or intent to directly or indirectly harass, threaten, or intimidate you as part of this process.

000141

- Meeting Began 4:00 p.m.
- Meeting Ended 4:11 p.m.                    @ 4:16 p.m.
- Mother reentered Administrative office and
  stated that she was disappointed
  with the outcome of her daughter's
  meeting and would be forced to "fight
  the injustice". Aracelis and I both told
  the mother that we could not discuss her
  daughter with her.

**E X H I B I T " 9 "**

# ◈ COLUMBIA Westside Regional Medical Center

**Position Description and Performance Evaluation**

| Department Name | Department Number | Position Title | Position Number |
|---|---|---|---|
| Nursing - Med/Surg | 614/615 | Registered Nurse | 301 |
| **Supervisor Title** | **Position Grade** | **Approval Signature** | **Approval Date** |
| Nurse Manager | 17 | *Original Signed by:* L. Hardwick, Nurse Mgr. | |

| Indicators of Performance Level: | Age Legend: |
|---|---|
| 5 = Outstanding<br>4 = Excellent<br>3 = Satisfactory Plus<br>2 = Satisfactory<br>1 = Satisfactory Minus | Birth - 12 mos. = Neonate/Infant<br>1 - 11 yrs. = Child/Pediatric<br>12 - 17 yrs. = Adolescent<br>18 - 64 yrs. = Adult<br>65 and over = Geriatric |

| Name of Employee Reviewed: | Name of Reviewer: | Date of Review: |
|---|---|---|
| BROWN DIAZ, COREEN | Marlene McKay | 9/97 |
| **Type of Performance Evaluation:**<br>☐ Three-month  ☑ Annual | **Period Covered by Performance Evaluation:**<br>9/97 - 9/98 | |

## POSITION GOAL:

To provide safe and effective nursing care to all patients utilizing the nursing process. The Registered Nurse also is responsible for the direction and supervision of assigned personnel delivering said patient care.

1.  **POSITION REQUIREMENTS**

    A.  **Education**

    Graduate from an accredited school of nursing.

    B.  **Experience**

    Minimum of 2 years of clinical experience preferred.

    C.  **Other Qualifications**

    

    1.  Current Florida Nursing License.
    2.  Current Basic Life Support Certification or agreement to obtain by completion of the ninety day probationary period.

000055

    3.     ACLS certification preferred.

    4.     Completion of Basic Arrhythmia course with a minimum of 16 hours of didactic instruction preferred.

## 2. CAREER PATH

1. Charge Nurse/Assistant Nurse Manager
2. Nurse Manager.

## 3. AMERICANS WITH DISABILITIES ACT

### I. Essential Duties

The registered nurse is responsible for the direct and indirect total nursing care of his/her assigned patients. He/She is also responsible for the supervision of assigned personnel. The position requires intimate knowledge of both department and hospital policies and procedures relevant to the delivery of nursing care. Interpretive skills, frequent interactive and consultative associations, along with management and supervisory skills are inherent in the position. The ability to retrieve, communicate, or otherwise present information in a written, auditory or visual fashion is essential. The primary method to express or exchange ideas is through the spoken word. Written, telephone and manual dexterity skills are required for the position.

### II. Physical Requirements

The position requires a considerable amount of physical work not to exceed 50 pounds. Any work load exceeding 50 pounds will require assistance. The individual will be required to pull-up of reposition patients in bed, lift supplies, place equipment on supports, push beds throughout the hospital, and perform external cardiac compressions. The individual must be able to bend over to perform certain duties such as: check chest tube drainage; check urine output, etc. The individual must also be able to maneuver throughout halls, stairways, and patient rooms in response to hospital emergencies. Interpretation of environmental input requires visual and auditory skills. In the even there is a need to evacuate the building, heavy lifting will be required to carry patients to safety. Safety belt will be provided when requested.

### III. Working Conditions

The Registered Nurse spends approximately 100% of his/her time in an air-conditioned environment with varying exposures to excessive humidity or noise. The position does have heavy exposure to malodorous, infectious, body fluids from patients and some minimal exposure to noxious smells from cleaning agents.

### IV. General Educational Development

This position requires reasoning, mathematical and English language skills at the levels listed below:

LEVEL

- 6    Professional school, college masters, or more

| | |
|---|---|
| 5 | College level, 4-5 years |
| 4 | High school, plus some college or technical training |
| 3 | High school education |
| 2 | Eighth to tenth grade education |
| 1 | Below an eighth grade education |

Reasoning:      **5**
Mathematics:   **5**
Language:      **5**

## V.    Personal Protective Equipment

This position has occupational exposure to blood- and air-borne pathogens and requires the use of personal protective equipment to include gloves, masks, gowns, goggles and ventilation devices. Chemotherapy protective equipment will be available for all administration of chemotherapy. All protective equipment will be specific to the task or procedures to be performed. Standard precaution packs will be provided in every patient's room.

## VI.    Standard Vocational Preparation

This is a professional, licensed position requiring two (2) or more years to acquire the requisite knowledge. This knowledge can be obtained through graduation from an accredited nursing school and successfully passing the NCLEX nursing exam.

## VII.    Aptitudes:

**HIGH   1   2   3   4   5   LOW**

| | |
|---|---|
| Intelligence: General learning ability. | 1 |
| Verbal: Receive and present information or ideas clearly. | 1 |
| Numerical: Performs arithmetic operations quickly and accurately. | 2 |
| Spatial: Understands the relationship of forms in space. | 3 |
| Form Perception: Is able to perceive discriminations between and among objects. | 1 |
| Clerical Perception: Perceives details in verbal or tabular material. | 1 |
| Motor Coordination: Hand eye coordination making rapid and/or accurately precise movements. | 1 |
| Finger dexterity: Works with fingers placing and turning motions. | 1 |
| Manual dexterity: Works with hands placing and turning motions. 1 | |
| Eye-Hand-Foot Coordination: Coordinated movements in response to visual stimuli. | 2 |
| Color discrimination: Ability to perceive and respond to similarities or differences in colors, shapes, or other values of the same or different color. | 3 |

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

**POSITION RESPONSIBILITIES AND EVALUATION RATINGS**
**(See Page 1 for definition of Performance Level Ratings)**

RATING
(1=lowest
5=highest)

**CATEGORY OF RESPONSIBILITIES**
**(and weighting percentage):**

I.    **PATIENT CARE (20%)**

**Neonate/Infant**

[This population is not applicable for this unit.]

**Child/Pediatric**

[This population is not applicable for this unit.]

**Adolescent**

1.  Modifies the interview techniques to adequately assess the adolescent patient by identifying the physical, psychological, and educational needs common to this age group.    1  2  ③  4  5

2.  Recognizes patients' needs to assert independence and reluctance to express dependency needs and anxiety about hospitalization.    1  2  ③  4  5

3.  Provides for privacy.    1  2  ③  4  5

4.  Assesses nutritional needs, usually increased in this period of rapid growth.    1  2  ③  4  5

5.  Provides reassurance and support when there is anxiety regarding potential altered body images.    1  2  ③  4  5

6.  Recognizes need for peer support.    1  2  ③  4  5

7.  Modifies nursing interventions to reflect the response unique to adolescence.    1  2  ③  4  5

8.  Administers medications and therapies safely and accurately utilizing the Five Patient Rights 100% of the time.    1  2  ③  4  5

9.  Provides teaching specific to educational needs with routine reinforcement because of tendency toward denial and non-compliance.    1  2  ③  4  5

**Adult**

1.  Modifies the interview technique to adequately assess the adult patient by identifying the physical, psychosocial and educational needs common to this age group.    1  2  ③  4  5

000058

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

2.  Recognizes potential for increased stress related to dependency needs of others, i.e., children, elderly parents.     1 2 ③ 4

3.  Assesses altered perceptions resulting from change from independence and productive status to dependence and curtailed productivity.     1 2 ③ 4

4.  Recognizes anxiety regarding potential changes in life styles (i.e., physical, economic) resulting from illness.     1 2 ③ 4

5.  Identifies fear related to potential altered body image.     1 2 ③ 4 5

**Geriatric**

6.  Modifies the interview techniques to adequately assess the geriatric patient by identifying the physical, psychosocial and educational needs common to this age group.     1 2 ③ 4

7.  Identifies increased physical/emotional dependence needs and availability of support networks.     1 2 ③ 4

8.  Assesses potential for compromised skin integrity.     1 2 ③ 4

9.  Initiates high risk skin assessment or admission to the unit and prior to transfer out.     1 2 ③ 4

10.  Initiates preventive measures for compromised skin integrity.     1 2 ③ 4

11.  Determines increased risks for nutritional deficiencies.     1 2 ③ 4

12.  Monitors protein and albumin intake.     1 2 ③ 4

13.  Monitors intake of prescribed diet and other nutritional supplements each meal.     1 2 ③ 4

14.  Notes changes in elimination patterns.     1 2 ③ 4

15.  Identifies increased sensitivity to climate changes.     1 2 ③ 4

16.  Determines presence of disability affecting mobility or sensory acuity.     1 2 ③ 4

17.  Provides for safety measures.     1 2 ③ 4

18.  Identifies patients who are at high risk of falls or injury to self.     1 2 ③ 4

19.  Assesses potential for increased educational needs due to compromised abilities to comply with therapy and interventions.     1 2 ③ 4

20.  Modifies provision of nursing interventions to reflect the response unique to the geriatric patient.     1 2 ③ 4

21.  Administers medications with attention to characteristics of the geriatric patient: complex multi-drug regimens, increased potential for drug interactions and over-medication due to decreased renal and hepatic function and altered absorption.     1 2 ③ 4

22.  Monitors patient's response to drug therapies and alerts physicians for any untoward reactions.     1 2 ③ 4

23.  Monitors renal and hepatic laboratory test results; notifies physicians on abnormal results.     1 2 ③ 4

24.  Analyzes information from initial assessment to identify discharge planning needs and integrates into the plan of care.     1 2 ③ 4

**Age Non-Specific**

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

| | | |
|---|---|---|
| 25. | Ensures each patient's hygiene needs are met daily and more frequently as needed. | 1  2  ③  4  5 |
| 26. | Performs pre-operative and post-operative care and instructions for each assigned patient. | 1  2  ③  4  5 |
| 27. | Adheres to standard precaution guidelines at all times. | 1  2  ③  4  5 |
| 28. | Performs hand washing before and after contact with each patient. | 1  2  ③  4  5 |
| 29. | Assesses patient vital signs and ensures notification of the physician and charge nurse of any significant changes. | 1  2  ③  4  5 |
| 30. | Performs wet and dry dressing changes using aseptic technique per physician order. | 1  2  ③  4  5 |
| 31. | Provides post mortem care. | 1  2  ③  4  5 |
| 32. | Collects and labels specimens for diagnostic lab per hospital policy and ensures delivery to appropriate department. | 1  ②  3  4  5 |
| 33. | Performs venipuncture utilizing aseptic technique. | 1  2  ③  4  5 |
| 34. | Performs bedside blood glucose monitoring per physician order. | 1  2  ③  4  5 |
| 35. | Explains all procedures and treatments to patients and/or significant other at each occurrence. | 1  2  ③  4  5 |
| 36. | Administers prescribed medications within 30 minutes of scheduled time. | 1  2  ③  4  5 |
| 37. | Observes effects of medications within 1 hour, and reports adverse reactions immediately. | 1  2  ③  4  5 |
| 38. | Administers medication safely and accurately utilizing the Five Patient Rights (Right patient, medication, dose, time, route). | 1  2  ③  4  5 |
| 39. | Administers medications and therapies in accordance with physician order 100% of the time. | 1  2  ③  4  5 |
| 40. | Observes and/or recognizes untoward reactions to prescribed therapies or diagnostic procedures | 1  2  ③  4  5 |
| 41. | Administers, observes and documents intravenous therapy. | 1  ②  3  4  5 |
| 42. | Adheres to hospital policy and procedure regarding site care, tubing changes, and site rotation of IV's on all central access lines/devices and documents on appropriate form. | 1  ②  3  4  5 |
| 43. | Follows hospital policy and procedure for administration of blood and blood products. | 1  2  ③  4  5 |
| 44. | Administers enteral feedings via ng-tube, g-tube, j-tube, and/or enteral feeding tube and documents patient's response. | 1  2  ③  4  5 |
| 45. | Performs gastric lavage per physician order, where indicated. | 1  2  ③  4  5 |
| 46. | Documents on appropriate form the amount and color of gastric output. | 1  2  ③  4  5 |
| 47. | Performs ostomy care to include irrigation, appliance usage, and reinforcement of teaching. | 1  2  ③  4  5 |
| 48. | Inserts intermittent or indwelling urinary catheter using aseptic technique. | 1  2  ③  4  5 |
| 49. | Documents patient's response, color, odor and amount of urine. | 1  2  ③  4  5 |
| 50. | Monitors urine output as ordered and records on appropriate form. | 1  2  ③  4  5 |
| 51. | Notifies physician of inadequate urine output. | 1  2  ③  4  5 |
| 52. | Administers oxygen therapy per physician order. | 1  2  ③  4  5 |

000060

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

53. Identifies abnormal patient ABG values and reports to physician immediately.  1 ②  3  4  5

54. Demonstrates ability to provide care to the ventilated patient by:
    a.  Positioning every 2 hours.  1 ⊗ 3 4
    b.  Intervening when alarm sounds  1 ⊗ 3 4
    c.  Performing broncho-tracheal suctioning using aseptic technique  1 ⊗ 3 4
    d.  Administering ordered sedation judiciously.  1 ⊗ 3 4
    e.  Intervening with the use of an ambu bag.  1 ⊗ 3 4

55. Monitors oxygen saturation continuously or as ordered.  1 ② 3 4 5
56. Ausculates for breath sounds once every shift.  1 ② 3 4 5
57. Observes and documents chest tube drainage; observes for air leak and subcutaneous emphysema.  1 ② 3 4 5
58. Maintains surgical drains by securing and emptying drains every shift and records outputs/ drainage on nursing flow sheet.  1 ② 3 4 5
59. Initiates skin and wound care protocol within two hours of identification.  1 ② 3 4
60. Ensures physician is notified of abnormal laboratory, radiology and ABG reports within one hour; panic values within 15 minutes.  1 ② 3 4
61. Identifies need for spiritual counseling daily.  1 ② 3 4
62. Applies and monitors hypothermia/hyperthermia blanket when ordered.  1 ② 3 4
63. Demonstrates ability, following hospital policy and procedure, to care for a patient with either a hard or soft splinting device.  1 ② 3 4
64. Demonstrates ability, following hospital policy and procedure, to care for a patient in traction.  1 ② 3 4
65. Demonstrates ability, following hospital policy and procedure, to apply splints and bandages.  1 ② 3 4
66. Follows ACLS protocol in cardiopulmonary arrest/emergency situations.  1 ② 3 4

**(A)**  TOTAL of all Ratings circled above  $\boxed{2\text{ }06}$

**(B)**  NUMBER of Ratings circled above  $\boxed{79}$

**(C)**  AVERAGE RATING for this category [equals (A) divided by (B)]  $\boxed{2 \cdot 8}$

(Carry forward to E uation Ratings Su mary section )

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

## II.    DOCUMENTATION (15%)

1.    Applies the Nursing Process and Gordons Functional Health Patterns appropriately:    1 ② 3 4 5
    a.    Completes the initial nursing assessment through interview and examination of patient within two hours of arrival.
    b.    Documents additional data collection and assessments of the patient in the nurse's notes.    1 ② 3 4 5
    c.    Documents any change in the patient's condition in the nurse's notes by utilizing the A.P.I.E. format.    1 ② 3 4 5
    d.    Based upon the assessment, determines priority nursing diagnoses and indicates each diagnosis' relation-ship to the individual patient within 8 hours of admission.    1 ② ③ 4 5
    e.    Institutes the plan of care within 8 hours of admission.    1 ② 3 4 5
    f.    Documents nursing interventions in the plan of care and documents additional interventions in the nurse's notes utilizing the A.P.I.E. format.    1 ② 3 4 5
    g.    Reviews and/or revises the nursing diagnosis and plan of care every 8 hours.    1 ② 3 4 5
    h.    Evaluates the plan of care every 8 hours in the nurse's notes utilizing the A.P.I.E. format,    1 ② 3 4 5
    I.    Appropriately delegates any aspect of the nursing process to staff members based on their scope of practice.    1 ② 3 4 5
    j.    Utilizes nursing process documentation forms appropriately to minimize narrative charting.    1 ② 3 4 5
    k.    Assists the patient, family and significant other in Health Maintenance through education, documenting interventions and verbalization of understanding.    1 ② ③ 4 5

2.    Documents pertinent patient observations and interventions at time of occurrence.    1 ② 3 4 5

3.    Completes nursing flow sheet every shift and graphic neuro check, pre-operative and pre-procedure checklists where indicated.    1 ② 3 4 5

4.    Completes documentation on Transfers, within facility and to another facility, on designated forms when event occurs.    1 ② 3 4 5

5.    Completes documentation on each patient at the completion of each intervention.    1 ② ③ 4 5

6.    Documents all entries, signature and credentials legibly on all charting.    1 ② 3 4 5

7.    Clarifies physician's orders in absence of adequate, explicit prescribed physician orders.    1 ② ③ 4 5

8.    Performs or ensures completion of 24 hour chart check in entirety, utilizing black ink.    1 ② 3 4 5

9.    Accurately transcribes physician's orders:    1 ② 3 4 5
    a.    Transcribes medication orders to the MAL.

000062

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

|  |  |  |
|---|---|---|
| b. | Verifies orders are entered into the computer correctly. | 1 (2) 3 4 5 |
| c. | Updates patient's Kardex. | 1 (2) 3 4 5 |

(A)  TOTAL of all Ratings circled above    49    | 42 |

(B)  NUMBER of Ratings circled above    | 21 |

(C)  AVERAGE RATING for this category
[equals (A) divided by (B)]    2 3    | 2 |

(Carry forward to Evaluation Ratings Summary section.)

---

### III.  UTILIZATION (15%)

| | | |
|---|---|---|
| 1. | Provides for patient safety at all times. | 1 2 (3) 4 5 |
| 2. | Adheres to policy for accurate and timely completion of all consents. Obtains and completes all consents within shift. | 1 2 (3) 4 5 |
| 3. | Participates in the hospital's risk management program by reporting all untoward events via the occurrence reporting system to his or her immediate supervisor. | 1 2 (3) 4 5 |
| 4. | Assesses individual patient rooms and unit environment for safe/sanitary conditions. | 1 2 (3) 4 5 |
| 5. | Prevents deficiencies in environment that are within the scope of nursing practices: | |
| a. | Maintains locked medication door. | |
| b. | No items are stored within 18 inches of the ceiling. | 1 2 (3) 4 5 |
| c. | No cardboard boxes are on the floor. | 1 2 (3) 4 5 |
| d. | No items are stored under the sink. | 1 2 (3) 4 5 |
| e. | No eating, drinking or personal items are found at the nurses' station or in the patient care area. | 1 2 (3) 4 5 |
| f. | Halls are unobstructed/No propped doors. | 1 2 (3) 4 5 |
| g. | Linen is covered | 1 2 (3) 4 5 |
| 6. | Reports hazardous/unsafe conditions to appropriate person/department. | 1 2 (3) 4 5 |
| 7. | Identifies, sequesters and reports malfunctioning equipment to the appropriate person immediately. | 1 2 (3) 4 5 |
| 8. | Reports inadequate supplies to the appropriate person. | 1 2 (3) 4 5 |
| 9. | Utilizes supplies and equipment with efficiency and charges appropriately. | 1 2 (3) 4 5 |
| 10. | Ensures narcotic discrepancies are resolved before ending shift or leaving facility. | 1 2 (3) 4 5 |

000063

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

11.   Check crash cart and performs defibrillator check every shift, as assigned, and replaces outdated and missing items as needed.   1 ②3 4 5

12.   Completes quality controls on accuchecks and checks refrigerator temperatures as per policy.   1 ②3 4 5

13.   Disposes of and removes equipment, sharps and waste in designated container or area.   1 ②3 4 5

14.   Ensures the following tasks are completed on all patients in restraints:   1 ②3 4 5
    a.   Completes flow sheet in entirety   1 ②3 4 5
    b.   Performs needs assessment   1 ②3 4 5
    c.   Identifies type of restraint.   1 ②3 4 5
    d.   Obtains and transcribes orders.   1 ②3 4 5
    e.   Completes assessment and evaluation of responses at appropriate time intervals.   1 ②3 4 5

15.   Reports all abnormal findings to physician immediately.   1 2 ③4 5

16.   Recognizes signs and symptoms of possible Child/Adult/Elderly abuse and immediately notifies supervisor to alert appropriate agency.   1 2 ③4 5

17.   Utilizes proper lifting techniques.   1 2 ③4 5

18.   Documents specific patient valuables on designated form when received and immediately secures.   1 2 ③4 5

**(A)   TOTAL of all Ratings circled above**   | 76 |

**(B)   NUMBER of Ratings circled above**   | 28 |

**(C)   AVERAGE RATING for this category**
[equals (A) divided by (B)]   | 2·7 |

(Carry forward to Evaluation Ratings Summary section.)

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

IV.    GENERAL  (15%)

Department Responsibilities

1.  Greets and orients patient to room.      1 2 ③ 4 5
2.  Completes admission data base within 2 hours.      1 2 ④ 4 5
3.  Assesses each newly-admitted patient within two hours of arrival.      1 2 ③ 4 5
4.  Completes the initial head-to-toe assessment, noting patient's condition/response within the first two hours of shift.      1 2 ③ 4 5
5.  Reviews head to toe assessment a minimum of once per shift and updates with any significant adverse change in patient's condition.      1 2 ③ 4 5
6.  Transfers patients per hospital policy and procedure; ensures transfer and integrity of patient's belongings.      1 2 ③ 4 5
7.  Assesses patient's needs for continued care within the Progressive care unit/hospital and the community.      1 2 ③ 4 5
8.  Communicates patient care needs to multi-disciplinary team members throughout the shift and as necessary and solicits feedback as to the patients responses within one hour.      1 2 ③ 4 5
9.  Reviews new medical orders promptly, implements STAT orders within 30 minutes and routine orders within 4 hours.      1 2 ③ 4 5
10.  Reports pertinent changes in patient's status to physician promptly.      1 2 ③ 4 5
11.  Communicates with all staff members at least once per shift and as necessary.      1 2 ③ 4 5
12.  Immediately provides follow-up to physician for reports of clinically-pertinent patient data.      1 2 ③ 4 5
13.  Responds to cardiopulmonary arrest and other emergency situations where indicated.      1 2 ③ 4 5
14.  Initiates appropriate referrals.      1 2 ③ 4 5
15.  Provides (with patient education) individualized health education programs for patient/ family.      1 2 ③ 4 5
16.  Develops individualized discharge plan for patient in coordination with Utilization Management.      1 2 ③ 4 5
17.  Report for scheduled shift on time, prepared to assume duties.      1 2 ③ 4 5
18.  Badges in on arrival and out upon leaving and incorporates proper functions.      1 2 ③ 4 5
19.  Follows policy for reporting in sick or absent 100% of the time; avoids excessive unscheduled absences.      1 2 ③ 4 5
20.  Leaves for meal break on time and returns on time.      1 2 ③ 4 5
21.  Varies work schedule or shift (working overtime, leaves early when requested, works shifts other than regularly scheduled as required) to meet department staffing needs.      1 2 ③ 4 5
22.  Works overtime only with appropriate supervisor approval.      1 2 ③ 4 5
23.  Schedules all holiday and vacation days with supervisory approval.      1 2 ③ 4 5

000065

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

24. Attends all hospital mandatory inservices on a timely basis as scheduled.    1 2 ③ 4 5
25. Floats to other areas of the hospital as assigned.    1 2 ③ 4 5

(A)    TOTAL of all Ratings circled above    75

(B)    NUMBER of Ratings circled above    25

(C)    AVERAGE RATING for this category
[equals (A) divided by (B)]    3

(Carry forward to Evaluation Ratings Summary section.)

## V.    PROFESSIONAL ( 15%)

1. Attends a minimum of nine staff meetings per year and is responsible for all information communicated at meetings.    1 2 ③ 4 5
2. Receives assignment from charge nurse at beginning of shift.    1 2 ③ 4 5
3. Receives patient status report from off-going nurse, incorporating walking rounds.    1 2 ③ 4 5
4. Gives accurate and concise patient care reports.    1 2 ③ 4 5
5. Cooperates in temporary assignments to other units when necessary.    1 2 ③ 4 5
6. Assesses and prioritizes patient care needs according to acuity.    1 2 ③ 4 5
7. Delegates patient care responsibilities to assigned care givers based upon patient needs and staff competencies.    1 2 ③ 4 5
8. Demonstrates a calm, professional manner during a crisis or emergency situation 100% of the time.    1 ② 3 4 5
9. Correlates theoretical knowledge with clinical practice using Nursing Process.    1 ② 3 4 5
10. Prioritizes and organizes assigned responsibilities of patient care on a daily basis as evidenced by timely completion of duties on assigned shift.    1 ② 3 4 5
11. Determines specific nursing intervention to resolve patient problems.    1 ② 3 4 5
12. Revises nursing actions when predicted outcomes do not occur.    1 ② 3 4 5
13. Serves as a facilitator of an educational program at least once yearly and as assigned.    1 ② 3 4 5
14. Contributes to discussion and resolution of department needs and problems.    1 ② 3 4 5
15. Integrates new knowledge and skills into own nursing practice; makes an effort to share new ideas with others.    1 2 ③ 4 5
16. Contributes to identification and resolution of patient care problems.    1 2 ③ 4 5

000066

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

17. Cooperates with other health team members in achieving common goal of quality health care.    1 2 ③ 4 5

18. Collaborates with other health members to plan nursing intervention; delegates activities as appropriate.    1 2 ③ 4 5

19. Assumes responsibilities for quality care of his/her shift.    1 2 ③ 4 5

20. Performs nursing skills using appropriate techniques and equipment.    1 2 ③ 4 5

21. Participates in unit management and assumes leadership responsibilities when assigned.    1 ② 3 4 5

22. Participates as a member of at least one hospital and/or nursing committee as directed by the Manager.    ① 2 3 4 5

23. Participates in The Quality Improvement / Performance Improvement Program by data collection, observation and interview.    1 ② 3 4 5

24. Orients new nursing personnel to the unit as delegated by the Manager.    1 ② 3 4 5

25. Documents competency in clinical skills at least annually.    1 ② 3 4 5

26. Ensures education file is up to date; documents attendance at continuing education programs for maintenance of professional licensure per Florida State law.    1 ② 3 4 5

27. Adheres to legal responsibilities as written in the State of Florida Nurse Practice Act.    1 ② 3 4 5

28. Maintains documented competency in Basic Life Support and ACLS per American Heart Association.    1 ② 3 4 5

29. Maintains required certification on preferred specialized area.    1 ② 3 4 5

30. Attends annual mandatory inservices.    1 ② 3 4 5

31. Supports Nursing Services/institutional policies and procedures.    1 ② 3 4 5

32. Interprets Department of Nursing Philosophy and objectives to other health team members.    1 ② 3 4 5

33. Facilitates learning process for affiliated students.    1 ② 3 4 5

34. Ensures confidentiality of information pertaining to patients, staff and hospital business.    1 ② 3 4 5

(A)    TOTAL of all Ratings circled above      80

(B)    NUMBER of Ratings circled above      34

(C)    AVERAGE RATING for this category .[equals (A) divided by (B)]      2.4

(Carry forward to Evaluation Ratings Summary section.)

000067

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

VI.    INTERPERSONAL (10%)

1.    Consistently demonstrates as positive attitude.                    1  2  ③  4  5
2.    Fosters team work by offering assistance to others.            1  2  ③  4  5
3.    Provides positive welcome to all clients and family members.    1  2  ③  4  5
4.    Acknowledges and responds tactfully to all requests.          1  2  ③  4  5
5.    Shows consideration in interaction with patient, family and other health    1  2  ③  4  5
      care team members by demonstrating therapeutic listening skills and
      cooperation.

(A)    **TOTAL of all Ratings circled above**                           | 15 |

(B)    **NUMBER of Ratings circled above**                              | 5 |

(C)    **AVERAGE RATING for this category**                            | 3 |
       **[equals (A) divided by (B)]**

(Carry forward to
Evaluation Ratings
Summary section.)

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

VII.    **COLUMBIA WESTSIDE STANDARDS (10%)**

1.    Helps all patients, family members, physicians.    1  2 ③ 4  5
2.    Smiles, introduces self, and uses caring, thoughtful words either in person or on the telephone.    1  2 ③ 4  5
3.    Always says "please" and "thank you."    1  2 ③ 4  5
4.    If unable to help someone, offers to find someone who can.  If transferring a telephone call, announces the caller and briefly explains the situation before ending the transfer.    1  2 ③ 4  5
5.    Always makes eye contact when speaking with patients, physicians, visitors, employees, etc.    1  2 ③ 4  5
6.    Consistently acts in a professional manner.    1  2 ③ 4  5
7.    Wears ID badge in a visible location at all times.    1  2 ③ 4  5
8.    Adheres to the dress code at all times.    1  2 ③ 4  5
9.    Knocks before entering a room or office.    1  2 ③ 4  5
10.   Addresses our customers by name.    1  2 ③ 4  5
11.   Keeps voice down - does not shout or use improper language.    1  2 ③ 4  5
12.   Responds to all inquiries promptly and courteously.    1  2 ③ 4  5
13.   When taking a message, accurately gets all the information — name of caller, date and time of day, nature of call.    1  2 ③ 4  5
14.   Works together in the spirit of teamwork.    1  2 ③ 4  5
15.   Shares information with the people who need it.    1  2 ③ 4  5
16.   Adheres to the hospital mission and vision statements.    1  2 ③ 4  5

(A)    TOTAL of all Ratings circled above    **48**

(B)    NUMBER of Ratings circled above    **16**

(C)    AVERAGE RATING for this category    **3**
        [equals (A) divided by (B)]



(Carry forward to
Evaluation Ratings
Summary section.)

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/615 | Registered Nurse/301 | 17 |

## EVALUATION RATINGS SUMMARY
### (Nursing Positions)

| (1)<br>Category of Responsibility | (2)<br>(from prior pages)<br>Average Category Rating | (3)<br>Category Weighting | (4)=<br>(2)x(3)<br>Weighted Average Rating |
|---|---|---|---|
| Patient Care | 2·8 | 20% | 0·56 |
| Documentation | 2·3 | 15% | 0·35 |
| Utilization | 2·7 | 15% | 0·4 |
| General | 3 | 15% | 0·5 |
| Professional | 2·4 | 15% | 0·4 |
| Interpersonal | 3 | 10% | 0·3 |
| Columbia Westside Standards | 3 | 10% | 0·3 |
| OVERALL TOTAL RATING | Add Col. 4 to arrive at Overall Total Rating | 100% | 2·81 |

Filename: sumnurs7.wpd

000070

## DEVELOPMENT SUMMARY

| Employee Name | Position Title/Number/Grade: |
|---|---|
| Colleen Brown Diaz | Nursing - Med/Surg - 614/615 |
| | Registered Nurse/301/17 Med/s |

| | SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENT WEAKNESSES |
|---|---|---|
| **1** | A. Colleen has shown great growth in the role of R.N. Has gained self confidence and knowledge. | A. Needs to practice more effective time management techniques in setting priorities. |
| | B. Strong Clinical Skills, Knowledgeable. Willing to share and teach Students. Bright Idea Winner April '98 | B. Remain professional at all times this includes staff members and other departments. If unable to control situation, call for assistance ... |
| | C. Overall works well with all team members. Has shown maturity in dealing with difficult Staff and pts. | C. Maintain positive attitude, Keep in mind that you are a role model to your diem and they look to you for leadership. |

| **2** | Indicate date and general nature of attached Improvement Plan, if applicable: |
|---|---|
| | |

| | No. of In-Service Program Attended | DID EMPLOYEE ATTEND | SAFETY PROGRAM ☑ YES ☐ NO | CPR ☑ YES ☐ NO | INFECTION CONTROL ☑ YES ☐ NO | No. of Cont. Ed. Progs. Attended | Contact Hrs. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **4** | The position description for this employee has been reviewed and is current. ☐ YES ☐ NO | A revised position description has been attached. ☐ YES ☐ NO |
|---|---|---|

| **5** | Reviewer Signature: _[signature]_ | Date: 10/11/98 |
|---|---|---|

## EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?   ☐ YES ☐ NO

000071

Number of additional Comment Pages attached:

| Employee Signature: | Date: |
|---|---|
| Colleen Brown-Dz | 10-11-98 |

# ◇ COLUMBIA Westside Regional Medical Center

## EMPLOYEE ACKNOWLEDGMENT

---

I have read the following job description:

| | |
|---|---|
| Department Name/Number: | **Nursing - Med/Surg - 614/615** |
| Position Title: | **Registered Nurse** |
| Position Number/Grade: | **301/17** |
| Job Description Dated: | **June 21, 1996** |

and I understand its content. I understand that it will be used as a basis for my performance appraisal in the manner shown on the job description form, and that I will have the opportunity to comment upon any appraisal of my performance before it is considered final.

I also understand that this job description is not a comprehensive listing of every job responsibility and that other appropriate duties may be required of me while I occupy this position.

Signature: _____

Printed Name:_____     Date:_____

---

Filename: C:\OFFICE\WPWIN\WPDOCS\JOB\614NEW\614RN.WPD     Date: June 21, 1996     Page 18

# ◇ COLUMBIA Westside Regional Medical Center

**Position Description and Performance Evaluation**

| Department Name | Department Number | Position Title | Position Number |
|---|---|---|---|
| Nursing - Med/Surg | 614/616 | Registered Nurse | 301 |
| **Supervisor Title** | **Position Grade** | **Approval Signature** | **Approval Date** |
| Nurse Manager | 17 | *Original Signed by:* L. Hardwick, Nurse Mgr. | |

| Indicators of Performance Level: | Age Legend: |
|---|---|
| 5 = Outstanding<br>4 = Excellent<br>3 = Satisfactory Plus<br>2 = Satisfactory<br>1 = Satisfactory Minus | Birth - 12 mos. = Neonate/Infant<br>1 - 11 yrs. = Child/Pediatric<br>12 - 17 yrs. = Adolescent<br>18 - 64 yrs. = Adult<br>65 and over = Geriatric |

| Name of Employee Reviewed: | Name of Reviewer: | Date of Review: |
|---|---|---|
| BROWN-DIAZ, COREEN | Marlene McKay RN | 9/99 |
| **Type of Performance Evaluation:**<br>☐ Three-month  ☑ Annual | **Period Covered by Performance Evaluation:**<br>9/98 - 9/99 | |

**POSITION GOAL:**

To provide safe and effective nursing care to all patients utilizing the nursing process. The Registered Nurse also is responsible for the direction and supervision of assigned personnel delivering said patient care.

1.  **POSITION REQUIREMENTS**

    A.  **Education**

    Graduate from an accredited school of nursing.

    B.  **Experience**

    Minimum of 2 years of clinical experience preferred.

    C.  **Other Qualifications**

    1.  Current Florida Nursing License.

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

17. Report for scheduled shift on time, prepared to assume duties.  1 2 ③ 4 5
18. Badges in on arrival and out upon leaving and incorporates proper functions.  1 2 ③ 4 5
19. Follows policy for reporting in sick or absent 100% of the time; avoids excessive unscheduled absences.  1 2 ③ 4 5
20. Leaves for meal break on time and returns on time.  ①2 3 4 5
21. Varies work schedule or shift (working overtime, leaves early when requested, works shifts other than regularly scheduled as required) to meet department staffing needs.  ①2 3 4 5
22. Works overtime only with appropriate supervisor approval.  ① 2 3 4 5
23. Schedules all holiday and vacation days with supervisory approval.  1 2 ③ 4 5
24. Attends all hospital mandatory inservices on a timely basis as scheduled.  1 ② 3 4 5
25. Floats to other areas of the hospital as assigned.  1 ② 3 4 5

**(A)  TOTAL of all Ratings circled above**   59

**(B)  NUMBER of Ratings circled above**   25

**(C)  AVERAGE RATING for this category
[equals (A) divided by (B)]**  2.36

(Carry forward to
Evaluation Ratings
Summary section.)

## V.  PROFESSIONAL ( 15%)

1. Attends a minimum of nine staff meetings per year and is responsible for all information communicated at meetings.  ① 2 3 4 5
2. Receives assignment from charge nurse at beginning of shift.  1 ② 3 4 5
3. Receives patient status report from off-going nurse, incorporating walking rounds.  1 ② 3 4 5
4. Gives accurate and concise patient care reports.  1 2 ③ 4 5
5. Cooperates in temporary assignments to other units when necessary.  1 2 ③ 4 5
6. Assesses and prioritizes patient care needs according to acuity.  1 ② 3 4 5
7. Delegates patient care responsibilities to assigned care givers based upon patient needs and staff competencies.  1 ② 3 4 5
8. Demonstrates a calm, professional manner during a crisis or emergency situation 100% of the time.  ① 2 3 4 5

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

9.  Correlates theoretical knowledge with clinical practice using Nursing Process.    1 2 ③ 4 5

10. Prioritizes and organizes assigned responsibilities of patient care on a daily basis as evidenced by timely completion of duties on assigned shift.    1 ② 3 4 5

11. Determines specific nursing intervention to resolve patient problems.    1 2 ③ 4 5

12. Revises nursing actions when predicted outcomes do not occur.    1 2 ③ 4 5

13. Serves as a facilitator of an educational program at least once yearly and as assigned.    1 ② 3 4 5

14. Contributes to discussion and resolution of department needs and problems.    1 2 ③ 4 5

15. Integrates new knowledge and skills into own nursing practice; makes an effort to share new ideas with others.    1 2 ③ 4 5

16. Contributes to identification and resolution of patient care problems.    1 ② 3 4 5

17. Cooperates with other health team members in achieving common goal of quality health care.    1 2 ③ 4 5

18. Collaborates with other health members to plan nursing intervention; delegates activities as appropriate.    1 ② 3 4 5

19. Assumes responsibilities for quality care of his/her shift.    1 ② 3 4 5

20. Performs nursing skills using appropriate techniques and equipment.    1 2 ③ 4 5

21. Participates in unit management and assumes leadership responsibilities when assigned.    1 ② 3 4 5

22. Participates as a member of at least one hospital and/or nursing committee as directed by the Manager.    ① 2 3 4 5

23. Participates in The Quality Improvement / Performance Improvement Program by data collection, observation and interview.    1 ② 3 4 5

24. Orients new nursing personnel to the unit as delegated by the Manager.    1 2 ③ 4 5

25. Documents competency in clinical skills at least annually.    1 2 ③ 4 5

26. Ensures education file is up to date; documents attendance at continuing education programs for maintenance of professional licensure per Florida State law.    1 2 ③ 4 5

27. Adheres to legal responsibilities as written in the State of Florida Nurse Practice Act.    1 2 ③ 4 5

28. Maintains documented competency in Basic Life Support and ACLS per American Heart Association.    1 2 ③ 4 5

29. Maintains required certification on preferred specialized area.    1 ② 3 4 5

30. Attends annual mandatory inservices.    1 ② 3 4 5

31. Supports Nursing Services/institutional policies and procedures.    1 ② 3 4 5

32. Interprets Department of Nursing Philosophy and objectives to other health team members.    1 ② 3 4 5

33. Facilitates learning process for affiliated students.    1 2 ③ 4 5

000044

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

34. Ensures confidentiality of information pertaining to patients, staff and hospital business.     1   2 ③ 4   5

(A) **TOTAL of all Ratings circled above**     `80`

(B) **NUMBER of Ratings circled above**     `34`

(C) **AVERAGE RATING for this category [equals (A) divided by (B)]**     `2.35`
<small>(Carry forward to Evaluation Ratings Summary section.)</small>

## VI. INTERPERSONAL (10%)

1. Consistently demonstrates as positive attitude.    ① 2 3 4 5
2. Fosters team work by offering assistance to others.    1 ② 3 4 5
3. Provides positive welcome to all clients and family members.    1 ② 3 4 5
4. Acknowledges and responds tactfully to all requests.    1 ② 3 4 5
5. Shows consideration in interaction with patient, family and other health care team members by demonstrating therapeutic listening skills and cooperation.    1 ② 3 4 5

(A) **TOTAL of all Ratings circled above**     `9`

(B) **NUMBER of Ratings circled above**     `5`

(C) **AVERAGE RATING for this category [equals (A) divided by (B)]**     `1.8`
<small>(Carry forward to Evaluation Ratings Summary section.)</small>

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

**VII.    WESTSIDE WINNING WAYS (10%)**
**(Will be rated as 1,2 or 3)**

1.   Adheres to the hospital mission and vision statements.    ①  2  3  4  5
2.   Says hello to everyone.    1  ②  3  4  5
3.   Wears name badge at eye level.    1  2  ③  4  5
4.   Maintains positive attitude.    ①  2  3  4  5
5.   When entering a patient's room, greet them by name.    1  ②  3  4  5
6.   Responds to all inquiries promptly and courteously.    1  ②  3  4  5
7.   Anticipates the needs of others.    1  ②  3  4  5
8.   Communicates regularly with customers and explains delays.    1  ②  3  4  5
9.   Picks up trash.    1  2  ③  4  5
10.  If receives a complaint, owns the complaint.    ①  2  3  4  5
11.  Identifies self and unit when answering phones.    1  2  ③  4  5
12.  Answers phone within 3 rings.    1  2  ③  4  5
13.  Smiles, introduces self, and uses caring, thoughtful words either in person or in the telephone.    1  ②  3  4  5
14.  If unable to help someone, offers to find someone who can.  If transferring a telephone call, announces the caller and briefly explains the situation.    ①  2  3  4  5
15.  Smiles and makes eye contact when interacting with customers.    1  ②  3  4  5
16.  Knocks before entering a room.    1  2  ③  4  5
17.  Works together in the spirit of teamwork.    1  ②  3  4  5
18.  Introduces self and shakes hands when appropriate.    1  ②  3  4  5
19.  Doesn't interrupt people.    1  ②  3  4  5
20.  Respects social, economic and cultural differences.    1  ②  3  4  5
21.  Says "please" and "thank you".    1  ②  3  4  5
22.  Speaks in a clear voice using appropriate language.    1  ②  3  4  5
23.  Adheres to dress code at all times.    ①  2  3  4  5

**(A)    TOTAL of all Ratings circled above**    | 46 |

**(B)    NUMBER of Ratings circled above**    | 23 |

**(C)    AVERAGE RATING for this category**
**[equals (A) divided by (B)]**    | 2 |
(Carry forward to Evaluation Ratings Summary section.)

| DEPARTMENT NAME/NUMBER | POSITION TITLE/NUMBER | POSITION GRADE |
|---|---|---|
| Nursing - Med/Surg - 614/616 | Registered Nurse/301 | 17 |

## EVALUATION RATINGS SUMMARY
### (Nursing Positions)

| (1) Category of Responsibility | (2) (from prior pages) Average Category Rating | (3) Category Weighting | (4)= (2)x(3) Weighted Average Rating |
|---|---|---|---|
| Patient Care | 3.2 | 20% | .64 |
| Documentation | 2.8 | 15% | .42 |
| Utilization | 2.82 | 15% | .423 |
| General | 2.36 | 15% | .354 |
| Professional | 2.35 | 15% | .352 |
| Interpersonal | 1.8 | 10% | .18 |
| Westside Winning Ways | 2 | 10% | .2 |
| OVERALL TOTAL RATING | Add Col. 4 to arrive at Overall Total Rating | 100% | 2.58 |

Filename: sumnurs7.wpd

Filename: I:\HR\JOB_DESC\614RN.WPD    Date: June 21, 1996

Page 17

000047

## DEVELOPMENT SUMMARY

| Employee Name: | Position Title/Number/Grade:<br>**Nursing - Med/Surg - 614/616**<br>**Registered Nurse/301/17** |
|---|---|

| | SUMMARY OF STRENGTHS | SUMMARY OF DEVELOPMENT WEAKNESSES |
|---|---|---|
| **1** | A. Is now certified (trained) administration of Basic Chemotherapy administration. | A. Needs to review policy for restraints and documentation of Adults Restraints. |
| | B. Serves as a preceptor for new employees, orientes and nursing students. | B. Needs to effectively handle situations without raising antagonism or hostility. Facile teamwork. |
| | C. Good base knowledge of nursing | C. Chart in rooms, be a proactive pt. advocate, maintain a positive attitude. Become an effective team leader. |

| **2** | Indicate date and general nature of attached Improvement Plan, if applicable:  leader. |
|---|---|

| **3** | No. of In-Service Program Attended. | DID EMPLOYEE ATTEND | SAFETY PROGRAM ☑YES ☐NO | CPR ☑YES ☐NO | INFECTION CONTROL ☑YES ☐NO | No. of Cont. Ed. Progs. Attended | Contact Hrs. |
|---|---|---|---|---|---|---|---|

| **4** | The position description for this employee has been reviewed and is current. ☐YES ☐NO | A revised position description has been attached. ☐YES ☐NO |
|---|---|---|

| **5** | Reviewer Signature: Marlene McKay RN, Charge | Date: 10/1/99 |
|---|---|---|

## EMPLOYEE COMMENTS

Do you have any comments concerning this appraisal?  ☑YES ☐NO

My primary focus of nursing is being a pt advocate, providing pt care + administering order therapies. Team leadership role needs improvement, however I perform that role in some instances better than nurses that have been here for an extended period of time. Looking up labs + calling doctors + assisting @ the desk, I feel I do an excellent job and have great attitude for the amount of pts + admissions that we have.   Number of additional Comment Pages attached: over →

| Employee Signature: C. D. | Date: 10/26/99 |
|---|---|

see back of this page for cont. of comments

000048

~~Sometimes time~~

my personal file. with all the pt accomadations should speak for itself. Re: Fostering teamwork, when you assist at the front desk without being asked. that is team work.

When another nurse asks you to start an IV, or pass a medication for them thats team work.

Making sure all medications are given, all labs are drawn, or called. Or anything else that may arise. thats team work, & anything making sure anyone on your team can come to you for being a good team leader. that.

There's Contra-diction in weakness to that of professionalism — which states satisfactory. ??

How can you have poor attitude / or an attitude that needs improvement, but have great interpersonal skills & work great with Nursing Students & peees?

10/2ee/99  C. Diy RN  1630pm

**E X H I B I T " 10 "**

Lynn Martin
Ct. by Kim Jutras

# STEWART LEE KARLIN
ATTORNEY AT LAW

400 SOUTHEAST EIGHTH STREET
FORT LAUDERDALE, FLORIDA 33316

NEW YORK OFFICE
9 MURRAY STREET, SUITE 7W
NEW YORK, NEW YORK 10007

TEL (954) 462-1201
FAX (954) 462-3151

TEL (212) 227-2874
FAX (212) 732-4443

MEMBER OF THE BAR
FLORIDA & NEW YORK

August 27, 1999

RECD SEP 0 3 1999

Michael Joseph, CEO
West Side Regional Hospital
8201 West Broward Blvd.
Plantation, FL 33321

Re: Careen Diaz

Dear Mr. Joseph:

I have been retained by the above referenced employee concerning her claims of discrimination due to her race (African-American), color (black) and retaliation.

As you may recall, Ms. Diaz commenced her employment as a patient care assistant while completing her degree as a registered nurse. Even though she was a current employee of the facility, she was advised by the hospital that she could not complete her internship with the hospital but needed to go through Broward Community College Internship which was an unpaid position and in fact required her to pay for the internship. However, at least two caucasian nurses were treated more favorably by allowing them to train directly at the hospital and to receive compensation. When Ms. Diaz inquired as to the basis for the difference in treatment, and other matters, her inquiry was met with deaf ears.

Since her complaints (both oral and in writing), she has been retaliated against by having her work closely monitored, having her job threatened for not being a "team player", receiving an unfounded reprimand and attempting to have an employee prepare a false statement concerning her. This has resulted in Ms. Diaz suffering a substantial amount of stress and emotional harm.

Please be advised that it is contrary to both federal and state law to discriminate on the basis of race and to retaliate against an employee who raises serious questions at to equal treatment at the hospital.

Ms. Diaz herein demands that the foregoing retaliatory conduct cease immediately. Further, if an amicable resolution to this matter cannot be reached by September 9, 1999, Ms. Diaz will have no alternative but to redress her rights in Court.

**PLEASE BE GOVERNED ACCORDINGLY.**

Very truly yours,


STEWART LEE KARLIN
SLK:nb

000134

**E X H I B I T " 11 "**

# Westside
# Regional Medical Center

**COUNSELING / CORRECTIVE DISCIPLINE RECORD**

This form is to be used to record ALL details of a session during which an employee is instructed by a supervisor that a change in behavior is necessary.

| Employee Name | Department | Job Title | Date/At Occurrence |
|---|---|---|---|
| Coreen Brown-Diaz | 614 | RN | 1/25/00 |

Detailed explanation of reason(s) for discussion. (Include what action was wrong and why it cannot continue.)

failure to maintain a professional work environment and exhibiting behavior which is contrary to the Hospital's best interests. Specifically, on 1/25 Coreen made a comment about a pt. rep. to the effect that -- what is the point of these pt. reps. if they are not going to do anything? (Continuing) I am serious, what is the point of these pt. reps. When question by myself as to whether she made these statements, Coreen admitted she had. This undermines the mission of the Hospital to promote pt. satisfaction. Conduct that interferes with operations, discredits the Hospital or is offensive to patients or fellow employees will not be tolerated.

Instruction given to employee to correct action

Refrain from unprofessional conduct or any conduct that interferes with operations, discredits the Hospital, is contrary to the Hospital's best interests or is offensive to patients or fellow employees. Conduct self in a manner so as to promote the best interests of the hospital.

Anticipated supervisory action if act continues

Any further infraction of departmental or personnel policy will result in progressive disciplinary process.

K Mullin 1/28/00

| ACTION TAKEN | VERBAL REPRIMAND ☐ | WRITTEN REPRIMAND ☐ | Suspension - Beginning date ☒ YES 1/28/00 | Return to work Time / Day 2/1/00 | Report To 4th Floor |
|---|---|---|---|---|---|

Failure to change behavior as indicated, or involvement in other situations requiring formal discussion, may result in disciplinary actions, including suspension without pay or discharge, depending on the nature of the situation.

Any further infraction of departmental or personnel policy will result in progressive disciplinary process

Supervisor's Signature: Su Walden    Date

A copy of this document will be placed in my personnel file. If I improve on this act within the necessary period, this notice will not be used in further disciplinary sessions with me, unless the violations are related. I understand that I have the right to appeal through formal grievance procedure. My signature indicates I have received a copy of this form.

Employee remarks

| Employee Signature | Date | Witness Signature (employee refused to sign) | Date |
|---|---|---|---|
| | | Employee chose not to sign KM 1/28/00 | |
| | | Sue Walden RN 1/28/00 | |

000162

**E X H I B I T " 12 "**

EMPLOYEE GRIEVANCE REPORT
GA  9/93

| Employee Name | Department | Date Submitted |
|---|---|---|
| Coreen Brown-Diaz | 1614 Medical/Oncology | 2-2-2000 |

Have previous steps of the grievance procedure been completed?  ☐ YES  ☐ NO

If yes, give date

**GRIEVANCE**

State CLEARLY and ACCURATELY all details concerned with your grievance.
Be sure to include ALL dates and names of all concerned.

The disciplinary action of suspension that I received was done solely in retaliation to the lawsuit that I have filed against West Side Regional for discrimination. What was said to S. Wakat (acting 4th Floor Nurse Manager) was spoken in confidence in her office.

It's puzzling to me that on more than one occaision Ms. Fogarty has been rude & discourteous to other staff members in the presence of patients & thier families. Yet no disciplinary action has been brought against Ms. Fogarty.

**SOLUTION**

Indicate below what steps you think the company should take in order to satisfy this grievance.

I demand that this suspension be removed from my record & I receive the 3 days (1/28/00 - 1/31/00) back pay that I am entitled to. If the suspension is not removed I will file a suit with the EEOC. Because this suspension is purely a retaliory act which is contrary to my civil rights.

enclosures (2)   Coreen Brown-Diaz

I understand that if a settlement to my satisfaction is not reached, I may proceed to the next step in the grievance procedure.

Employee Signature

X

Employee: Retain yellow copy for your records.

| This is to certify receipt of your grievance at this step of the Grievance Procedure. | Grievance is at step No. | Supervision Signature |
|---|---|---|
| | | X |

E X H I B I T " 13 "

March 14, 2000

To Whom It May Concern:

For the past three and a half years I've been employed at Westside Regional Medical Center. The staff on the Medical/ Oncology floor are the greatest, they are like a second family to me.

I enjoy every aspect of nursing. There have been so many times that I have gone above and beyond the call of duty,' because I have a genuine interest in the total well being of my patients and their families.

However, the emotional stress, due to what I perceive as retaliatory acts because of my pending lawsuit involving discrimination. I find it necessary to resign from my position effective immediately.

Respectfully Yours,

Coreen Brown-Diaz R.N.

cc

Nurse Manager
Human Resources
Nursing supervisor
Personnel file.