UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

    Plaintiff,

v.

**THIS IS A CONSENT CASE**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

    Defendant.
_____/

### PLAINTIFF'S VERIFIED RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 7.5

Plaintiff, herein in files her response to defendant's statement of undisputed facts:

1. Plaintiff admits the allegations contained in paragraph numbered "1" in defendants' statement of undisputed facts.

2. Plaintiff admits the allegations contained in paragraph numbered "2" in defendants' statement of undisputed facts.

3. Plaintiff admits the allegations contained in paragraph numbered "3" in defendants' statement of undisputed facts.

4. Plaintiff admits the allegations contained in paragraph numbered "4" in



defendants' statement of undisputed facts.

5. Plaintiff admits the allegations contained in paragraph numbered "5" in defendant's statement of undisputed facts.

6. Plaintiff admits the allegations contained in paragraph numbered "6" of defendant's statement of undisputed facts.

7. Plaintiff admits the allegations contained in paragraph numbered "7" of defendant's statement of undisputed facts except denies that there was a conflict.

8. Plaintiff admits the allegations contained in paragraph numbered "8" in defendants' statement of undisputed facts.

9. In connection with paragraph numbered "9", Plaintiff admits only that the Broward Program placed graduates at Westside.

10. In connection with paragraph numbered "10", admits the allegations contained in paragraph numbered "10".

11. In connection with paragraph numbered "11", Plaintiff states it is not proper statement since it is a statement of belief not fact and thus denies the allegation contained in said paragraph.

12. In connection with paragraph numbered "12", Plaintiff denies the allegations in the paragraph.

13. Plaintiff denies the allegations contained in paragraph numbered "13" of defendant's statement of undisputed facts.

14. Plaintiff denies the allegations in paragraph numbered 14 of defendant's statement of undisputed facts.

15. Plaintiff admits the allegations in paragraph numbered 15 of defendant's statement of undisputed facts.

16. Plaintiff denies the allegations in paragraph numbered 16.

17. Plaintiff denies the allegations contained in paragraph numbered "17" to the extent that program was different, on the contrary, the program was identical.

18. Plaintiff admits the allegations contained in paragraph numbered "18" except state that it was in 1998.

19. Plaintiff denies the allegations contained in paragraph numbered "19" in defendant's statement of undisputed facts.

20. In connection with paragraph numbered 20, plaintiff admits that she complained but the May complaint was not her first complaint.

21. Plaintiff denies the allegations contained in paragraph numbered "21" In defendant's statement of undisputed facts.

22. Plaintiff denies the allegations contained in paragraph numbered "22" in defendant's statement of undisputed facts.

23. Plaintiff denies the allegations contained in paragraph numbered "23" in defendant's statement of undisputed facts.

24. Plaintiff admits the allegations contained in paragraph numbered "24" in defendant's statement of undisputed facts.

25. Plaintiff admits the allegations contained in paragraph numbered "25" in defendant's statement of undisputed facts.

26. Plaintiff denies the allegations contained in paragraph numbered "26"

in defendant's statement of undisputed facts.

27. Plaintiff admits the allegations contained in paragraph numbered "27" in defendant's statement of undisputed facts.

28. Plaintiff denies the allegations contained in paragraph numbered "28" in defendant's statement of undisputed facts.

29. Plaintiff admits the allegations contained in paragraph numbered "29" in defendant's statement of undisputed facts.

30. Plaintiff denies the allegations contained in paragraph numbered "30" in defendant's statement of undisputed facts.

31. Plaintiff denies the allegations contained in paragraph numbered "31" in defendant's statement of undisputed facts.

32. Plaintiff denies the allegations contained in paragraph numbered "32" in defendant's statement of undisputed facts.

33. Plaintiff denies the allegations contained in paragraph numbered "33" except admit that she called plaintiff in defendant's statement of undisputed facts.

34. Plaintiff denies the allegations contained in paragraph numbered "34" in defendant's statement of undisputed facts since she was attending to patients at the time.

35. Plaintiff denies the allegations contained in paragraph numbered "35" in defendant's statement of undisputed facts except admit a statement was provided.

36. Plaintiff admits the allegations contained in paragraph numbered "36" in defendant's statement of undisputed facts.

37. Plaintiff admits the allegations contained in paragraph numbered "37" in defendant's statement of undisputed facts.

38. Plaintiff admits the allegations contained in paragraph numbered "38" In defendant's statement of undisputed facts.

39. Plaintiff admits the allegations contained in paragraph numbered "39". In defendant's statement of undisputed facts.

40. Plaintiff denies the allegations contained in paragraph numbered "40" except admits that there was an investigation done by Mr. Chaykin In defendant's statement of undisputed facts.

41. Plaintiff denies the allegations contained in paragraph numbered "41" in defendant's statement of undisputed facts except admit there was a meeting and admits what was stated in b and c of said paragraph.

42. Plaintiff admits only that she was written up and denies the remaining allegations contained in paragraph numbered "42" in defendant's statement of undisputed facts.

43. Plaintiff admits the allegations contained in paragraph numbered "43" in defendant's statement of undisputed facts.

44. Plaintiff admits the allegations contained in paragraph numbered "44" in defendant's statement of undisputed facts.

45. Plaintiff admits the allegations contained in paragraph numbered "45" in defendant's statement of undisputed facts.

46. Plaintiff denies the allegations contained in paragraph numbered "46"

in defendant's statement of undisputed facts to the extent that they can render assistance to patients.

47. Plaintiff admits the allegations contained in paragraph numbered "47" in defendant's statement of undisputed facts.

48. Plaintiff admits the allegations contained in paragraph numbered "48" in defendant's statement of undisputed facts.

49. Plaintiff admits the allegations contained in paragraph numbered "49" in defendant's statement of undisputed facts.

50. Plaintiff admits the allegations contained in paragraph numbered "50" in defendant's statement of undisputed facts.

51. Plaintiff denies the allegations contained in paragraph numbered "51" in defendant's statement of undisputed facts.

52. Plaintiff admits the allegations contained in paragraph numbered "52" in defendant's statement of undisputed facts.

53. Plaintiff denies the allegations contained in paragraph numbered "53" in defendant's statement of undisputed facts.

54. Plaintiff denies the allegations contained in paragraph numbered "54" except admits that she was paged in defendant's statement of undisputed facts.

55. Plaintiff admits the allegations contained in paragraph numbered "55". In defendant's statement of undisputed facts.

56. Plaintiff denies the allegations contained in paragraph numbered "56". In defendant's statement of undisputed facts.

57. Plaintiff denies the allegations contained in paragraph numbered "57" In defendant's statement of undisputed facts.

58. Plaintiff denies the allegations contained in paragraph numbered "58" in defendant's statement of undisputed facts.

59. Plaintiff denies the allegations contained in paragraph numbered "59" in defendant's statement of undisputed facts.

60. Plaintiff denies the allegations contained in paragraph numbered "60" in defendant's statement of undisputed facts.

61. Plaintiff admits the allegations contained in paragraph numbered "61" except states that she was a supervisor and if she witnessed the incident as subsequently alleged why did she not elect to report it, it was only after the investigation commenced was she asked "under pressure" to provide a statement in defendant's statement of undisputed facts.

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
400 SE 8th Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Fla Bar No.: 961159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by First Class Mail to: Alexander D. Del Russo, Esq., CARLTON, FIELDS, WARD, EMMANUEL, SMITH & CULTER, P.A., P.O. BOX 150, West Palm Beach, Florida 33402-0150, on this 18th day of May, 2001.

STEWART LEE KARLIN, ESQ.
400 S.E. 8 Street
Fort Lauderdale, Florida  33316
(954) 462-1201

    I have read the forgoing Statement of Undisputed Material Facts and do solemnly swear that they are true and correct to the best of my knowledge and belief.

_____
**COREEN DIAZ**

**STATE OF FLORIDA** )
                             )
**COUNTY OF BROWARD** )

    On this __8th__ day of __May__, 200_1_, BEFORE ME, the undersigned authority, personally appeared COREEN DIAZ, who is __✓__ personally known to me or who has produced proper identification ___, that he is the plaintiff in the foregoing lawsuit and the responses contained herein are true and correct to the best of her knowledge and belief.

_____
Notary Public, State of Florida

_____
Printed Notary Name

My Commission Expires:



Noemi E Berrios
My Commission CC838298
Expires May 18, 2003