UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

      Plaintiff,

v.                          **THIS IS A CONSENT CASE**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

      Defendant.
_____/

## ORDER

THIS CAUSE has come before the Court upon the motion for extension of time filed by plaintiff. The Court has considered the motion, and being otherwise duly advised, it is

ORDERED AND ADJUDGED that said motion be and the same is hereby GRANTED. The parties shall have up to and including May 18, 2001, to respond to defendant's summary judgment.

DONE AND ORDERED in Chambers in Dade County, Miami, Florida this ___, May, 2001.

_____
U.S. Magistrate Judge

Copies Furnished to:

Stewart Lee Karlin, Esq.
Alexander .Del Russo, Esq.

