UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## DEFENDANT'S LIST OF TRIAL EXHIBITS

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, while reserving all objections, hereby identifies the following exhibits which it may wish to use at trial:

1. Westside Employee Handbook

2. 1/16/97 Application for Employment

3. 2/18/97 Nursing Staffing Pool Employee

4. 4/1/97 Acknowledgment of Receipt

5. Position Description—Patient Care Assistant

6. 10/9/97 Personnel Action Request

7. 10/17/97 Memo Ellen Cohen to Plaintiff

8. 9/98 Evaluation



WPB#537401.01

9.  9/27/98 Personnel Action Request

10. 5/99 draft letter Plaintiff to Hospital Administration

11. 6/1/99 email Lynn Mathis to Plaintiff

12. 6/2/99 email Lynn Mathis to Plaintiff

13. 6/3/99 emails between Lynn Mathis and Plaintiff

14. Emails re meeting with Kim Jutras

15. 6/29/99 email Lynn Mathis to Plaintiff

16. 6/30/99 Corrective Counseling

17. 6/30/99 email Lynn Mathis to Kim Jutras

18. 7/2/99 email Lori Davis to Lynn Mathis

19. 7/2/99 email Sue Wakat to Lynn Mathis

20. 7/8/99 email Emma Wimbley to Lillian Rolon

21. 7/7/99 Employee Grievance

22. 7/2/99 emails re tuition reimbursement

23. 7/6/99 email re tuition reimbursement

24. 7/14/99 email Plaintiff to Lee Chaykin

25. 8/6/99 response to Grievance

26. 8/27/99 letter Stewart Karlin, Esq. to Michael Joseph

27. 9/10/99 memo Lynn Mathis to Lee Chaykin

28. 9/99 Evaluation

29. 10/22/99 Personnel Action Request

30. 9/24/99 letter Kim Jutras to Lynn Mathis, with attachment

31. 9/27/99 memo Lynn Mathis to Danny Reeves, with attachments

32. 10/13/99 email Lynn Mathis to M. Joseph

33. 11/5/99 letter Lee Chaykin to Plaintiff

34. 11/8/99 email Plaintiff to Lee Chaykin

35. 11/12/99 email Plaintiff to Lee Chaykin

36. 11/12/99 emails between Plaintiff and Lynn Mathis

37. 11/16/99 letter Lynn Mathis and documents presented by Plaintiff

38. 1/25/00 email Wanda Fogarty to D. Brindley

39. 2/2/00 Memo Marlene McKay

40. 1/28/00 Corrective Counseling

41. 2/2/00 Employee Grievance

42. 2/7/00 email Plaintiff to Kim Jutras

43. 2/8/00 email Plaintiff to supervisors

44. 2/9/00 email Sue Wakat to Lynn Mathis

45. 2/16/00 response to Grievance

46. 3/14/00 letter of resignation

47. 3/1/00 Application to Hollywood Medical Center

48. 3/3/00 letter Hollywood Medical Center to Plaintiff

49. 3/13/00 Agreement and Promissory Note

50. 6/2/00 Hollywood Medical Center Change in Salary Form

51. Plaintiff's KRONOS time records

52. Plaintiff's medical file of Dr. Roberto Saez

**Re National Health Care n/k/a Fort Lauderdale Health and Rehabilitation Center**

53. 3/24/93 Application

54. 4/20/93 Adverse Action Notice

55. 4/20/93 Termination Notice

3

56. 5/14/93 Termination Notice

### Re All About Staffing

57. 11/23/99 Personnel Action Request

58. 1/98 American Heart Association CPR Card

59. 11/98 American Heart Association CPR Card

### Re Donna Bocella

60. 2/2/98 Application for Employment

61. 8/24/98 Personnel Action Request

62. 9/17/98 Memo Ellen Cohen to D. Bocella

### Re Jennifer Stephan

63. 2/5/98 Application for Employment

64. 7/30/98 Personnel Action Request

65. 8/31/98 Agreement and Promissory Note

### Re Michele Puckett

66. 4/5/99 Application for Employment


67. Plaintiff's Answers to Discovery

68. All Exhibits Listed on Plaintiff's Exhibit List

69. All Exhibits for Impeachment or Rebuttal Purposes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 30 day of May, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:(561) 659-7070
Facsimile: (561) 659-7368
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273

WPB#537401.01