UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/



### DEFENDANT'S LIST OF TRIAL WITNESSES

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby files this List of Witnesses which it may wish to call at trial:

1. All parties to this action

2. Eileen Ciotti, Director of Surgical/Orthopedic Unit
   c/o Westside Regional Medical Center

3. Marlene McKay, Fourth Floor Charge Nurse
   c/o Westside Regional Medical Center

4. Sue Wakat
   3151 Hidden Hollow Lane
   Davie, Florida 33328



5.  Kimberly Jutras, Assistant Administrator
    Coral Springs Medical Center
    3000 Coral Hills Drive
    Coral Springs, Florida 33316

6.  Lee Chaykin, Chief Operating Officer
    c/o Westside Regional Medical Center

7.  Wanda Fogarty, Director of Radiology
    c/o Westside Regional Medical Center

8.  Lynn Mathis
    c/o Nursing Spectrum
    1001 West Cypress Creek Road
    Suite 300
    Ft. Lauderdale, Florida 33309

9.  Marybeth Thompson
    7390 N.W. 5th Street, Suite 5
    Plantation, Florida 33317

10. Trudy Bromley, Director of Human Resources
    Northwest Regional Medical Center
    Ft. Lauderdale, Florida

11. Lori B. Davis
    c/o Westside Regional Medical Center

12. Records Custodian
    Westside Regional Medical Center

13. Records Custodian
    National Healthcare, n/k/a Fort Lauderdale Health
    And Rehabilitation Center

14. Records Custodian
    All About Staffing, Inc.

15. Records Custodian
    Hollywood Medical Center
    3600 Washington Street
    Hollywood, Florida 33021

WPB#537426.01

16. All witnesses on Plaintiff's List of Trial Witnesses

17. All witnesses for impeachment or rebuttal purposes who are presently unknown to Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 30 day of May, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

                                        CARLTON FIELDS, P.A.
                                        P.O. Box 150
                                        West Palm Beach, FL 33402-0150
                                        Telephone:(561) 659-7070
                                        Facsimile: (561) 659-7368
                                        Attorneys for Defendant

                                        By: _____
                                           Alexander D. del Russo
                                           Florida Bar Number 350273

WPB#537426.01