UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM

CAREEN DIAZ,

        Plaintiff,

vs.

**NOTICE**

COLUMBIA HOSPITAL
CORPORATION OF SOUTH
BROWARD,

        Defendant.
_____/

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District of Florida<br>300 N.E. First Avenue, Room 130<br>Miami, Florida 33132 | **Courtroom X** |
|---|---|
| | 6/7/2001 at 2:00 p.m. |

Motion for Summary Judgment.

_____6/3/2-01_____           _____
    Date                                                      William C. Turnoff
                                                              United States Magistrate Judge

cc:    Honorable Donald L. Graham
        Alexander D. del Russo, Esquire
        Stewart Lee Karlin, Esquire

