CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE __WILLIAM C. TURNOFF__   COURTROOM X

Case No. __00-6099-CV-GRAHAM__   Date __6/7/01__

Clerk __P. MITCHELL__   Time: __2:00 PM - 3:30__

Court Reporter _____   Tape No. __01G36-729__

Title of Case __DIAZ vs. COLUMBIA BROWARD__

P. Attorney(s) __STEWART KARLIN__

D. Attorney(s) __ALEXANDER DEL RUSSO__

Reason for Hearing ~~PRETRIAL CONFERENCE and~~ ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT

Result of Hearing __Oral argument heard on defendant's M/S/J. The Court to take the matter under advisement.__

Case continued to _____   Time _____   For _____