UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff



COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby files the attached list of objections to the documents listed on Plaintiff's list of Trial Exhibits.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 7th day of June, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

                              CARLTON FIELDS, P.A.
                              P.O. Box 150
                              West Palm Beach, FL 33402-0150
                              Telephone:(561) 659-7070
                              Facsimile: (561) 659-7368
                              Attorneys for Defendant

                              By:_____
                              Alexander D. del Russo
                              Florida Bar Number 350273

AO 187 (Rev. 7/87) Exhibit List

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

      Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

      Defendant.

**EXHIBIT LIST**

| Presiding Judge: GRAHAM/TURNOFF | | | Plaintiff's Attorney: Stewart L. Karlin, Esq. | Defendant's Attorney: Alexander D. Del Russo, Esq. | |
|---|---|---|---|---|---|
| Trial Date(s) *Defendant's* | | | Court Reporter | Courtroom Deputy | |
| Plf. No. | Date Offered | Marked | Objections | Admitted | EXHIBIT LIST |
| 1. | | | All Objs | | Coreen Diaz (Plaintiff) Personnel File |
| 2. | | | ✓ | | Undated letter from Ms. Diaz |
| 3. | | | ✓ | | Memorandum to Ms. Diaz from Ellen Cohen dated 11/17/97 |
| 4. | | | All Objs | | Letters from patients dated 1/8/99, 11/28/99, 8/15/99, and 10/31/99 |
| 5. | | | ✓ | | Position Description & Performance Evaluation 9/98 - 9/99 and 9/97 - 9/98 |
| 6. | | | ✓ | | Memo from Lynn Mathis to Ms. Diaz dated 6/1/99 |
| 7. | | | ✓ | | Memo from Lynn Mathis to Ms. Diaz dated 6/2/99 |
| 8. | | | ✓ | | Memo from Lynn Mathis to Ms. Diaz dated 6/3/99 |
| 9. | | | All Objs | | Memo from Lynn Mathis to Ms. Diaz dated 6/14/99 |
| 7. | | | All Objs | | Memo from Lynn Mathis to Ms. Diaz dated 6/16/99 |
| 10. | | | ✓ | | Memo from Lynn Mathis to Ms. Diaz dated 6/29/99 |
| 11. | | | ✓ | | Counseling/Corrective Discipline Record dated 6/29/99 |
| 12. | | | All Objs | | Memo from Lynn Mathis to Ms. Diaz dated 6/30/99 |
| 13. | | | All Objs | | Statement from Lynn Mathis to Ms. Diaz dated 6/30/99 |
| 14. | | | ✓ | | Memo from Sue Wakat to Lynn Mathis dated 7/2/99 |
| 15. | | | ✓ | | Memo from Lori B. Davis to Lynn Mathis dated 7/2/99 |

| # | | | Defendant's Objection | | Description |
|---|---|---|---|---|---|
| 16. | | | ✓ | | Employee Grievance Report dated 7/7/99 |
| 17. | | | All obj's | | Letter dated 7/5/99 to Mr. Chaykin from Plaintiff |
| 18. | | | ✓ | | Memo from Emman Wimbley to Lillian T. Rolon dated 7/8/99 |
| 19. | | | All obj's | | Memo from Kim Jutras to Lee Chaykin dated 7/12/99 |
| 20. | | | All obj's | | Memo from Kim Jutras to Lee Chaykin dated 7/12/99 |
| 21. | | | All obj's | | Memo from Kim Jutras to Lee Chaykin dated 7/12/99 |
| 22. | | | All obj's | | Memo from Kim Jutras to Lee Chaykin dated 7/12/99 |
| 23. | | | All obj's | | Memo from plaintiff dated 7/12/99 |
| 24. | | | ✓ | | Memo from Plaintiff to Lee Chaykin dated 7/14/99 |
| 25. | | | ✓ | | Memo from Aracelis Rivera to Plaintiff dated 7/20/99 |
| 26. | | | ✓ | | Memo from Lee Chaykin to Plaintiff dated 8/6/99 |
| 27. | | | All obj's | | Letter from Plaintiff's attorney to Michael Joseph, CEO dated 8/27/99 |
| 28. | | | ✓ | | Memo to Lee Chaykin from Lynn Mathis dated 9/10/99 |
| 29. | | | ✓ | | Letter to Lynn Mathis from Kimberly Jutras dated 9/24/99 |
| 30. | | | ✓ | | Memo to Danny Reeves from Lynn Mathis dated 9/27/99 |
| 31. | | | ✓ | | Memo from Mathis Lynn to Joseph Michael dated 10/13/99 |
| 32. | | | All obj's | | Letter to plaintiff from Lee Chaykin dated 10/29/99 |
| 33. | | | ✓ | | Letter to plaintiff from Lee Chaykin dated 11/5/99 |
| 34. | | | ✓ | | Memo from Plaintiff to Lee Chaykin dated 11/8/99 |
| 35. | | | ✓ | | Memo from Lynn Mathis to Ms. Diaz dated 11/12/99 |
| 36. | | | All obj's | | Memo from Lee Chaykin to Lynn Mathis dated 11/18/99 |
| 37. | | | All obj's | | Memo from Lee Chaykin to Lynn Mathis dated 11/18/99 |
| 38. | | | R, M | | Memo from Ms. Diaz to Kim Jutras dated 1/19/00 |
| 39. | | | ✓ | | Counseling/Corrective Discipline Record dated 1/25/00 |
| 40. | | | All obj's | | Memo from Sue Wakat to Lynn Mathis dated 1/25/00 |
| 41. | | | All obj's | | Memo from Sue Wakat to Marlene Mckay dated 1/28/00 |
| 42. | | | ✓ | | Employee Grievance Report dated 2/2/00 |
| 43. | | | All obj's | | Letter dated 2/2/00 for To Whom It May Concern |

| # | | | Defendant's Objection | | Description |
|---|---|---|---|---|---|
| 44. | | | R, H, M | | Memo from plaintiff dated 2/7/00 |
| 45. | | | ALL OBJS | | Florida Human Relations Commission Complaint dated 2/14/00 |
| 46. | | | ✓ | | Memo from Lee Chaykin to Ms. Diaz dated 2/16/00 |
| 47. | | | ✓ | | Letter dated 3/14/00 to whom it may concern |
| 48. | | | ALL OBJS | | Letter to Mr. Joseph from Ms. Diaz |
| 49. | | | ✓ | | Medical records of plaintiff from Dr. Robert Saez office |
| 50. | | | ALL OBJS | | Letter from the FCHR dated 3/20/00 to the Broward County Human Rights Division |
| 51. | | | | | Rebuttal documents |
| 52. | | | | | Impeachment documents |
| 53. | | | | | All of Defendant's Exhibits |

3