UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

**CONSENT CASE**



## AGREED MOTION TO TRANSFER TRIAL
## TO FORT LAUDERDALE DIVISION

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, d/b/a WESTSIDE REGIONAL MEDICAL CENTER, respectfully requests that this Court transfer the jury trial of this case to the Fort Lauderdale Division within this district because both parties <u>and</u> <u>all</u> <u>witnesses</u> reside within Broward County, and because the interests of justice would be served by conducting the trial within the Fort Lauderdale Division of this Court. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

### Factual and Procedural Background

This is an action for race discrimination and retaliation under 42 U.S.C. § 1981. Plaintiff commenced this action in the Seventeenth Judicial Circuit in Broward County, Florida, and Defendant thereafter removed this action to federal court. Trial was previously scheduled before Magistrate Judge William Turnoff in Miami, Florida, on Tuesday, June 12, 2001. However, the trial was postponed in order to provide sufficient time to rule on Defendant's pending Summary Judgment Motion. Although a new trial date has not yet been scheduled, and assuming that this

WPB#538807.01

case survives summary judgment, Defendant would request that the location of the trial be moved to the Fort Lauderdale Division of this Court.

### Memorandum of Law

28 U.S.C. §1404(c) provides that "a district court may order any civil trial to be tried at any place within the district within which it is pending." Local Rule 3.1(H) is consistent with this discretion at setting the trial location, and provides that the trial of any case may "in the interests of justice . . . be conducted at any jury division within the district." The Southern District of Florida lacks statutory divisions. *See* 28 U.S.C. § 89(c). Its geographical subdivisions are purely administrative. Where a district court lacks statutory divisions, courts clearly have discretion under Section 1404(c) to select any designated location within the district as the place for trial. *See Hancock v. Delta Air Lines, Inc.* 793 F.Supp. 366, 368 (D. Me. 1992).

Although Defendant does not seek a change in venue, courts frequently look to the requirements of 28 U.S.C. § 1404(a) in assessing requests for intra-district transfers. *See Aramburu v. The Boeing Company*, 896 F.Supp. 1063, 1064 (D.C. Kan. 1995). Section 1404(a) provides that "[f]or the convenience of parties and witnesses, in the interests of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Included among the factors to be evaluated in a transfer under this section are the Plaintiff's initial choice of forum, the convenience of witnesses, the accessibility of witnesses and other sources of proof and "any other considerations of a practical nature that make a trial easy, expeditious and economical." *Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1515-16(10th Cir. 1991) quoting *Texas Gulf Sulphur Co. v. Ritter*, 371 F.2d 145, 147 (10th Cir. 1967). A review of these factors reveals that trial should be conducted in the Fort Lauderdale division of this Court.

### 1. Plaintiff's Choice of Forum

Generally, a plaintiff's initial choice of forum is given deference. However, the consideration is inapplicable in this case since Ms. Diaz commenced this action in state court in Ft. Lauderdale, Florida. The action was properly removed to this Court and thereafter assigned for trial in Miami, Florida. Ms. Diaz did not choose Dade County as her forum.

### 2. Location and Convenience to Witnesses

Courts have recognized that the convenience of key witnesses, including the parties themselves, ranks as the most important factor in determining whether to change the location of a trial. *Denson v United States*, 99 F.Supp.2d 792, 795 (S.D. Tex. 2000). It is significant to note that **both parties are located in Broward County**. Similarly, a review of the Witness Lists filed by both parties reveals that **all witnesses are located in Broward County** as well. Copies of these Witness Lists are attached to this Motion for the Court's reference. Indeed, the presence of the parties themselves, as well as all trial witnesses, is a sufficient and reasonable connection with Broward County so as to justify conducting the trial within the Fort Lauderdale Division of this Court. The connection between the parties, the witnesses, and Broward County weighs in favor of conducting this trial within the Fort Lauderdale Division of this Court. Accordingly, Defendant would request that this Court transfer the trial of this case to the Fort Lauderdale Division.

The undersigned has consulted with Stewart Lee Karlin, Esq., counsel of record for the Plaintiff, who has indicated that he agrees to the relief sought in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of June, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316; and to Magistrate Judge William C. Turnoff, 300 N.E. First Avenue, Room 130, Miami, Florida 33132.

CARLTON FIELDS, P.A.
P.O. Box 150
West Palm Beach, FL 33402-0150
Telephone:(561) 659-7070
Facsimile: (561) 659-7368
Attorneys for Defendant

By: _____
Alexander D. del Russo
Florida Bar Number 350273

AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

      Plaintiff,

v.                                **WITNESS LIST**

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

      Defendant.

| Presiding Judge: GRAHAM/TURNOFF | | | Plaintiff's Attorney: Stewart L. Karlin, Esq. | Defendant's Attorney: Alexander D. Del Russo, Esq. | |
|---|---|---|---|---|---|
| Trial Date(s) | | | Court Reporter | Courtroom Deputy | |
| Plf. No. | Date Offered | Marked | Objections | Admitted | WITNESS LIST |
| 1. | | | | | Coreen Diaz (Plaintiff) |
| 2. | | | | | Lee Chaykin, Chief Operating Officer c/o Westside Regional Medical Center |
| 3. | | | | | Ellen Cohen, Benefits Coordinator c/o Westside Regional Medical Center |
| 4. | | | | | Wanda Forgaty, Director of Radiology c/o Westside Regional Medical Center |
| 5. | | | | | Eileen Ciotti, Director of Surgical/Orthopedic Unit -c/o Westside Regional Medical Center |
| 6. | | | | | Marlene McKay, Fourth Floor Charge Nurse c/o Westside Regional Medical Center |
| 7. | | | | | Sue Wakat, Former Fourth Floor Director 3151 Hidden Hollow Lane Davie, Florida 33328 |
| 8. | | | | | Kim Jutras, Assistant Administrator Coral Springs Medical Center 3000 Coral Hills Drive Coral Springs, Florida 33316 |
| 9. | | | | | Lynn Mathis, c/o Nursing Spectrum 1001 West Cypress Creek Road, Suite 300 Fort Lauderdale, Florida 33309 |

| 7.  | | | | | Mary Beth Thompson Former Director of Education<br>7290 N.W. 5th Street<br>Plantation, Florida |
| --- | - | - | - | - | --- |
| 10. | | | | | Trudy Barmley Director of Human Resources<br>Northwest Regional Medical Center<br>Fort Lauderdale, Florida |
| 11. | | | | | Donna Boccella |
| 12. | | | | | Jennifer Stefon |
| 13. | | | | | Michelle Plunket |
| 14. | | | | | All Defendant's witnesses |
| 15. | | | | | Rebuttal witnesses |
| 16. | | | | | Impeachment witnesses |

FEB-06-01 TUE 03:29 PM    FAX NO. 954 492 3151    P. 13
Case 0:00-cv-06099-WCT    Document 63    Entered on FLSD Docket 06/19/2001    Page 6 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge: Turnoff

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.

_____/

## DEFENDANT'S LIST OF TRIAL WITNESSES

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, INC., d/b/a WESTSIDE REGIONAL MEDICAL CENTER, hereby files this List of Witnesses which it may wish to call at trial:

1. All parties to this action

2. Eileen Ciotti, Director of Surgical/Orthopedic Unit
   c/o Westside Regional Medical Center

3. Marlene McKay, Fourth Floor Charge Nurse
   c/o Westside Regional Medical Center

4. Sue Wakat
   3151 Hidden Hollow Lane
   Davie, Florida 33328

WPB#537426.01

5. Kimberly Jutras, Assistant Administrator
   Coral Springs Medical Center
   3000 Coral Hills Drive
   Coral Springs, Florida 33316

6. Lee Chaykin, Chief Operating Officer
   c/o Westside Regional Medical Center

7. Wanda Fogarty, Director of Radiology
   c/o Westside Regional Medical Center

8. Lynn Mathis
   c/o Nursing Spectrum
   1001 West Cypress Creek Road
   Suite 300
   Ft. Lauderdale, Florida 33309

9. Marybeth Thompson
   7390 N.W. 5th Street, Suite 5
   Plantation, Florida 33317

10. Trudy Bromley, Director of Human Resources
    Northwest Regional Medical Center
    Ft. Lauderdale, Florida

11. Lori B. Davis
    c/o Westside Regional Medical Center

12. Records Custodian
    Westside Regional Medical Center

13. Records Custodian
    National Healthcare, n/k/a Fort Lauderdale Health
    And Rehabilitation Center

14. Records Custodian
    All About Staffing, Inc.

15. Records Custodian
    Hollywood Medical Center
    3600 Washington Street
    Hollywood, Florida 33021

2

16. All witnesses on Plaintiff's List of Trial Witnesses

17. All witnesses for impeachment or rebuttal purposes who are presently unknown to Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via facsimile and U.S. Mail this 30 day of May, 2001, to Stewart Lee Karlin, Esq., 400 S.E. 8th Street, Fort Lauderdale, Florida 33316.

>                                CARLTON FIELDS, P.A.
>                                P.O. Box 150
>                                West Palm Beach, FL 33402-0150
>                                Telephone:(561) 659-7070
>                                Facsimile: (561) 659-7368
>                                Attorneys for Defendant
>
>                                By: _____
>                                    Alexander D. del Russo
>                                    Florida Bar Number 350273

3

WPB#537426.01