UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-GRAHAM

CAREEN DIAZ,

        Plaintiff,

vs.                              ORDER

COLUMBIA HOSPITAL CORPORATION,

        Defendant.
_____/

This Cause came before the undersigned on Defendant's <u>Agreed Motion To Transfer Trial To Fort Lauderdale Division</u>. The Court being fully advised, it is hereby

ORDERED AND ADJUDGED that the within Motion is DENIED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this ___ day of _____, 2001.

_____
WILLIAM C. TURNOFF
*United States Magistrate Judge*

cc:    Honorable Donald L. Graham
       Alexander D. del Russo, Esquire
       Stewart Lee Karlin, Esquire

1

