UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-DLG
MAGISTRATE JUDGE TURNOFF

CAREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
OCT 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| United States District Court<br>Southern District Of Florida<br>300 N.E. First Avenue<br>Miami, Florida 33132 | Courtroom X<br><br>at | 11/19/2001<br><br>2 pm |
|---|---|---|

STATUS CONFERENCE REGARDING TRIAL DATE.

10/20/2001
_____
Date

_____
WILLIAM C. TURNOFF
United States Magistrate Judge

c:    Honorable Donald L. Graham
      Stewart Lee Karlin, Esq.
      Christopher C. Copland, Esq.

