UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM
Magistrate Judge Turnoff



COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

## MOTION FOR LEAVE TO ATTEND STATUS CONFERENCE BY TELEPHONE

The parties, through undersigned counsel, hereby request that this Court grant them leave to attend by telephone the status conference presently set on **Monday, November 19, 2001, at 2:00 p.m.** The Court has set this Status Conference for the purpose of setting a trial date in this matter. Plaintiff's counsel is located in Broward County, and defense counsel is located in Palm Beach County, and the parties would request this Court's permission to attend the Status Conference by telephone so as to avoid the time and expense incident to travel.

If acceptable, counsel for the Defendant shall arrange and initiate the phone conference to the Court at the time of the hearing.

WPB#544896.01



Dated November 13, 2001.

_____
Stewart Lee Karlin
400 Southeast Eight Street
Fort Lauderdale, Florida 33316
(954) 462-1201
Florida Bar No. 961159
Attorney for Plaintiff

_____
Alexander D. del Russo
Carlton Fields, P.A.
222 Lakeview Avenue, Suite 1400
West Palm Beach, Florida 33401-6149
(561) 659-7070
Florida Bar No. 350273
Attorney for Defendant