UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6099-CIV-GRAHAM

CAREEN DIAZ,

    Plaintiff,

vs.                                                            ORDER

COLUMBIA HOSPITAL CORPORATION,

    Defendant.
_____/

    This Cause came before the undersigned on <u>Motion For Leave To Attend Status Conference By Telephone</u>. The Court being fully advised, it is hereby

    ORDERED AND ADJUDGED that the within Motion is GRANTED.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this 20 day of Nov., 2001.

WILLIAM C. TURNOFF
United States Magistrate Judge

cc:    Honorable Donald L. Graham
       Alexander D. del Russo, Esquire
       Stewart Lee Karlin, Esquire

Rec'd in MIA Dkt 11/27/01

FILED by ARC
MAG. SEC.
NOV 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI