UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6099-CIV-GRAHAM

CAREEN DIAZ,

    Plaintiff,

vs.            ORDER

COLUMBIA HOSPITAL CORPORATION,

    Defendant.
_____/

```
FILED by _____ D.C.
MAG. SEC.

NOV 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

  This Cause comes before the Court on a status conference held on November 19, 2001. At the status conference, the parties agreed to the following dates:

1. <u>Pretrial Stipulation</u> - January 28, 2002;

2. <u>Pretrial Conference</u> - January 31, 2002 at 2:00 p.m.;

3. <u>Trial</u> - February 4, 2002 at 9:30 a.m.;

4. Mediation shall take place within 30 days of the date of this Order.

  DONE AND ORDERED, in Chambers, at Miami, Florida, this 26 day of Nov, 2001.

                _____
                WILLIAM C. TURNOFF
                United States Magistrate Judge

cc: Honorable Donald L. Graham
   Alexander D. del Russo, Esquire
   Stewart Lee Karlin, Esquire

