# CIVIL CALENDAR/MINUTES
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



U.S. MAGISTRATE JUDGE __WILLIAM C. TURNOFF__   Courtroom X

Case No. __00-6099-CV-GRAHAM__   Date: 11/19/01   Time: 2:00 pm   End: _____

Magistrate Clerk __Maedon Clark__

Court Reporter _____   Tape No.: 01G-_____

Title of Case __CARMEN DIAZ vs. COLUMBIA HOSPITAL__

Plaintiff Attorney (s) __Stewart Karlin__

Defendant Attorney (s) __Alexander Del Russo__

Reason for Hearing: __STATUS CONFERENCE RE: TRIAL DATE__

Result of Hearing: Status Conference held. At the conference the parties agreed to the following dates: Pretrial Stipulation due January 28, 2002; Pretrial Conference January 31, 2002 @ 2:00; and Trial February 4, 2002 at 9:30. Parties to mediate w/in 30 days.

Case Continued to: _____   Time _____   For _____

