UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6099-CIV-GRAHAM

DIAZ

    Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

COLUMBIA HOSPITAL CORP OF SOUTH
BROWARD

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 01/18/2002 Friday 10:00 A.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Cindy Niad Hannah, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*4 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
44 West Flagler Street
19th Floor
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-47595



```
                                              PAGE 2.
CASE NO.       : 00-6099-CIV-GRAHAM
FMG FILE NO.   : 0-47595
PLAINTIFF      : DIAZ


Copies on December 26, 2001 to:

Stewart Lee Karlin, Esq.
Law Office Stewart Lee Karlin
400 SE Eighth Street
Ft. Lauderdale  FL  33316
954-462-1201 Fax 1-954-462-3151




Alexander D. Del Russo, Esq.
Carlton, Fields, et al.
P.O. Box 150
West Palm Beach  FL  33402-0150
561-659-7070 Fax 1-561-659-7368
```