UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6099-CIV-GRAHAM/TURNOFF

CAREEN DIAZ,

        Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD, AND COLUMBIA
HOSPITAL CORPORATION OF SOUTH
FLORIDA,

        Defendant.
_____/

THIS IS A CONSENT CASE

## NOTICE OF PLAINTIFF'S COUNSEL'S CHANGE OF ADDRESS

The Plaintiff states that the undersigned counsel has changed his address, effective January 1, 2002 to:

    Las Offices
    Stewart Lee Karlin, Esq.
    The Advocate Building-Second Floor
    315 S.E. 7th Street
    Fort Lauderdale, Florida 33301

    Telephone No.:  (954) 462-1201
    Facsimile No.:  (954) 462-3151
    E-mail Address:  edlawkarlin@aol.com

Dated: Fort Lauderdale, Florida
       December 20, 2001

                            STEWART LEE KARLIN, ESQ.
                            Attorney for Plaintiff
                            The Advocate Building-Second Floor
                            315 S.E. 7th Street
                            Fort Lauderdale, Florida 33301
                            (954) 462-1201
                            edlawkarlin@aol.com
                            Florida Bar No. 0961159

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to :ALEXANDER D. DEL RUSSO, Esq. LEVY, KEEN, MARIANI, CURTIN, KORNFELD & DEL RUSSO, P.A.1400 Centrepark Blvd. Suite 1000 West Palm Beach, Florida 33401 on this 20TH day of December, 2001.

STEWART LEE KARLIN, ESQ.
Attorney for Plaintiff
The Advocate Building-Second Floor
315 S.E. 7th Street
Fort Lauderdale, Florida 33301
(954) 462-1201
edlawkarlin@aol.com
Florida Bar No. 0961159