UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 00-6099-CIV-GRAHAM
JUDGE : DONALD L. GRAHAM
TRIAL DATE: 02/04/02

DIAZ

    Plaintiff(s),

vs.

**MEDIATORS REPORT**

COLUMBIA HOSPITAL CORP OF SOUTH
BROWARD
    Defendant(s).

*********************************

COMES NOW Cindy Niad Hannah, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 01-18-2002 10:00.

**_X_**    AN AGREEMENT WAS REACHED.

\_\_\_\_    Mediation Agreement attached, with the parties consent.

\_\_\_\_    No Agreement was reached; Impasse.

\_\_\_\_    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_\_/\_\_\_\_/\_\_\_\_/ this matter shall be considered at an Impasse.

\_\_\_\_    A Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_, from _____.

\_\_\_\_    Other:_____

_/s/ Cindy Niad Hannah_
Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# O-47595**

(X) 44 W. Flagler St.
19th Floor
Miami, FL. 33130
(305) 579-9990

( ) 800 E. Broward Blvd.
Suite 400
Ft. Lauderdale, FL. 33301
(954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)

1/18/02

medrept.fed