UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/

### NOTICE OF FILING STIPULATION FOR DISMISSAL WITH PREJUDICE

The Defendant, COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, by and through its undersigned counsel, hereby gives notice of filing the original Stipulation for Dismissal with Prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11 day of February, 2002, to Stewart Lee Karlin, Esq., The Advocate Building - Second Floor, 315 S.E. 7th Street, Fort Lauderdale, Florida 33301.

    CARLTON FIELDS, P.A.
    P.O. Box 150
    West Palm Beach, FL 33402-0150
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368
    Attorneys for Defendant

    By: _____
    Alexander D. del Russo
    Florida Bar Number 350273

WPB#547812.01