

Case 0:00-cv-06099-WCT Document 75 Entered on FLSD Docket 02/13/2002 Page 1 of 1

CARLTON FIELDS
☒ 010

FILED BY

02 FEB 12 PM 2:58

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective undersigned counsel, hereby agree and stipulate that this cause can be dismissed in its entirety, with prejudice, and that each party shall bear its own attorneys' fees and costs.

_____  
Stewart Lee Karlin  
315 S.E. 7th Street  
Fort Lauderdale, Florida 33301  
(954) 462-1201  
Florida Bar No. 961159  
Attorney for Plaintiff  

Dated: January 28, 2002

_____  
Alexander D. del Russo  
Carlton Fields, P.A.  
222 Lakeview Avenue, Suite 1400  
West Palm Beach, Florida 33401-6149  
(561) 659-7070  
Florida Bar No. 350273  
Attorney for Defendant  
Email: adelrusso@carltonfields.com  

Dated: January 31, 2002

WPB#547333.01