UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6099-CIV-GRAHAM/TURNOFF

COREEN DIAZ,

    Plaintiff,

v.

COLUMBIA HOSPITAL CORPORATION
OF SOUTH BROWARD,

    Defendant.
_____/



## ORDER OF DISMISSAL WITH PREJUDICE

This cause came before the Court upon the Stipulation for Dismissal with Prejudice. Accordingly, it is hereby

Ordered and Adjudged that this cause is dismissed with prejudice, and that the parties shall bear their own attorneys' fees and costs, and further, any pending Motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of Feb., 2002.

William C. Turnoff
United States Magistrate Judge

Copies furnished to:
Honorable Judge Donald L. Graham
Alexander D. del Russo, Esq., Carlton Fields, P.A., P.O. Box 150, West Palm Beach, Florida 33402-0150

Stewart Lee Karlin, Esq., Stewart Lee Karlin, Esq., The Advocate Building - Second Floor, 315 S.E. 7th Street, Fort Lauderdale, Florida 33301

WPB#547339.01