UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   : 00-6099-CIV-GRAHAM
JUDGE      : DONALD L. GRAHAM
TRIAL DATE: 02/04/02

DIAZ

    Plaintiff(s),          **MEDIATORS REPORT**

vs.

COLUMBIA HOSPITAL CORP OF SOUTH BROWARD

    Defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Cindy Niad Hannah, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 01-18-2002 10:00.

**X**     AN AGREEMENT WAS REACHED.

    \_\_\_\_ Mediation Agreement attached, with the parties consent.

\_\_\_\_    No Agreement was reached; Impasse.

\_\_\_\_    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_\_/\_\_\_\_/\_\_\_\_/ this matter shall be considered at an Impasse.

\_\_\_\_    A Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_, from _____.

\_\_\_\_    Other: _____.

Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-47595**

( )  
44 W. Flagler St.  
19th Floor  
Miami, FL. 33130  
(305) 579-9990

( )  
800 E. Broward Blvd.  
Suite 400  
Ft. Lauderdale, FL. 33301  
(954) 522-9991

Copies to:  
Clerk of Court  
Counsel of record  
Parties, (if unrepresented)

1/31/02

medrept.fed